IN THE U.S. DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DAVID H. PEASE III<br>1100 Rookwood Drive<br>Cincinnati, OH 45208<br><br>And<br><br>LISA PEASE<br>1100 Rookwood Drive<br>Cincinnati, OH 45208<br><br>Plaintiffs,<br><br>v.<br><br>KELLY AEROSPACE, INC., d/b/a<br>KELLY AEROSPACE POWER<br>SYSTEMS, INC., An Alabama Corporation<br>1400 East South Street<br>Montgomery, AL 36116<br>c/o CSC LAWYERS, INC., and<br>SERVICE, INC., Statutory Agent<br>150 South Perry Street<br>Montgomery, AL 36104<br><br>And<br><br>LYCOMING ENGINES, An Operating<br>Division of AVCO Corporation, A Wholly<br>Owned Subsidiary of TexTron, Inc.<br>652 Oliver Street<br>Williamsport, PA 17701<br><br>And<br><br>MAIN TURBO SYSTEMS<br>234 South Cotta Street<br>Visulia, CA 93293<br>c/o William Main, Statutory Agent<br>234 South Cotta Street<br>Visulia, CA 93293 | CASE NO. 2:07-CV-340-ID<br><br>**NOTICE OF LAWSUIT &<br>REQUEST FOR WAIVER<br>OF SERVICE OF<br>SUMMONS** |

```
        And                              )
                                         )
JOHN DOE(S) 1-10, Persons, Corporations, )
Political Subdivisions, or Other Entities )
Responsible for the Injuries to David H. )
Pease III or for the Conduct of the      )
Defendants Named Herein, Names and       )
Addresses Unknown                        )
                                         )
        Defendants                       )
```

## NOTICE OF LAWSUIT & REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO:   MAIN TURBO SYSTEMS
      234 South Cotta Street
      Visulia, CA  93293
      c/o William Main, Statutory Agent
      234 South Cotta Street
      Visulia, CA  93293

    A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the Middle District of Alabama and has been assigned docket number 2:07-CV-340-ID.

    This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within thirty days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

    If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the Plaintiffs, this 20th day of April, 2007.

THOMAS EDWARDS, P.C.

*[signature]*

Thomas R. Edwards (EDW012)
8244 Old Federal Road
Montgomery, AL 36117
(334) 215-1011
(334) 215-7847 (fax)
tom@edwardspc.com

Of Counsel:

NOLAN LAW GROUP
Jerome L. Skinner (0014768)
3074 Madison Road
Cincinnati, Ohio 45209
Tel: 513.721.1350    Fax: 513.721.5029
Skinair02@aol.com

Nolan Law Group
20 North Clark Street – 30th Floor
Chicago, Illinois 60602
Tel: 312.630.4000    Fax: 312.630.4011

07PI021 Pease Notice Lawsuit

IN THE U.S. DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 APR 24  A 9: 27

| | |
|---|---|
| DAVID H. PEASE III )<br>1100 Rookwood Drive )<br>Cincinnati, OH  45208 )<br>            )<br>And          )<br>            )<br>LISA PEASE      )<br>1100 Rookwood Drive )<br>Cincinnati, OH  45208 )<br>            )<br>   Plaintiffs, )<br>            )<br>v.           )<br>            )<br>KELLY AEROSPACE, INC., d/b/a )<br>KELLY AEROSPACE POWER )<br>SYSTEMS, INC., An Alabama Corporation )<br>1400 East South Street )<br>Montgomery, AL  36116 )<br>c/o CSC LAWYERS, INC., and )<br>SERVICE, INC., Statutory Agent )<br>150 South Perry Street )<br>Montgomery, AL  36104 )<br>            )<br>And          )<br>            )<br>LYCOMING ENGINES, An Operating )<br>Division of AVCO Corporation, A Wholly )<br>Owned Subsidiary of TexTron, Inc. )<br>652 Oliver Street )<br>Williamsport, PA  17701 )<br>            )<br>And          )<br>            )<br>MAIN TURBO SYSTEMS )<br>234 South Cotta Street )<br>Visulia, CA  93293 )<br>c/o William Main, Statutory Agent )<br>234 South Cotta Street )<br>Visulia, CA  93293 )<br>            )<br>And          )  | CASE NO. 2:07-CV-340-ID<br><br>**<u>NOTICE OF LAWSUIT &<br>REQUEST FOR WAIVER<br>OF SERVICE OF<br>SUMMONS</u>** |



|   |   |
|---|---|
| JOHN DOE(S) 1-10, Persons, Corporations, Political Subdivisions, or Other Entities Responsible for the Injuries to David H. Pease III or for the Conduct of the Defendants Named Herein, Names and Addresses Unknown | ) ) ) ) ) ) ) ) |
| Defendants | ) ) |

## NOTICE OF LAWSUIT & REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO:     LYCOMING ENGINES, An Operating
Division of AVCO Corporation, A Wholly
Owned Subsidiary of TexTron, Inc.
652 Oliver Street
Williamsport, PA 17701

    A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the Middle District of Alabama and has been assigned docket number 2:07-CV-340-ID.

    This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within thirty days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

    If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the Plaintiffs, this 20th day of April, 2007.

THOMAS EDWARDS, P.C.

Thomas R. Edwards (EDW012)
8244 Old Federal Road
Montgomery, AL 36117
(334) 215-1011
(334) 215-7847 (fax)
tom@edwardspc.com

Of Counsel:

NOLAN LAW GROUP
Jerome L. Skinner (0014768)
3074 Madison Road
Cincinnati, Ohio 45209
Tel: 513.721.1350    Fax: 513.721.5029
Skinair02@aol.com

Nolan Law Group
20 North Clark Street – 30th Floor
Chicago, Illinois 60602
Tel: 312.630.4000    Fax: 312.630.4011

07PI021 Pease Notice Lawsuit

IN THE U.S. DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 APR 24  A 9: 27

| | |
|---|---|
| DAVID H. PEASE III<br>1100 Rookwood Drive<br>Cincinnati, OH 45208<br><br>And<br><br>LISA PEASE<br>1100 Rookwood Drive<br>Cincinnati, OH 45208<br><br>    Plaintiffs,<br><br>v.<br><br>KELLY AEROSPACE, INC., d/b/a<br>KELLY AEROSPACE POWER<br>SYSTEMS, INC., An Alabama Corporation<br>1400 East South Street<br>Montgomery, AL 36116<br>c/o CSC LAWYERS, INC., and<br>SERVICE, INC., Statutory Agent<br>150 South Perry Street<br>Montgomery, AL 36104<br><br>And<br><br>LYCOMING ENGINES, An Operating<br>Division of AVCO Corporation, A Wholly<br>Owned Subsidiary of TexTron, Inc.<br>652 Oliver Street<br>Williamsport, PA 17701<br><br>And<br><br>MAIN TURBO SYSTEMS<br>234 South Cotta Street<br>Visulia, CA 93293<br>c/o William Main, Statutory Agent<br>234 South Cotta Street<br>Visulia, CA 93293<br><br>And | CASE NO. 2:07-CV-340-ID<br><br>**NOTICE OF LAWSUIT &**<br>**REQUEST FOR WAIVER**<br>**OF SERVICE OF**<br>**SUMMONS** |


SCANNED

|  | ) |
|---|---|
| JOHN DOE(S) 1-10, Persons, Corporations, | ) |
| Political Subdivisions, or Other Entities | ) |
| Responsible for the Injuries to David H. | ) |
| Pease III or for the Conduct of the | ) |
| Defendants Named Herein, Names and | ) |
| Addresses Unknown | ) |
|  | ) |
| Defendants | ) |

## NOTICE OF LAWSUIT & REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO:  KELLY AEROSPACE, INC., d/b/a
     KELLY AEROSPACE POWER SYSTEMS, INC.
     1400 East South Street
     Montgomery, AL 36116
     c/o CSC LAWYERS, INC., and
     SERVICE, INC., Statutory Agent
     150 South Perry Street
     Montgomery, AL 36104

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the Middle District of Alabama and has been assigned docket number 2:07-CV-340-ID.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within thirty days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the Plaintiffs, this 20th day of April, 2007.

                              THOMAS EDWARDS, P.C.

                              Thomas R. Edwards (EDW012)
                              8244 Old Federal Road
                              Montgomery, AL 36117
                              (334) 215-1011
                              (334) 215-7847 (fax)
                              tom@edwardspc.com

Of Counsel:                     NOLAN LAW GROUP
                              Jerome L. Skinner (0014768)
                              3074 Madison Road
                              Cincinnati, Ohio 45209
                              Tel: 513.721.1350    Fax: 513.721.5029
                              Skinair02@aol.com
                              Nolan Law Group
                              20 North Clark Street – 30th Floor
                              Chicago, Illinois 60602
                              Tel: 312.630.4000    Fax: 312.630.4011

07P1021 Pease Notice Lawsuit