UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 MAY 14 A 10: 49
DEBRA P. H[...]
U.S. DIST[...]
[...]

2:07-CV-340-ID

DAVID H. PEASE, III
1100 Rookwood Drive
Cincinnati, Ohio 45208

And

LISA PEASE
1100 Rookwood Drive
Cincinnati, Ohio 45208

      Plaintiffs

   -vs-

KELLY AERSOSPACE, INC. D/B/A KELLY
AEROSPACE POWER SYSTEMS, INC., An
Alabama Corporation
1400 East South Street
Montgomery, Alabama 36116
c/o CSC LAWYERS, INC and SERVICE, INC.,
Statutory Agent
150 South Perry Street
Montgomery, Alabama 36104

And

LYCOMING ENGINES, An Operating Division
of AVCO Corporation, A wholly owned
Subsidiary of TexTron, Inc.
652 Oliver Street
Williamsport, PA 17701

And

MAIN TURBO SYSTEMS
234 South Cotta Street
Visulia, California 93293
c/o William Main
Statutory Agent
234 South Cotta Street
Visulia, California 93293

   And

MOTION FOR PERMISSION TO
APPEAR PRO HAC VICE

| | |
|---|---|
| JOHN DOE(S) 1-10, Persons, Corporations, Political Subdivisions, or Other entities responsible for the Injuries to David H. Pease, III or for the Conduct of the Defendants named herein, Names and addresses unknown<br><br>          Defendants. | |

## MOTION FOR PERMISSION TO APPEAR PRO HAC VICE

Pursuant to Rule 83.1(b) of the Local Rules of the United States District Courts for the Middle District of Alabama, the undersigned moves for an order permitting Jerome L. Skinner of the law firm Nolan Law Group, (20 North Clark Street, 30th Floor, Chicago, Illinois 60602) to appear pro hac vice as co-counsel in this action in association with the undersigned on behalf of David H. Pease, III, and Lisa Pease.

Attorney Jerome L. Skinner is a member in good standing of the Bar of the State of Ohio and a certificate of good standing is attached to this motion.

DATED this 10th day of May [April crossed out], 2007.

Respectfully submitted,

_____
Thomas R. Edwards (EDW012)
THOMAS EDWARDS, P.C.
8244 Old Federal Road
Montgomery, AL 36117
(334) 215-1011

2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF
## GOOD STANDING

I, James Bonini, Clerk of this Court, certify that

**JEROME L. SKINNER, BAR #0014768**

was duly admitted to practice in this Court on

December 11, 1979

and is in good standing as a member of the Bar of this Court.

Dated at Cincinnati, Ohio on May 7, 2007.

_Scott M. ____ - DEPUTY CLERK_
**JAMES BONINI, CLERK**