**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **DAVID H. PEASE III, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) **CIV. ACT. NO. 2:07cv340-ID** |
| **v.** | ) |
| | ) |
| **KELLY AEROSPACE, INC., d/b/a KELLY** | ) |
| **AEROSPACE POWER SYSTEMS, INC.,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Upon CONSIDERATION of the motion for permission to appear *pro hac vice*,

filed May 14, 2007 (Doc. No. 3), it is ORDERED that said motion be and the same is

hereby GRANTED and that Jerome L. Skinner, Esquire, is hereby ADMITTED *pro hac*

*vice* as co-counsel on behalf of Plaintiffs.

Done this 16th day of May 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE