**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **DAVID H. PEASE, III and LISA PEASE,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No.** |
| **KELLY AEROSPACE, INC., d/b/a KELLY** ) | **2:07-cv-340-ID** |
| **AEROSPACE POWER SYSTEMS, INC.;** ) | |
| **LYCOMING ENGINES; and MAIN** ) | |
| **TURBO SYSTEMS,** ) | |
| ) | |
| **Defendants.** ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, join ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047.

⊤    There are no entities to be reported.

Respectfully submitted this 13th day of June, 2007

/s/ Charles B. Paterson
Charles B. Paterson (ASB-1542-R73C)
Kelly F. Pate (ASB-5289-L63F)
Attorneys for Defendants, Kelly Aerospace, Inc.
and Kelly Aerospace Power Systems, Inc.
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
E-mail: cpaterson@balch.com
E-mail: kpate@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following and/or I hereby certify that I have mailed by United States Postal Service a copy of the foregoing document to any of the following non-CM/ECF participants this the 13th day of June, 2007.

Thomas R. Edwards
THOMAS EDWARDS, P.C.
8244 Old Federal Road
Montgomery, Alabama 36117

*Attorney for Plaintiffs*

Sanford G. Hooper
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203-3200

*Attorney for Main Turbo Systems*

Jerome L. Skinner
NOLAND LAW GROUP
3074 Madison Road
Cincinnati, Ohio 45209

*Attorney for Plaintiffs*

Christopher S. Rodgers
HUIE FERNAMBUCQ STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484

*Attorney for Lycoming Engines*

Respectfully submitted,

/s/ Charles B. Paterson
Charles B. Paterson
Bar Number: ASB-1542-R73C
Kelly F. Pate
Bar Number: ASB-5289-L63F
Attorney for Defendants, Kelly Aerospace, Inc. and
Kelly Aerospace Power Systems, Inc.
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
E-mail: cpaterson@balch.com
E-mail: kpate@balch.com