IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

DAVID H. PEASE, III and LISA PEASE,   )
)
)
    Plaintiff,   )
)
v.   )   CASE NO. <u>CV-07-340-ID</u>
)
LYCOMING ENGINES, et al.   )
,   )
)
    Defendants,   )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Lycoming Engines</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

■ The following entities and their relationship to the party are hereby reported:

| <u>Reportable Entity</u> | <u>Relationship to Party</u> |
|---|---|
| AVCO Corporation | Lycoming Engines is an unincorporated Division of AVCO Corporation |
| Textron, Inc. | AVCO is a wholly owned subsidiary of Textron, Inc. |

<u>6/18/2007</u>
Date

(Signature)
Christopher S. Rodgers
(Counsel's Name)
Lycoming Engines
Counsel for (print names of all parties)
Three Protective Center, 2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484
Address, City, State Zip Code
(205)251-1193
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Christopher S. Rodgers, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 18th day of June 20 07, to:

Jerome L. Skinner, Esq., Nolan Law Group, 2074 Madison Road, Cincinnati, Ohio 45209

Thomas R. Edwards, Esq., 8244 Old Federal Road, Montgomery, AL 35117

Samford G. Hooper, Esq., Lightfoot, Franklin & White, LLC, The Clark Building,

400 20th Street North, Birmingham, Alabama 35203-3200

Charles, B. Paterson, Esq., Kelly F. Pate, Esq. Balch & Bingham, LLP

Post Office Box 78, Montgomery, AL 36101-0078

6/18/2007
Date

Signature