IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID H. PEASE, III and LISA PEASE, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| | ) | 2:07-CV-340-ID |
| v. | ) | |
| | ) | |
| MAIN TURBO SYSTEMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MAIN TURBO SYSTEM'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Main Turbo Systems ("Main Turbo"), by and through the undersigned counsel, and files its Disclosure Statement pursuant to the Middle District of Alabama's General Order No. 3047. In compliance with this Rule, Main Turbo states that it is a nongovernmental corporate party and that there are no reportable relationships to be disclosed.

_____
One of the Attorneys for Defendant
Main Turbo Systems

OF COUNSEL:
Jackson R. Sharman III (SHARJ6416)
J. Chandler Bailey (BAILC4526)
Sanford G. Hooper (HOOPS7271)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas R. Edwards, Esq.
Thomas Edwards, P.C.
8244 Old Federal Road
Montgomery, AL 36117
tedwards2@mindspring.com

Jerome L. Skinner, Esq.
Nolan Law Group
3074 Madison Road
Cincinnati, OH 45209
jls@nolan-law.com

Nolan Law Group
20 North Clark Street – 30th Floor
Chicago, IL 60602

Charles B. Paterson, Esq.
Kelly F. Pate, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101-0078
cpaterson@balch.com
kpate@balch.com

Christopher S. Rogers, Esq.
Huie Fernambucq Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484
csr@hfsllp.com

/s/ Sanford H. Hooper
OF COUNSEL

2