IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DAVID H. PEASE III, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIV. ACT. NO. 2:07cv340-ID |
| v. | ) |
| | ) |
| **KELLY AEROSPACE, INC., d/b/a KELLY AEROSPACE POWER SYSTEMS, INC., et al.,** | ) |
| | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Defendant Main Turbo Systems, Inc.'s motion to dismiss, filed July 13, 2007 (Doc. No. 12), it is ORDERED that Plaintiffs show cause, if any there be, on or before August 1, 2007, why said motion should not be granted.

Done this 18th day of July 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE