# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **DAVID H. PEASE III, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) CIV. ACT. NO. 2:07cv340-ID |
| v. | ) |
| | ) |
| **KELLY AEROSPACE, INC., d/b/a KELLY AEROSPACE POWER SYSTEMS, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon CONSIDERATION of Plaintiffs' request to conduct limited jurisdictional discovery (Doc. No. 15), which the court construes as a motion, it is ORDERED that Defendants show cause, if any there be, on or before August 10, 2007, why said motion should not be granted.

Done this 1st day of August 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE