IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DAVID H. PEASE III, and <br> LISA PEASE, <br> <br> Plaintiff, <br> <br> vs. <br> <br> KELLY AEROSPACE, INC., d/b/a <br> KELLY AEROSPACE POWER <br> SYSTEMS, INC., LYCOMING <br> ENGINES, MAIN TURBO SYSTEMS, <br> et al., <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO: CV-07-340-ID <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

COMES NOW, **J. PATRICK STRUBEL**, of the law firm of Huie, Fernambucq & Stewart and files this Notice of Appearance as additional counsel of record on behalf of the Defendant **Lycoming Engines**.

Respectfully submitted,

/s/ J. Patrick Strubel
J. Patrick Strubel (STR060)
Attorney for the Defendant,
**LYCOMING ENGINES**

HUIE, FERNAMBUCQ & STEWART, LLP
Protective Center
Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
PHONE: (205) 251-1193
FAX: (205) 251-1256

{01182621.1/3000-1236}

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those attorneys registered and I have placed a copy of the foregoing to the attorneys not set up for email notification in the United States Mail, postage prepaid and properly addressed, on this the 19th day of October, 2007.

/s/ J. Patrick Strubel
Of Counsel

**COUNSEL OF RECORD:**
Jerome L. Skinner, Esq.
Nolan Law Group
3074 Madison Road
Cincinnati, Ohio 45209

Thomas R. Edwards, Esq.
8244 Old Federal Road
Montgomery, AL 35117

Sanford G. Hooper, Esq.
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203-3200

Charles B. Paterson, Esq.
Kelly F. Pate
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101-0078

{01182621.1/3000-1236}