## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| DAVID H. PEASE, III, et al. | : | CASE NO. 2:07-CV-340-ID |
| Plaintiffs | : | |
| -vs- | : | |
| KELLY AEROSPACE, INC. D/B/A KELLY AEROSPACE | : | |
| POWER SYSTEMS, INC., et. al. | : | |
| Defendants | : | |

### REPORT OF PARTIES' PLANNING MEETING
### Dated:  October 25, 2007

The above captioned case is one of two cases filed in two different jurisdictions arising out of an aircraft accident which occurred on June 5, 2005 near Tazewell, Tennessee.   The Plaintiff, David H. Pease III was severely injured but survived. The resulting litigation joins Defendants from four states and involves allegations of negligence, failure to warn and defective design and defective manufacture of complex aviation products. The parties anticipate motion practice on issues of jurisdiction as well as deposition discovery in at least the four states where Defendants are located. This report is being made by the parties pursuant to Fed. R. Civ. Pro. 26 in partial satisfaction of those initial pre-trial procedural requirements. The parties will supplement this report as set forth below. A copy of this report will be filed as agreed in the case pending in the Hamilton County Court of Common Pleas as set forth below in conjunction with a Status Conference scheduled for December 2007 in the Ohio case.

1.    Pursuant to Fed. R. Civ. P. 26(f), a meeting was held by telephone and was attended by the following counsel:

a.     On behalf of Plaintiffs David H. Pease, III and Lisa Pease, Jerome L. Skinner, Nolan Law Group, 3074 Madison Road, Cincinnati, Ohio 45209, and Thomas R. Edwards, Thomas R. Edwards PC, 8244 Old Federal Road, Montgomery, Alabama 36117

b.     On behalf of Defendant Kelly Aerospace, Inc., Charles Burton Paterson, Balch & Bingham, P.O. Box 78, 2 Dexter Avenue, Montgomery, Alabama 36101-0078.

c.     On behalf of Defendant Lycoming Engines, Christopher Stanley Rodgers, Huie Fernambucq Stewart LLP, Three Protective Center, 2801 Highway 280 South, Suite 200, Birmingham, Alabama 35223-2484.

d.     On behalf of Defendant Main Turbo Systems, Sanford Graham Hooper, Lightfoot Franklin & White LLC, 400 20th Street North, Birmingham, Alabama 35203-3200.

2.     **PRETRIAL DISCOVERY DISCLOSURES:** The Plaintiff has already served his pretrial disclosures upon the Defendants. The Defendants, other than Main Turbo, Inc., will exchange and serve their pretrial discovery disclosures as required by Rule 26.1(a)(1) on January 11, 2008. The Defendant Main Turbo, Inc. has filed a Motion to Dismiss based upon jurisdictional grounds. In the event that the Court denies the Defendant's Motion, Main Turbo, Inc. will serve their pretrial discovery disclosures upon the parties as required by Rule 26.1(a)(1) 60 days following the denial of the Motion to Dismiss.

The document requests served upon the Defendants Lycoming and Kelly Aerospace will be deemed effective on January 25, 2008 for purposes of determining the dates for Defendants responses.

3.     **DISCOVERY PLAN:**     The parties hereby agree to coordinate and consolidate discovery only with the case presently pending entitled *David H. Pease, III, et al. v. Air Tolin, Inc., et al.* in the Hamilton County Court of Common Pleas, Cincinnati, Ohio, Case Number A0604964 before the Honorable Judge William L.

Mallory. All discovery will be scheduled and coordinated on a joint basis. All discovery documents will be served on parties in both jurisdictions as if commonly requested. In agreeing to consolidate, the parties reserve all objections and assert all privileges which they may have in the appropriate jurisdiction with respect to discovery or any other matter. In the event of discovery disputes involving the production of documents by a Defendant, those disputes shall be determined by the Court in which the Defendant has been named a party. The same procedure will be followed with respect to the Plaintiff and his request for production upon Defendants in particular jurisdictions. In agreeing to consolidate discovery the Defendants named in the instant action do not consent to personal jurisdiction in Ohio. Air Tolin, named as the sole Defendant in the Ohio litigation, does not consent to personal jurisdiction in Alabama. All parties maintain all objections to jurisdiction that have been stated in the pleadings in respective jurisdictions. Every effort will be made to coordinate and consolidate discovery to move both cases forward at the same time.

4.    **OTHER ITEMS:**    The remaining issues required in the report of parties planning meeting as set forth in Fed. R. Civ. P. 26(f) will be provided to the Court in a supplemental report of the parties planning meeting as soon as the jurisdictional issues have been resolved. Within 10 days of resolution of the pending motion regarding jurisdiction, a second telephonic parties planning meeting will be held and the remaining items included in the pretrial and discovery plan will be agreed upon and submitted to the Court.

Respectfully submitted,


/s/ Jerome L. Skinner
Jerome L. Skinner, Esq.    (0014768)
Attorneys for the Plaintiffs
NOLAN LAW GROUP
3074 Madison Road
Cincinnati, Ohio 45209
Tel:  (513) 721-1350/Fax:  (513) 721-5029
skinair02@aol.com

Thomas R. Edwards, Esq.
Thomas Edwards, P.C.
8244 Old Federal Rd.
Montgomery, Alabama
Local Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing Report of Parties' Planning Meeting have been served via ordinary U.S. Mail service this 6th day of November, 2007 on the following counsel:

Christopher S. Rogers, Esq.
Huie Fernambucq Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
**Counsel for Lycoming Engines**


Copies to:

Sanford G. Hooper, Esq.
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 North 20th St.
Birmingham, Alabama 35203
**Counsel for Main Turbo**

Charles B. Paterson, Esq.
Balch & Bingham LLP
PO Box 78
Montgomery, Alabama 36101
**Counsel for Defendant Kelly Aerospace, Inc.**


***Pease v. Air Tolin***
**Hamilton County Court of Common Pleas**
**Case No.:  A0604964**

Timothy T. Reid
Reid Wargo, Ltd.
2000 Illuminating Building
55 Public Square
Cleveland, OH 44113
**Counsel for Defendant Air Tolin**


/s/ Jerome L. Skinner
Jerome L. Skinner
Attorney for Plaintiffs