IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID H. PEASE, III and LISA PEASE ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:07-CV-340-ID |
| ) | |
| MAIN TURBO SYSTEMS, KELLY ) | |
| AEROSPACE, INC., d/b/a KELLY ) | |
| AEROSPACE POWER SYSTEMS, INC., ) | |
| LYCOMING ENGINES, et al. ) | |
| ) | |
| Defendants. ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, DAVID H. PEASE, III and LISA PEASE, Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual.

Respectfully submitted,

BY: /s/ Jerome L. Skinner
Attorney for the Plaintiffs
NOLAN LAW GROUP
3074 Madison Rd.
Cincinnati, OH  45209
(513) 533-2026

## CERTIFICATE OF SERVICE

This is to certify that I have this 7th day of December, 2007 caused to be served the above and foregoing by electronically filing same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record:

Sanford G. Hooper, Esq.
Jackson R. Sharman, Esq.
Joel Chandler Bailey, II
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 North 20th St.
Birmingham, Alabama 35203
shooper@lfwlaw.com
jsharman@lfwlaw.com
cbailey@lfwlaw.com

Charles B. Paterson, Esq.
Kelly F. Pate, Esq.
Balch & Bingham LLP
PO Box 78
Montgomery, Alabama 36101
cpaterson@balch.com
kpate@balch.com

Christopher S. Rogers, Esq.
Huie Fernambucq Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
csr@hfsllp.com

Thomas R. Edwards, Esq.
Thomas Edwards, P.C.
8244 Old Federal Rd.
Montgomery, Alabama 36117
tedwards2@mindspring.com

/s/ Jerome L. Skinner
Jerome L. Skinner