## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DAVID H. PEASE III, and <br> LISA PEASE, <br> <br> Plaintiff, <br> <br> vs. <br> <br> KELLY AEROSPACE, INC., d/b/a <br> KELLY AEROSPACE POWER <br> SYSTEMS, INC., LYCOMING <br> ENGINES, MAIN TURBO SYSTEMS, <br> et al., <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO: CV-07-340-ID <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT LYCOMING ENGINES' RESPONSES TO PLAINTIFFS' FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED UPON DEFENDANT LYCOMING ENGINES**

COMES NOW, a Defendant, **LYCOMING ENGINES,** and in response to Plaintiffs' First Set of Request for Production of Documents would state as follows, separately and severally:

**GENERAL OBJECTIONS**

To the extent applicable, the following are incorporated in the Responses to these Requests for Production of Documents:

(a)   This Defendant objects generally to these Requests on the grounds that they are overly broad, unduly burdensome and cumulative;

(b)   This Defendant objects to these Requests to the extent they seek information which is not within Lycoming Engines' possession, custody or control;

(c) This Defendant objects to these Requests to the extent they seek information or documents pertaining engines other than the Lycoming TIO-540-AH1A engine on the grounds that such Requests are overly broad, unduly burdensome and the information sought is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence in this case;

(d) This Defendant generally objects to these Requests to the extent they seek information that is equally available to the Plaintiff;

(e) This Defendant objects to these Requests to the extent they seek information protected by the attorney/client privilege and/or the product doctrine;

(f) This Defendant objects to Plaintiffs' "Instructions" as vague, overly broad, unduly burdensome and to the extent they attempt to expand or modify the scope of discovery; and

(g) This Defendant objects to these Requests to the extent they seek information or documents that are confidential and contain proprietary information that constitutes trade secrets. Lycoming Engines will, however, produce such documents pursuant to an appropriate Protective Order.

Without waiving these Objections, Lycoming Engines responds as follows:

1. Please produce all documents of any kind that show the complete record of documents provided to and received from the GAA during the certification process from the subject Lycoming Aircraft Engine and incorporated Turbocharger noted above.

**RESPONSE:** **This Defendant objects to this Request as overly broad, vague and ambiguous. Without waiving its objections, this Defendant will produce the Certification Package for the TIO-540-A1HA which includes the DOT Federal Aviation Administration Engine Type Certificate No. E14EA re: Engine Model TIO-540-A1HA and the Type Certificate Data Sheet No. E14EA re: Engine Model TIO-540-A1HA previously produced as LYCOMING 00588-00603. This**

**Defendant will also produce the following documents as part of the Certification Package:**

- **February 12, 1997 Letter to DOT FAA enclosing Application for Type and Production Certificate for the Textron Lycoming Model TIO-540-AHIA Engine**

- **May 2, 1997 Letter to DOT FAA re: Report No. 3722 covering the Development and 150 Hour Witnessed Model Test for the TIO-540-AHIA Engine**

- **Development and F.A.A. Witnessed 150 Hour Endurance Test of the Textron Lycoming TIO-540-AH1A Engine, April 30, 1997**

- **June 4, 1997 Letter to DOT FAA with Engine Specification 2650 and Installation Drawing O4D63592**

- **June 13, 2007 Letter to DOT FAA with Type Certificate for the T10-540 Engine**

- **Lycoming Engines Specification No. 2650-B, November 22, 2003**

- **June 25, 1997 Facsimile from FAA New York Certification Office confirming approval of TIO-540-AHIA Engine effective June 25, 1997**

- **June 30, 1997 Letter from DOT FAA regarding amending T.C. E14EA effective June 25, 1997 to add the TIO-540-AHIA Engine**

- **October 14, 1996 Facsimile to FAA re: AiResearch Test Plan T.I. No. 46**

- **50 Hour Hot Gas Test Aircraft Turbo Chargers, T.I. #046, December 9, 1971**

- **May 28, 1999 Facsimile to FAA re: Parts Catalog for the P/N 47C19836 (Garrett P/N 466011-2) Turbo Charger**

- **November 12, 1999 Letter to DOT FAA with FAA Form 8110-3**

- **Form 8110-3, Statement of Compliance with FAA, November 12, 1999**

- **January 9, 2004 Letter to DOT FAA re: FAA Form 8110-3 (Revised copy of the TIO-540-AH1A Engine adding the LSC).**

- **Form 8110-3 (revised), Statement of Compliance with FAA, January 9, 2003**

2. Please produce a copy of all documents of any kind, including but not limited to engineering drawings, blueprints, schematics, or any other drawing relating to the engine and turbocharge unit noted above, prepared as part of the original design prior to type certification and aircraft airworthiness certification as issued by the Federal Aviation Administration (FAA).

**RESPONSE:** **This Defendant objects to this Request as overly broad, vague, ambiguous and otherwise not reasonably calculated to lead to the discovery of admissible evidence. Without waiving its objections, and pursuant to an appropriate Protective Order, this Defendant will produce engineering drawings and Engineering Change Orders. This Defendant further refers Plaintiffs to the Certification Package for the Textron Lycoming Model TIO-540-AH1A Engine previously produced as LYCOMING 00588-00603.**

3. Please produce all documents utilized as design criteria for the design of the aircraft engine and the incorporated turbocharge unit as noted above, including but not limited to Lycoming design criteria, Federal Aviation Administration design criteria, or any design criteria prepared by any private corporation or industry technical group that purports to establish specifications and design criteria applicable to the subject Lycoming engine and turbocharge unit.

**RESPONSE:** **This Defendant objects to this Request as overly broad, vague, ambiguous and otherwise not reasonably calculated to lead to the discovery of admissible evidence. Without waiving its objections, this Defendant refers Plaintiffs to its Response to Requests Nos. 1 and 2.**

4. Please produce all documents of any kind that were provided by Lycoming to the Federal Aviation Administration (FAA) by and through the engine and propeller directorate,

small engine directorate, small aircraft directorate and any office of the aircraft certification office for "ACO" during the design and certification approval process for the subject engine and turbocharge unit noted above.

**RESPONSE:** **Please see Response to Request No. 1.**

5. Please produce all documents of any kind provided to any office or directorate of the FAA which constituted the engineering data package provided to the FAA as a part of the type certification process for the applicable Lycoming Engine and its turbocharge unit as noted above.

**RESPONSE:** **Please see Response to Request No. 1.**

6. Please produce all documents of any kind that show the oil flow through the subject Lycoming engine and the turbocharge unit as indicated above and which have been prepared pursuant to the design, type certification, airworthiness certification, accident investigation or any other process or investigative activity designed to determine whether the original or ongoing airworthiness of the applicable engine and its turbocharge unit.

**RESPONSE:** **This Defendant objects to this Request as overly broad, unduly burdensome, vague, ambiguous and otherwise not reasonably calculated to lead to the discovery of admissible evidence. Further objection is made to the extent this Request seeks information that is protected by the attorney/client privilege and/or attorney work product doctrine. Without waiving its objections, this Defendant refers to Plaintiff to the Direct Drive Engine Overhaul Manual Part Number 60294-7, previously produced as LYCOMING 00073-00241.**

7. Please produce a copy of the type certification data sheet applicable to the specified engine and turbocharge unit as set forth above.

{01217023.1/3000-1236}5

**RESPONSE:** **This Defendant refers Plaintiff to the Type Certificate Data Sheet No. E14EA for the Engine Model TIO-540-AH1A previously produced as LYCOMING 00590-00603.**

8. Please produce a copy and produce all documents of any kind and which relate to any flight test, aircraft functional test, engine functional test, bench test or other tests performed for the certification and airworthiness approval of the Lycoming Engine and its applicable turbocharge unit as set forth above and which were prepared in the process of type certification, airworthiness certification or ongoing airworthiness certification for the engine and the turbocharge unit.

**RESPONSE:** **Please Response to Request No. 1.**

9. Please produce a copy of the application for type certification, Form 8130-6 and all appended documents, design documents, technical specifications or other data submitted to the FAA as part of the application process.

**RESPONSE:** **Please see Response to Request No. 1.**

10. Please produce all documents of any kind provided by the Defendant to the FAA to satisfy the airworthiness standards required for the issuance of a type certification pursuant to Title XIV CFR §§ 33.1 and 33.3.

**RESPONSE:** **Please see Response to Request No. 1.**

11. Please produce a copy of all documents of any kind issued either by the FAA, the NTSB or Lycoming Engines that purport to make advisory or mandatory recommendations for the operation of the applicable Lycoming Engine and its turbocharge unit as set forth above including but not limited to Airworthiness Directives (AD's), Advisory Circulars (AC's), Special

{01217023.1/3000-1236}6

Airworthiness Information Bulletins, Notices of Proposed Rule Making (NPRM), Letters of Special Concern, Mandatory Service Bulletins, Service Bulletin, or Service Difficulty Reports (SDR's) which relate to engine failures, oil starvation, crankshaft gear bolt issues, crankshaft and dowel parts, crankshaft gears, main bearings, piston pin plugs, piston ring sets, connection rod bolts and nuts, counterweight snap rings, lock washers, connecting rod bearings, counterweight washers, seal and gasket sets and any other individual component parts of the applicable Lycoming Engine and its turbocharge unit as noted above.

**RESPONSE:** **This Defendant objects to this Request as overly broad, vague, ambiguous and otherwise not reasonably calculated to lead to the discovery of admissible evidence. Further objection is made to the extent the information sought is equally available to the Plaintiff in the public domain. Without waiving its objections, this Defendant will produce service bulletins related to the Engine Model TIO-540-AH1A.**

12.  Please produce all documents of any kind that purport to discuss, relate to or identify information concerning the failure of any TIO-540-AH1A Lycoming aircraft engine which incorporates a Kelly/Garrett turbocharger Model TA04 on any aircraft while in flight as a result of any engine failure, crankshaft problem, overhauled or repair error, or other known failure affecting the integrity and operation of the aircraft engine and resulting in an accident where a pilot was killed or injured

**RESPONSE:** **This Defendant objects to this Request as overly broad, vague, ambiguous and otherwise not reasonably calculated to lead to the discovery of admissible evidence. Further objection is made to the extent the information sought is in no way related to the allegations set forth in the Plaintiffs' Complaint. Without waiving its objections, and pursuant to an appropriate Protective Order, this Defendant will produce SIR Reports.**

13.     Please produce a copy of any and all documents relating to, attached to or concerning any failure mode and effects analysis (FMEA) or fault tree analysis performed for the applicable Lycoming Aircraft engine and its incorporated turbocharge unit at any time prior to type certification of the engine or during the service history of the engine and the turbocharge unit.

**RESPONSE:** **This Defendant objects to this Request as overly broad, vague, ambiguous and otherwise not reasonably calculated to lead to the discovery of admissible evidence. Without waiving its objections, this Defendant states that failure mode and effects analysis (FMEA) and/or fault tree analysis were not conducted for the subject Lycoming TIO-540-AH1A engine.**

14.     Please produce a copy of any and all documents including but not limited to press releases, customer and service bulletins published with respect to the involuntary retirement of the Lycoming engine crankshaft or crankshafts in the TIO-540-AH1A engine and other Lycoming TIO engine models made between 1997 and 2002 as published between the calendar years 2000 and 2007.

**RESPONSE:** **This Defendant objects to this Request as overly broad, vague, ambiguous and otherwise not reasonably calculated to lead to the discovery of admissible evidence.  This Defendant further objects on the grounds that the information sought in this Request in no way relates to the allegations set forth in the Plaintiff's Complaint.**

15.     Please produce a copy of any and all documents which constitute either test reports, flight test reports, correspondence, responses to written or oral questions propounded by the FAA or other documents created and produced by the Defendant during the certification of the applicable engine and its incorporated turbocharger by the FAA or during the process of certification pursuant to Delegation Option Authorization ("DOA") for the subject engine and its incorporated turbocharge unit.

**RESPONSE:** **Please see Response to Request No. 1. This Defendant further states that Lycoming is not a holder of a DOA (Delegation Option Authorization) and therefore it does not apply to the subject engine and/or its turbocharger unit.**

16. Please produce a copy of all documents provided by Kelly/Garrett during the design, type certification and airworthiness certification of the applicable Lycoming engine and its incorporated Kelly/Garrett turbocharge unit bearing part number 46C19836D.

**RESPONSE:** **Please see Response to Request Nos. 1 and 2.**

17. Please produce a copy of any and all documents that proport to be statements, investigative reports, or technical reports of any kind that purport to relate to the investigation of the accident which occurred on June 5, 2005 near Tazwell, Tennessee involving the aircraft flown by the Plaintiff and designated as N341MA, and in the Defendant's possession.

**RESPONSE:** **This Defendant objects to this Request as overly broad, unduly burdensome and otherwise not reasonably calculated to lead to the discovery of admissible evidence. Further objection is made to the extent the information requested is protected by the attorney/client privilege and/or attorney work product doctrine. Without waiving its objections and pursuant to an appropriate Protective Order, Lycoming's Accident Investigation Report regarding the subject incident will be provided. This Defendant further refers Plaintiff to the National Transportation Board's Brief of Accident, Factual Report and Final Report previously produced as LYCOMING 00607-00685.**

18. Please produce a copy of any and all documents prepared by or produced by any person acting on behalf of the Defendant Lycoming Aircraft Engines as either a formal designated representative to the National Transportation Safety Board or informally as a person collecting information on behalf of the NTSB investigation which arose out of the accident which occurred near Tazwell, Tennessee on June 5, 2005.

**RESPONSE:** **Please see Response to Request No. 17.**

19. Please produce any and all documents, including electronically stored information, submitted to the FAA to obtain an FAA Type Certificate for the TIO-540-AH1A model engine, including but not limited to the application for type certificate dated February 12, 1997 and all attachments, exhibits, and/or other documents and data submitted in support of the said application.

**RESPONSE:** **Please see Response to Request No. 1.**

20. Please produce the Instructions for Continued Airworthiness for the TIO-540-AH1A model aircraft engines originally approved by the FAA as being in compliance with 14 CFR §§ 33.4, and all subsequent revisions to said instruction.

**RESPONSE:** **Please see Response to Request No. 11.**

21. Please produce the original Engine Installation Manual applicable to the TIO-540-AH1A model engines together with all revisions thereto.

**RESPONSE:** **Please see Response to Request No. 11. This Defendant refers Plaintiff to the Engine Installation Manual previously produced as LYCOMING 00375-00507.**

22. Please produce the original Engine Maintenance Manual applicable to the TIO-540-AH1A model engines together with all revisions thereto.

**RESPONSE:** **This Defendant refers Plaintiff to the Direct Drive Engine Overhaul Manual and Operator's Manual previously produced as LYCOMING 00073-00241 and LYCOMING 00242-00374.**

23. Please produce the original Engine Operations Manual applicable to the TIO-540-AH1A model engines together with all revisions thereto.

**RESPONSE:** **This Defendant refers Plaintiff to the Operator's Manual previously produced as LYCOMING 00242-00374. Furthermore, this Defendant will produce service bulletins related to the Engine Model TIO-540-AH1A.**

24. Please produce the Illustrated Parts Catalog applicable to the TIO-540-AH1A model engines in effect on June 5, 2005.

**RESPONSE:** **This Defendant refers Plaintiff to the Parts Catalog previously produced as LYCOMING 00001-00072. This Defendant will also produce the Parts Catalog for the Turbocharger used on the TIO-540-AH1A.**

25. Please produce the Engine Equipment List applicable to the TIO-540-AH1A model engines in effect on June 5, 2005.

**RESPONSE:** **This Defendant will produce a copy of the Build Records applicable to the Lycoming TIO-540-AH1A model engine.**

26. Please produce documents submitted as the Type Certification Holder's program to the FAA to show how changes to the Instructions for Continued Airworthiness applicable to the TIO-540-AH1A model engine parts would be distributed.

**RESPONSE:** **This Defendant objects to this Request as overly broad, vague, ambiguous and otherwise not reasonably calculated to lead to the discovery of admissible evidence. However, if Plaintiff will specify in more detail the information sought in this request, this Defendant will attempt to respond further.**

27. The original contracts or agreements between Lycoming and Garrett regarding the manufacturing and purchase/sale of the TA0413 model turbochargers for the TIO-540-AH1A model engines together with all revisions.

**RESPONSE:** **This Defendant objects to this Request as overly broad, vague and to the extent it calls for a legal conclusion. Without waiving its objections, and pursuant to an appropriate Protective Order, a copy of the Master Service Agreement will be produced.**

\

          Respectfully submitted,

          /s/ J. Patrick Strubel _____
          Christopher S. Rodgers (ROD008)
          J. Patrick Strubel (STR060)
          Attorneys for the Defendant,
          **LYCOMING ENGINES**

HUIE, FERNAMBUCQ & STEWART, LLP
Protective Center
Building 3, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
PHONE: (205) 251-1193
FAX: (205) 251-1256

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have placed a copy of the foregoing to the attorneys not set up for email notification in the United States Mail, postage prepaid and properly addressed, on this the __27th__ day of February, 2008.

      /s/ J. Patrick Strubel_____
      Of Counsel

**COUNSEL OF RECORD:**

Jerome L. Skinner, Esq.
Nolan Law Group
3074 Madison Road
Cincinnati, Ohio 45209

Thomas R. Edwards, Esq.
8244 Old Federal Road
Montgomery, AL 35117

Sanford G. Hooper, Esq.
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203-3200

Charles B. Paterson, Esq.
Kelly F. Pate
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101-0078