IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID H. PEASE, III and LISA PEASE ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:07-CV-340-ID |
| ) | |
| MAIN TURBO SYSTEMS, KELLY ) | |
| AEROSPACE, INC., d/b/a KELLY ) | |
| AEROSPACE POWER SYSTEMS, INC., ) | |
| LYCOMING ENGINES, et al. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME

NOW COME the Plaintiffs, DAVID H. PEASE, III and LISA PEASE, by and through their attorneys, Nolan Law Group, and respectfully request for an extension of time to answer and respond to Defendant Lycoming Engine's First Interrogatories and First Request for Production to the Plaintiff, up to and including May 15, 2008. The current deadline to answer and respond to Defendant Lycoming Engine's First Interrogatories and First Request for Production to the Plaintiff is April 24, 2008. This motion is being made in good faith and not for purposes of delay. Plaintiffs' counsel has conferred with Defense counsel and they do not oppose this motion.

WHEREFORE Plaintiffs respectfully request that the Court grant this motion for an extension of time up to and including May 15, 2008 for good cause shown and based upon the agreement of all the parties.

Dated: April 23, 2008

Respectfully submitted,


/s/ Jerome L. Skinner, Esq.
One of the Attorneys for Plaintiffs
NOLAN LAW GROUP
3074 Madison Rd.
Cincinnati, OH 45209
(513) 533-2026
F: (513) 721-2301
jls@nolan-law.com

## CERTIFICATE OF SERVICE

This is to certify that I have this 23rd day of April, 2008 caused to be served the above and foregoing by electronically filing same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record:

Thomas R. Edwards, Esq.
Thomas Edwards, P.C.
8244 Old Federal Rd.
Montgomery, Alabama 36117
tedwards2@mindspring.com
**Local Counsel for Plaintiff**

Sanford G. Hooper, Esq.
Jackson R. Sharman, Esq.
Joel Chandler Bailey, II
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 North 20th St.
Birmingham, Alabama 35203
shooper@lfwlaw.com
jsharman@lfwlaw.com
cbailey@lfwlaw.com
**Counsel for Main Turbo**

Charles B. Paterson, Esq.
Kelly F. Pate, Esq.
Balch & Bingham LLP
PO Box 78
Montgomery, Alabama 36101
cpaterson@balch.com
kpate@balch.com
**Counsel for Defendant Kelly Aerospace, Inc.**

Christopher S. Rodgers, Esq.
J. Patrick Strubel
Huie Fernambucq Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
csr@hfsllp.com
**Counsel for Lycoming Engines**

/s/ Jerome L. Skinner
Jerome L. Skinner