IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID H. PEASE III, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-340-ID |
| ) | |
| KELLY AEROSPACE, INC., d/b/a ) | |
| KELLY AEROSPACE POWER ) | |
| SYSTEMS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Pending before the Court is *Plaintiffs' Unopposed Motion for Extension of Time* (Doc. 29, filed April 23, 2008). For good cause, it is **ORDERED** the motion is **GRANTED**. Plaintiffs' shall provide their responses to Defendant on or before May 15, 2008.

DONE this 24th day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE