## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID H. PEASE, III, et al. | : | |
| | | CIVIL ACTION NO. |
| Plaintiffs | : | 2:07-CV-340-ID |
| | | |
| -vs- | : | **PLAINTIFFS', DAVID H. PEASE, III AND** |
| | | **LISA PEASE, OPPOSITION TO** |
| MAIN TURBO SYSTEMS, et. al. | : | **DEFENDANT MAIN TURBO SYSTEMS'** |
| | | **RENEWED MOTION TO DISMISS** |
| Defendants | : | |

This matter is before the Court on the second renewed Motion to Dismiss based upon the lack of personal jurisdiction brought by the Defendant Main Turbo Systems. Defendant's initial Motion to Dismiss was denied without prejudice to its refiling in order to permit the Plaintiff to obtain certain paper discovery upon which to base their response. The present Motion as refilled is somewhat different from the Defendant's original pleading. However, to cover all of the arguments made and to reflect the history of this dispute the Plaintiffs have chosen to attach numerous documents which the Defendant Main Turbo has produced to this memorandum. These documents relate to Main Turbo's overall business activity in the state of Alabama and nationwide. Consequently, attached to this brief are the following:

> 1.    Plaintiffs' Request for Permission to Conduct Limited Jurisdictional Discovery and for an Extension of Time to Respond to Defendant Main Turbo's Motion to Dismiss. (Attached hereto as Exhibit 1)
>
> 2.    The Defendant, Main Turbo, Inc.'s Response to Plaintiff's Discovery Requests Related to Main Turbo's Motion to Dismiss (as amended by the Court's Order of March 31, 2008). Along with all of the documents

produced by the Defendant Main Turbo with respect to income derived by business in the State of Alabama and parts obtained ultimately from the Alabama Defendant, Kelly Aerospace, which has made the Defendant's business possible since at least 2002. (Attached hereto as Exhibit 2)

3.    The Defendant Air Tolin, Inc.'s Responses to Plaintiff's Document Requests in related litigation presently pending in the Court of Common Pleas, Hamilton County, Ohio and entitled *David H. Pease, III, et al. v. Air Tolin, Inc., et al.* (Attached hereto as Exhibit 3)

**MEMORANDUM**

I. Plaintiffs' Procedural Posture

The document history attached consisting of business records will provide the Court with information relating to the Defendant's specific and general jurisdictional relationship to Alabama. Plaintiff suggests that a review of the documents alone identifies both systematic and continuous business activity and contacts which are "especially pervasive and substantial" in that the contact that Main Turbo has demonstrated with the State of Alabama essentially permits the Defendant to carry on its business in all 50 states. See, *Consolidated Development Corp. v. Sherritt, Inc.,* 216 F.3d 1286, 1292 (11th Cir. 2000); *General Cigar Holdings, Inc. v. Altadis,* 205 F. Supp. 2d 1335 (S.D. FLA. 2002).

Further, Plaintiff submits that the factual record demonstrates that the Defendant Main Turbo has purposefully directed financial activity in the State of Alabama which constituted a substantial connection between the Defendant and the forum state, justifying in this case a finding of minimum contacts for purposes of personal jurisdiction, both specific and general. See *Elliott v. VanKleef,* 830 So. 2d 726, 731 (ALA. 2002); (citing

2

*Asahi Metal Industries Co. v. Superior Court of California*, 480 U.S. 102, 112(1987). Based upon the full record of the facts produced by the Defendant Main Turbo and based upon the extraordinarily profitable relationship which Main Turbo maintains with Kelly Aerospace Products it is clear that the Defendant Main Turbo should reasonably have anticipated "being hailed" into the Courts of Alabama as a result of any untoward incident which occurred involving the relationship between Main Turbo and Kelly Aerospace Products. While the Plaintiffs disagree significantly on the interpretation of the facts which are applicable to the jurisdictional analysis in this case, the Plaintiffs do believe that the jurisdictional analysis itself made by the Defendant is essentially sound. However, the Plaintiffs believe that the factual circumstances that the Court will review in the documents themselves create a much different relationship than that characterized by the Defendant in its present brief as both "*Deminimis*" and "sporadic." See Defendant's Motion and Memorandum pages 6 and 8.

II.    Purchases From Alabama Are Necessary For The Defendant To Profit

The Defendants suggest in their Memorandum that the California company has only three connections with Alabama which do not justify the imposition of jurisdiction in this action. Those contacts are as follows:

1.    Before March 2005, Main Turbo purchased parts from an Alabama company who is a Defendant in this action, which would be Kelly Aerospace Products.

2.    Since approximately March 2005, Main Turbo purchased parts from a Texas aircraft part supplier that were, in turn, manufactured by the same Alabama corporation which is a Defendant in this action, Kelly Aerospace Products.

3.    From 2002 through 2005, Main Turbo has realized one half of one percent of its annual revenues from sales to Alabama customers.

This is an incomplete picture of the commercial relationship between Main Turbo and the State of Alabama and, specifically, Kelly Aerospace Products as it existed from 2002 through 2007 and especially up to the date of this accident in June 2005. Hidden in these statistics is the reality that Main Turbo is a specialty repair business focusing on the very product which Kelly Aerospace supplies to a very large part of the aviation industry. Main Turbo, on the first page of its website, mentions only two models of turbo chargers. Without Kelly Aerospace and the Defendant's commercial connection to Alabama, Main Turbo would be unable to generate the millions of dollars of revenue which it has received from 2002 through 2007. But, as set forth below, it also has more customers and repeat customers than initially disclosed.

The records of Main Turbo attached hereto list eleven Alabama customers and are documented with 23 separate invoices. When revenues from Alabama customers for the years 2002 through 2005 are added together the total revenues equal $18,799.16. For the two full calendar years since the accident Main Turbo's Alabama based revenues are $14,805.61. Main Turbo's revenues from the State of Alabama have been increasing from 2002 when they were $4,730.07 through 2007 when they were $8,160.50. The total for all of the years encompassed in the attached documents is $33,640.77. The Defendant's business has and is growing, and its sales to Alabama customers are only a small portion of its total financial contacts with the State of Alabama. However, it is continuous, systematic and becoming increasingly substantial in dollar amount.

The discovery documents produced by the Defendants in response to Plaintiffs' Jurisdictional Discovery indicate that in the calendar years 2002 through 2005 Main Turbo enjoyed revenues as follows:

> 2002  $1,776,266.04
>
> 2003  $1,871,560.05
>
> 2004  $1,883,407.21
>
> For the full calendar year 2005   $1,917,041.75

These constitute significant revenues for a company whose business, according to its website and the document disclosures in this case, relates solely to the repair and overhaul of various turbo charger mechanisms manufactured and suited only for application on aircraft engines. The Alabama corporation in question, according to its website and by virtue of documents produced in this litigation is one of a hand full of large aerospace manufacturers in the United States that produces turbo charged systems, components and replacement parts for aircraft engine turbochargers.   Kelly Aerospace Products manufactures turbochargers and turbocharger parts for products sold under the names Kelly Aerospace Products or KAPS, RayJay, RayJay/Rotomaster, Garrett, Garrett/Air Research, Consolidated Fuels, and Allied Signal Garrett/Honeywell. Consequently, the Alabama Defendant with which it is alleged that Main Turbo did significant business manufactures most of the turbo charged systems and component parts which are utilized on general aviation and commercial transport category aircraft whose engines utilize turbo chargers. It is suggested by this information that it would be impossible for Main Turbo to have performed its business as an entity which repairs and overhauls aircraft engine turbo

chargers if it did not have a significant commercial relationship with an Alabama corporation which manufactures the majority of those systems and component parts.

Plaintiff suggests to the Court that the documentary record attached to this response which is the full responsive record produced by Main Turbo indicates that a significant portion of the revenues realized by Main Turbo in 2002, 2003, 2004 and through March 2005, were realized because Main Turbo depended upon an Alabama corporation which supplied them with the component parts necessary to stay in business and to realize many millions of dollars in revenues. This is a much more significant relationship than the Defendant Main Turbo has characterized and it, indeed, represents what factually would have been necessary for a specialty repair shop to repair and overhaul aircraft engine turbos during the time periods in issue. This is the other side of the coin. Main Turbo not only had customers in Alabama during the subject time period but it purchased almost all of its aircraft parts necessary for its business from an Alabama corporation enabling it to realize more than $6 million in revenues leading up to the date of the accident in June 2005.

After March 2005 it is undisputed that Main Turbo continued its business, the repair and overhaul of aircraft engine turbochargers with the purchase of parts from a Texas corporation which were, in turn, still manufactured by the major manufacturing concern in this industry, Kelly Aerospace Products in Montgomery, Alabama. Consequently, even after March 2005 through the date of sales information provided by the Defendant in 2007, it was the manufacturer of aircraft parts in the State of Alabama which permitted Main Turbo to do business and to continue to profit from its endeavors.

So, as to the summary of Main Turbo's business set forth on page one of its Memorandum, it is patently untrue that the only economic interest resulting from a

continuous and systematic connection to the State of Alabama was the one half of one percent of its annual revenues from sales to Alabama customers. However, as we will discuss in the next section, the business with Alabama customers has neither been as limited nor as sporadic as set forth by the Defendant in its Motion to Dismiss.

III.    Customers Sold to or Served in Alabama

The documents produced by the Defendant Main Turbo and attached hereto for the benefit of the Court's inspection, suggest that there were 11 customers who did business with Main Turbo in the State of Alabama during the time periods from 2002 through 2007. However, what the actual invoices and work orders demonstrate is that some of these customers were repeat customers and that the total billings for activities in the State of Alabama for turbo charger repair and overhaul amounted to 23 individual invoices with a total value of $33,604.77. The actual documents attached may be surveyed by the Court and they will indicate that the original choice of the Defendants for a time period in which they supposedly had no relationship with the state was, indeed, a convenient time period.

When taken into consideration with the company's total revenues based upon obtaining Alabama manufactured parts and performing work in all 50 states, it is obvious that there probably is not a single state with a significant dollar amount relationship; indeed, there are many states with similar customer numbers and invoice totals. It is fair to conclude from the actual documents that the Defendant has customers which are repeat customers and that the Defendant returns to the State of Alabama to do business on a consistent systematic and continuous business of between $5,000 and $8,000 in any given calendar year. The analysis provided by the Defendants is purely about dollars. The relationship derived from the documents is not just about dollars, but about ongoing business relationships in the state which not only produce revenues from the repair of

7

customers products in that state but which make it possible for Main Turbo, by virtue of the purchase of Alabama manufactured turbocharged systems and components, to recognize millions of dollars of revenues from their business. This is, perhaps, the most significant contact in the ongoing business of Main Turbo with any single state. If Main Turbo did not sell any components or perform any repairs on aircraft from the state of California their revenues would suffer. However, if Main Turbo was unable to obtain turbo systems and replacement parts, either directly from Kelly Aerospace Products or indirectly through parts suppliers because the Defendant Kelly went out of business in the State of Alabama, then the Defendant Main Turbo would go out of business in the State of California. Alabama is a state that has significant contacts with the Defendant Main Turbo in a systematic and continuous fashion which either directly or by virtue of that relationship, generates millions of dollars of revenues for this Defendant.

IV. Customer Service in Aviation Industries

There is a third distinct basis upon which this Court could determine that it has general jurisdiction over the Defendant based upon systematic continuous and substantial contacts with the state under the applicable case law. Main Turbo in its documents acknowledges that it has an ongoing customer service relationship with Kelly Aerospace Products for the purpose of performing its services to Main Turbo's clients which includes the repair and overhaul of aircraft engine turbochargers. It is an undisputed fact that in the aircraft industry and, particularly in the aircraft repair and overhaul industry, and specifically in this industry where Main Turbo limits its business activities to turbocharger mechanisms that the relationship between the original manufacturer and supplier of component parts continues through the lifetime of the aircraft, the engine and the turbocharged mechanism which is incorporated into the engine. If Main Turbo could not call, e-mail, or correspond

8

with the customer service representatives that are maintained by Kelly Aerospace Products in Montgomery, Alabama, Main Turbo would be unable to provide services to its customers which are valuable and insure the ongoing revenues which it has realized represented by millions of dollars of income since 2002. This is simply one more critical aspect of a complex, financially significant, systematic and continuous relationship which has continued from 2002 through the present between Main Turbo and Kelly Aerospace Products in the State of Alabama and upon which general jurisdiction, pursuant to the law, must be based.

V.     Defendants' Case Law Suggesting That the Purchase of Aircraft Parts Does Not Justify The Imposition of Personal Jurisdiction Is Clearly Distinguishable.

The Defendant has suggested in the last portion of its brief that the significant history above, based upon not only customers in the State of Alabama in a continuous and systematic basis, but substantial revenues generated as a result of a business which depends upon parts which must be purchased from Alabama, does not support personal jurisdiction. These cases are distinguishable for reasons which are significant to the present question.

In *Helicopteros Nacionales De Colombia*, 466 US 408, 416 (1984), the U.S. Supreme Court did determine that a non-resident Defendant was not subject to personal jurisdiction by virtue of aircraft part purchases within the foreign jurisdiction. However, it is worthy of note that in that case, the Defendant, over whom jurisdiction was sought, was not in a business limited to the exclusive area for which it purchased parts. Main Turbo repairs turbochargers. Kelly Aerospace manufactures turbocharged systems and component parts for the majority of brand names that can be purchased in that industry. The Defendant over whom jurisdiction was asserted in the above case was an operator of helicopters and the provider of helicopter transportation services. It made its money by flying helicopters, not

9

by repairing components. Main Turbo, in its relationship to Alabama, purchases almost exclusively parts manufactured by the co-Defendant, Kelly Aerospace Systems, without its relationship directly, indirectly and by virtue of customer service with Kelly Aerospace, Main Turbo would not be able to do business at all.

The Supreme Court in *Helicopteros* went on to indicate that "mere purchases, even if occurring at regular intervals, are not enough to warrant a states assertion of impersonum jurisdiction over a non-resident corporation in a cause of action not related to those purchase transactions. Once again, the Court's determination may be distinguished significantly from the case at hand. The turbocharge mechanism involved in the present action is a product of the Kelly Aerospace Products Corporation located in Alabama. The component parts necessary for the overhaul which was performed upon the turbocharger prior to the date of action and upon which a cause of action for improper maintenance and product design defect are based was manufactured in Alabama and provided to Main Turbo in support of its business. That is the same circumstance as every other purchase made prior to 2005 directly from Kelly Aerospace Products and after 2005 from a third party parts supplier of parts manufactured under various names by Kelly Aerospace Services which enabled Main Turbo to realize revenues. This is not a relationship of mere purchases; it is a relationship which allows one company to do business which it could not do without the existence of the other company within the State of Alabama. It also includes significantly and distinctly by virtue of its manufacturing expertise, questions of the support and supply of customer service from a corporation in Alabama to Main Turbo's customers through Main Turbo's own efforts. There is more here than a mere purchase relationship. The Plaintiff suggests that this relationship is so significant that it amounts to corporate "symbiosis" without Kelly Aerospace Products, Main Turbo could not do business. The very

purchases of aircraft turbocharger parts that were made in this case to facilitate the repair of the accident aircraft and which are related to the causes of action in this case for negligence and product liability, distinguish this action from the cases cited by the Defendants. The Defendant suggested it is undisputed that the parts Main Turbo used to overhaul the accident aircraft were not purchased from Kelly Aerospace. The significant fact is that the parts purchased by Main Turbo to repair the accident aircraft were manufactured by Kelly Aerospace in Alabama just like the preceding five years of aircraft parts which made it possible for Main Turbo to realize almost $6 million in total revenues. When added to the admittedly ongoing customer support relationship and the presence of customers, repeat customers and multiple invoices for services in the State of Alabama preceding the accident and continuing after the accident the requisite continuous, systematic and substantial activities necessary to impose specific or general personal jurisdiction clearly exists.

VI.    Conclusion

In conclusion, Plaintiff suggests that Main Turbo's contacts with Alabama are not *"Deminimis"* but that they are systematic, continuous and substantial. So substantial, as to be the one factor that permits Main Turbo to continue its only business, the repair and overhaul of aircraft engine turbochargers. The Plaintiff encourages the Court to review the documents attached to this pleading which is the full record of document production on jurisdictional issues provided by the Defendant, Main Turbo. It is not structured, it is not time limited, it is actual evidence of a relationship which is far more complex than mere purchases and which has enabled this Defendant to profit from its business with substantial revenues for a number of years up to the present.

THEREFORE, the Plaintiff respectfully requests that this Court upon review of the parties pleadings and that the actual documents deny the Defendant Main Turbo's Motion to Dismiss for lack of personal jurisdiction.

Respectfully submitted,

Attorneys for Plaintiffs

/s/ Jerome L. Skinner
Jerome L. Skinner    (0014768)
Nolan Law Group
3074 Madison Road
Cincinnati, Ohio 45209
Tel:  (513) 721-1350/Fax:  (513) 721-5029
skinair02@aol.com


Thomas R. Edwards, Esq.
Thomas Edwards, P.C.
8244 Old Federal Rd.
Montgomery, Alabama 36117
**Local Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing has been served via ordinary U.S. Mail service this 28th day of April, 2008 on the following counsel:

Christopher S. Rogers, Esq.
Huie Fernambucq Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
**Counsel for Lycoming Engines**


Copies to:

Sanford G. Hooper, Esq.
Jackson R. Sharman, Esq.
Joel Chandler Bailey, II
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 North 20th St.
Birmingham, Alabama 35203
**Counsel for Main Turbo**

Charles B. Paterson, Esq.
Kelly F. Pate, Esq.
Balch & Bingham LLP
PO Box 78
Montgomery, Alabama 36101
**Counsel for Defendant Kelly Aerospace, Inc.**


                                        /s/ Jerome L. Skinner
                                        Jerome L. Skinner
                                        Attorney for Plaintiffs

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID H. PEASE, III and LISA PEASE )
                                    )
        Plaintiffs,                 )
                                    )
                                    )
v.                                  )      CIVIL ACT. NO. 2:07cv340-ID
                                    )
MAIN TURBO SYSTEMS, KELLY           )
AEROSPACE, INC., d/b/a KELLY        )
AEROSPACE POWER SYSTEMS, INC.,      )
LYCOMING ENGINES, et al.,           )
                                    )
        Defendants.                 )
                                    )

PLAINTIFFS' REQUEST FOR PERMISSION TO CONDUCT LIMITED
JURISDICTIONAL DISCOVERY AND FOR AN EXTENSION OF TIME TO
RESPOND TO DEFENDANT MAIN TURBO'S MOTION TO DISMISS

COME NOW Plaintiffs David H. Pease, III and Lisa Pease by and through

undersigned counsel moving in response to this Court's Order to Show Cause dated July

18, 2007 for permission to conduct specific and limited jurisdictional discovery on the

issue of whether Alabama Courts have personal jurisdiction over defendant Main Turbo

Systems and for an extension of time to respond to Main Turbo's motion until the

completion of such discovery. In support hereof plaintiffs state as follows:

On April 20, 2007 plaintiffs filed their complaint against defendants Main Turbo

Systems, Inc., Kelly Aerospace, Inc., d/b/a Aerospace Power Systems, Inc., and

Lycoming Engines. Both Kelly Aerospace, Inc., d/b/a Aerospace Power Systems, Inc.,

and Lycoming Engines answered plaintiffs' complaint shortly thereafter.

In lieu of answer Main Turbo Systems filed a motion to dismiss on July 13, 2007

contending that this Court's exercise of personal jurisdiction was unwarranted in light of

1



EXHIBIT
1

Main Turbo's "*de minimus* contacts with Alabama" and its "sporadic and attenuated business contacts within the state." (See Doc. 12-1, <u>Defendant Main Turbo Systems, Inc.'s Motion To Dismiss</u>, p. 8) Charging that Main Turbo has no presence in Alabama and that haling it into court there would offend Due Process, defendant's motion is solely supported by the unverified affidavit of Main Turbo's owner, Gary L. Main.

Importantly, Main Turbo incorporates new and unsubstantiated facts not previously in the pleadings. Given the factually intensive analysis necessary to counter Main Turbo's motion, plaintiffs respectfully request that limited jurisdictional discovery occur before this matter is deemed fully briefed by plaintiffs. In fact, upon receipt of Main Turbo's motion, plaintiffs propounded written discovery on the issue and requested the opportunity to depose Main Turbo's affiant, Gary L. Main.[1] As an initial matter then, plaintiffs respectfully request jurisdictional discovery take place; that Main Turbo be ordered to answer the propounded discovery and that plaintiffs be given the opportunity to formally respond to Main Turbo's motion within ten (10) days of the transcription of Mr. Main's deposition testimony.

Nevertheless, without the benefit of jurisdictional discovery, plaintiffs are constrained to point out several deficiencies in Main Turbo's motion to dismiss. In its motion, Main Turbo rather conspicuously oversimplifies its relationship with Alabama by focusing only on the allegedly limited revenues derived from the state six (6) months before the subject crash.  Instead, the personal jurisdiction analysis involves examining both the quality and quantity of contacts with Alabama, to which Main Turbo's revenue from Alabama customers six (6) months prior to the subject crash is just one facet. *See Asahi Metal Indus. Co. v. Superior Court*, 480 U.S. 102, 122, 107 S.Ct. 1026 (1987)

---

[1] (*See* Exhibit "A" attached hereto Skinner-Hooper correspondence dated July 17, 2007).

2

(Stevens, J., concurring in part and concurring the judgment) (suggesting that the value and volume of defendant's sales over a period of years affects the purposeful availment determination); *Ex parte Pope Chevrolet Inc.,* 555 So.2d 109, 113-114 (1989) (Finding that minimum contacts existed despite the fact that only one-tenth of one percent of defendant's income was derived from Alabama residents).

Jurisdictional discovery pertaining to Main Turbo, especially in light of its relationship with Kelly Aerospace, is likely to reveal both continuous and systematic contacts with the state of Alabama. Kelly Aerospace, Inc. is headquartered in Montgomery, Alabama. In 1997, Kelly Aerospace purchased the AiResearch and RAJAY turbochargers product lines from Allied Signal.[2] Significantly, on its website, the only services Main Turbo Systems advertises are for AiResearch and RAJAY turbochargers.[3]

When Main Turbo performed the overhaul in question, the service tag expressly stated that the component was completely overhauled in accordance with the manufacturer's specifications. This is consistent with FAA requirements and as such, since 1997, which was before the subject turbocharger was manufactured, the sole source of manufacturer specifications for the sole income producing activity of Main Turbo was from Kelly Aerospace in Alabama.

Consequently, Main Turbo would not only have had continuous and systematic contracts with the state of Alabama, but it would be required to have them by the FAA. Main Turbo would be required to maintain current revision status on Kelly turbocharger overhaul manuals and would presumably have had to pay for this service.

---

[2] (See Exhibit "B" attached hereto, http://www.kellyaerospace.com/turbos.htm and http://www.kellyaerospace.com/articles/KA_Turbocharger.pdf p.3)
[3] (See Exhibit "C" attached hereto, <http://www.mainturbo.com/index.html >)

3

Contrary to Main Turbo's contention that it "receives parts from Aviall, an aftermarket parts distributor in Dallas, Texas" parts would have also been purchased directly from Kelly during identifiable time periods. (*See* Doc. 12-1, <u>Defendant Main Turbo's Motion to Dismiss</u>, p.3) Ultimately, it is unlikely that an overhaul facility that focuses on one product and one specialty device did not over time purchase parts from the manufacturer of that one product. Defendant's motion does not in any way foreclose upon this possibility. Instead, the time period for which it states that it received parts from Aviall is unspecified.

Additionally, during Main Turbo's overhauls there would be certain parts that cannot be repaired but must be replaced with new parts. Main Turbo would be required to purchase these parts from Kelly Aerospace. The likelihood is that the overhaul and servicing of only AiResearch and RAJAY turbochargers as its <u>sole source</u> of income, there were thousands of parts ordered from Kelly Aerospace and that this stream of purchasing parts from the state of Alabama continues to the present day.

Discovery on jurisdictional issues will permit plaintiffs to fully ascertain the nature and quality of Main Turbo's contacts with Alabama and if these contacts are sustained to suffice personal jurisdiction over defendant there. As this Court is well aware, courts ruling on jurisdictional challenges freely permit discovery before ruling on a motion to dismiss, especially where no discovery has occurred. *Chudasuma v. Mazda Motor Corp.*, 123 F.3d 1353, 1367 (11th Cir. 1997) ("Resolution of a pretrial motion that turns on findings of fact- for example, a motion to dismiss for lack of personal jurisdiction may require some limited discovery before a meaningful ruling can be made."); *In re: Magnetic Audiotape Antitrust Litigation, et al.*, 334 F.3d 204, 208 (2d Cir.

4

2003) (Reversing district court dismissal on lack of personal jurisdiction, finding that it was premature to grant dismissal prior to allowing discovery on plaintiffs' insufficiently developed allegations).

In both federal and Alabama state courts there are two types of *in personam* jurisdiction and a party's contacts are assessed as follows:

> Two types of contacts can form a basis for personal jurisdiction: general contacts and specific contacts. General contacts, which give rise to general personal jurisdiction, consist of the defendant's contacts with the forum state that are unrelated to the cause of action and that are both 'continuous and systematic'***Specific contacts, which give rise to specific jurisdiction, consist of defendant's contacts with the forum state that are related to the cause of action***Although the related contacts need not be continuous and systematic, they must rise to such a level as to cause the defendant to anticipate being haled into court in the forum state***

*Ex Parte LaGrone*, 839 So.2d 624-25 (2002) (citations omitted)

Determining whether there are sufficient contacts between Main Turbo and the state of Alabama requires a two-step analysis. First, the Court examines the type of contacts and then decides whether there are other circumstances that would render it unreasonable for the out-of-state defendant to defend the action in Alabama.

With respect to the quality of contacts, "[a] nonresident defendant may be subject to Alabama's general *in personam jurisdiction* if its contacts with the State, although unrelated to the cause of action are "continuous and systematic." *LaGrone*, 839 So. 2d at 627. Indeed, where general personal jurisdiction exists, the absence of a clear nexus between the acts of the defendant and the charges in the complaint necessary to support specific *in personam* jurisdiction is rendered immaterial. *Id.*

5

Under Alabama law, "only contacts occurring prior to the event causing the litigation may be considered in determining whether a trial court may exercise personal jurisidiction over a party consistent with the Due Process clause." *Novak v. Benn*, 896 So.2d 513, 521 (Ala. 2004), *quoting Elliot v. Van Kleef*, 830 So.2d 726, 731 (Ala. 2002). Accordingly, only a six (6) month period before the subject crash is used for defendant's conclusion that Main Turbo does limited business in Alabama.

Given the untested facts contained in Mr. Main's affidavit plaintiffs respectfully request the deposition of Mr. Main and an answer to the attached written discovery before formally responding to defendant's motion to dismiss.[4] Without this limited jurisdictional discovery concerning the nature, quality and quantity of Main Turbo's contacts with Alabama, plaintiffs are greatly disadvantaged.

Accordingly, plaintiffs seek an order permitting a period in which such limited jurisdictional discovery shall take place prior to submitting a formal response to Main Turbo's motion to dismiss on the basis of lack of personal jurisdiction.

---

[4] (*See* Exhibit "A" attached hereto).

6

Respectfully submitted on this the 31st Day of August.


NOLAN LAW GROUP


/s/ Jerome L. Skinner, Esq.
One of the Attorneys for Plaintiffs


OF COUNSEL:

Jerome L. Skinner, Esq.
Nolan Law Group
3074 Madison Road
Cincinnati, Ohio 45209

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing in the above referenced case on the 31st day of July, 2007 by filing the same electronically with the Clerk of the Court using the CM/ECF system which will send notification of the same to all attorneys of record.

/s/ Jerome L. Skinner
OF COUNSEL

Thomas R. Edwards, Esq.
Thomas Edwards, P.C.
8244 Old Federal Road
Montgomery, AL 36117
tedwards2@mindspring.com

Charles B. Paterson, Esq.
Kelly F. Pate, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101-0078
cpaterson@balch.com
kpate@balch.com

Christopher S. Rogers, Esq.
Huie Fernambucq Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
csr@hfsllp.com

Sanford G. Hooper
Lightfoot Franklin & White, LLC
The Clark Building
400 North 20th St.
Birmingham, AL 35203

8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

DAVID H. PEASE, III and LISA PEASE,   )
                                     )
      Plaintiffs,               )
                                     )    CIVIL ACTION NO.
v.                                )    2:07-CV-340-ID
                                     )
MAIN TURBO SYSTEMS, et al.,       )
                                   )
      Defendants.            )

## DEFENDANT MAIN TURBO SYSTEMS, INC.'S RESPONSE TO PLAINTIFFS' DISCOVERY REQUESTS RELATED TO MAIN TURBO'S MOTION TO DISMISS (AS AMENDED BY THE COURT'S ORDER OF MARCH 31, 2008)

Comes now Defendant Main Turbo, and hereby responds to Plaintiff's First Set of Combined Interrogatories and Document Requests on Issues Related Solely to Main Turbo's Motion to Dismiss. These responses are provided based upon the Court's Order of March 31, 2008, and therefore the responses are not made to the requests as originally served by plaintiff, but to the requests as amended by the Court in the March 31, 2008 Order.

1.     Please state the accounting basis utilized by defendant Main Turbo as of June 2005. In other words, as of June 2005, was Main Turbo accounting for its revenues on a calendar year of fiscal years basis?

**RESPONSE: The accounting basis utilized by Main Turbo in June 2005 was based on the calendar year.**

2.     If the answer to the above interrogatory was "fiscal year" please state the month and year designation for that fiscal year.

1



RESPONSE: Not applicable. See Response to Interrogatory No. 1.

3.     Not Applicable per Court's March 31, 2008 Order

4.     Not Applicable per Court's March 31, 2008 Order

5.     Please provide copies of the work orders, repair cards, and customer invoices for the six (6) Alabama customers identified by defendant on pg. 3 of its Motion and Memorandum to Dismiss.

RESPONSE: Main Turbo objects to this request on the grounds it is overly broad and vague. Without waiving any objection, Main Turbo is attaching the documents it has located after a reasonably diligent search pertaining to work performed for the six Alabama customers identified in this request from January 2005 through July 11, 2007.

6.     Please produce copies of all work orders, repair cards and customer invoices for all Alabama customers identified by the defendant to have sought services during the last fiscal year or entire calendar year preceding the accident in June 2005.

RESPONSE: Main Turbo objects to this request on the grounds it is overly broad and vague. Without waiving any objection, Main Turbo is attaching the documents it has located after a reasonably diligent search pertaining to all work performed for customers based in Alabama during 2004.

7.     Please produce copies of all work orders, repair cards, invoices and payment records and other written documentation of any kind in the defendant's possession which specifically relate to the repair and overhaul of the "Pease" turbo charger in June 2005.

2

**RESPONSE: Main Turbo** objects to this request on the grounds it is overly broad and vague. Without waiving any objection, Main Turbo is attaching the following documents it has located after a reasonably diligent search pertaining to work it performed on the subject turbo charger: 1) June 2, 2005 Invoice to Air Tolin, Inc., based in Cincinnati, Ohio; 2) June 2, 2005 Work Order for Main Turbo Customer Air Tolin; 3) June 2, 2005 Inspection Turbocharger Continuity Form; 4) Shipping and Identification labeling; and 5) Description of Parts.

8.    Please produce copies of all documents utilized as sources by the defendant to prepare the statement which is found on pg. 3 of the defendant's motion and memorandum, "Main Turbo charged approximately $18,765.58 for all of the orders it received from those Alabama customers since January 2005. Id. The $18,765.58 in revenues received from these six customers accounted for less than one half of one (1) percent of the revenues generated by Main Turbo during the same time period. Id."

**RESPONSE: See response,** documents produced and objections to Request No. 5, incorporated herein by reference.

9.    For the time period of June 1, 2004 through July 1, 2005, produce all written records of transactions beginning with repair orders for turbo charger services offered by the defendant Main Turbo to Alabama customers.

**RESPONSE: See response,** documents produced and objections to Request Nos. 5 and 6, incorporated herein by reference.

3

10[1].   Please state, by the same method used to calculate revenues by the defendant on

pg. 3, ¶ 3 of its motion and memorandum for the time period of January 2005 through July 2005,

the calculated revenues for services rendered to Alabama customers during each of the **three (3)**

preceding fiscal or calendar years as accounted for by Main Turbo. For example, that would

include three (3) full fiscal years  preceding the fiscal year including June 2005 or the calendar

years 2002, 2003 and 2004."

**RESPONSE:  Main Turbo objects to this request on the grounds it is overly broad**

**and vague.  Without waiving any objection, Main Turbo is attaching the documents it has**

**located after a reasonably diligent search pertaining to work performed for customers**

**based in Alabama during 2002, 2003 and 2004.**

11[2].   Main Turbo has stated beginning in the last line of page two (2) of its Motion and

Memorandum to Dismiss that it has no direct business or contractual relationship with Kelly

Aerospace Inc. ("Kelly").  Please state or produce the following:

        a.     The time period referred to in the above quoted statement.

        b.     Kelly's definition of "no direct business or contractual relationship."

        c.     Whether any business or indirect contractual relationship has existed

between Main Turbo and Kelly Aerospace, Inc, in any of the five (5) preceding fiscal years or

calendar years before the complaint was filed.

---

[1] This request was modified by the Court's March 31, 2008 Order, and the Court's
modified language is used herein.

[2] This request was modified by the Court's March 31, 2008 Order, and the Court's
modified language is used herein.

4

    d.    Please produce copies of any and all contracts, agreements, correspondence, or other evidence of ongoing or one time business relations or contractual relations between Main Turbo and Kelly Aerospace, Inc, during the preceding five (5) full fiscal or calendar years **before the complaint was filed.**

RESPONSE: 11(a)   **Main Turbo has exclusively purchased Kelly manufactured parts from Aviall since approximately March 2005. Before approximately March 2005, Main Turbo purchased parts from Kelly. Main Turbo is not aware of any written agreement or contract between Kelly and Main Turbo ever existing. Instead, the parts purchased by Main Turbo from Kelly were made pursuant to direct purchase orders. After a reasonably diligent search, Main Turbo has been unable to locate copies of any past purchases orders for parts ordered from Kelly for the pre-March 2005 time period. Both before and after March 2005, Main Turbo has contacted Kelly occasionally for customer service issues such as technical questions.**[3]

    (11) b-d.   **See response to 11(a) above.**

                                    _[signature]_

                          One of the Attorneys for Defendant
                                Main Turbo Systems

---

[3]    Although not responsive to Request No. 11 or relevant to the issues involved in Main Turbo's Motion to Dismiss, but in the interest of disclosure, representatives of Main Turbo met with Kelly officials in the fall of 2007 in Alabama to discuss issues in the turbocharger industry and parts distribution.

OF COUNSEL:
Jackson R. Sharman III (SHARJ6416)
J. Chandler Bailey (BAILC4526)
Sanford G. Hooper (HOOPS7271)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

6

## CERTIFICATE OF SERVICE

This is to certify that on this ___14th___ day of ___April___, 2008, a true and correct copy of the foregoing was served on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to

Thomas R. Edwards, Esq.
Thomas Edwards, P.C.
8244 Old Federal Road
Montgomery, AL 36117
tedwards2@mindspring.com

Jerome L. Skinner, Esq.
Nolan Law Group
3074 Madison Road
Cincinnati, OH 45209
jls@nolan-law.com

Charles B. Paterson, Esq.
Kelly F. Pate, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101-0078
cpaterson@balch.com
kpate@balch.com

Christopher S. Rogers, Esq.
Huie Fernambucq Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484
csr@hfsllp.com

_____
OF COUNSEL

7

# Response to Requests 5, 6, 8 and 9

```
        946·19  +
        896·27  +
        350·00  +
      1,964·10  +
      1,995·87  +
        895·73  +
      1,673·77  +
      3,458·32  +
        921·48  +
      1,059·90  +
      1,558·15  +
      1,588·24  +
         23·99  +
        989·43  +
      1,604·04  +
      1,376·49  +
     21,201·97  *
```

**Main Turbo 0001**



**MAIN TURBO SYSTEMS, INC.**

**Gary Main and Bill Main**
**FAA Repair Station  MAMR190K**
**234 Cotta Court**
**Visalia, CA 93292-6537, USA**

(559) 635-3322      (800) 847-8815      Fax (559) 627-1960      Web site: www.mainturbo.com
Email: maints@lightspeed.net

April 3, 2008

#10:

Pulled all Alabama customers for that time period you requested (all of 2004 & 2005 &
2006, and thru to July 11, 2007)  and totaled all of their invoice amounts. That is the total
we came up with.

(See attachments)

Year of 2004 (Alabama customer invoice grand totals) $2,436.39
Atlantic Technology (1 turbocharger)
Decatur-Athens Aero Service (1 turbocharger)
------------------------

Year of 2005 (Alabama customer invoice grand totals) $3,959.97
Bama Air Inc. (2 turbochargers)
------------------------

Year of 2006 (Alabama customer invoice grand totals) $6,645.11
Aerial Imaging (1 turbocharger)
William Broadway (1 wastegate & 2 wastegate gaskets)
Bama Air Inc. (1 wastegate, 1 turbocharger & 4 wastegate gaskets)
Borden Ray (returned wastegate & charged for freight only)
Decatur-Athens Aero Service (1 turbocharger)
------------------------

Year of 1/1/2007 thru 7/11/2007 (Alabama customer invoice grand totals) $8,160.50
Decatur-Athens Aero Service (1 turbocharger)
Bama Air Inc. (1 controller, 2 wastegate , 1 turbocharger)
Skymaster Enterprises LLC (2 wastegate & 4 wastegate gaskets and 1 wastegate core
charge)

**MAIN TURBO SYSTEMS, INC.**

234 COTTA COURT; VISALIA, CA. 93292
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/30/2007 | 29910 |

**Bill To**

SKYMASTER ENTERPRISES LLC.
331 MULBERRY STREET
JASPER, AL. 35503
205-275-6794
ID# 4934

**PAID**

**Ship To**

SKYMASTER ENTERPRISES LLC.
331 MULBERRY STREET
JASPER, AL. 35503
205-275-6794
ID# 4934

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| PREPAID | CREDIT CARD | 5/30/2007 | UPS RED | | VISA C/C |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | W/O# 36527 | | | |
| W/G [EXCH] | [EXCH] WASTEGATE P/N 470908-20 , S/N KHR0117 [CORE DUE] CORE MUST BE IN AS REMOVED CONDITION TO RECEIVE FULL CORE CREDIT! OR [$350.00 IS DUE] WITHIN 10 DAYS | 1 | 848.00 | 848.00 |
| W/G GASKET | WASTEGATE GASKET [EACH] P/N 652456 | 2 | 15.00 | 30.00 |
| FREIGHT | SENDING UPS RED OVERNIGHT SERVICE TRACKING# 1Z93X9060142179373 | 1 | 68.19 | 68.19 |
| MEMO | JACK GRAY, THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site; www.mainturbo.com
Email Address: maints@lightspeed.net

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|
| **Total** | **$946.19** |

Main Turbo 0003



**MAIN TURBO SYSTEMS**
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322
Repair Station #MAAMR190K

CUSTOMER Skymaster Enterprises LLC - WORK ORDER # 36527
331 Mulberry St
Jasper AL 35503

PHONE 205-384-9206 205-275-6794
DATE REQ. 5/30/07

MGR. AK
INIT. INSP.
PIN 470908-20   S/N KHR0117
PRELIM. INSP.
FITTINGS
HIDDEN DAM INSP.
BRACKET
FINAL INSP.
PARTS UPS'd

TEAR DOWN REPORT core dueon 350°

THIS UNIT OVERHAULED AND PARTS
INSTALLED PER KELLY AEROSPACE
OVERHAULED MANUAL 400999-0000.
ALL SERVICE LETTERS, BULLETINS AND
AD NOTES COMPLIED WITH.

TURBINE WHL.   JOURNALS   BAL
COMP. WHL.   JOURNALS   BAL
"ND".   SEAL
BEARING HSG.
COMP HSG.
TURBINE HSG.
HEAT SHIELD
SEAL PLATE   BORE SIZE

INSP INIT.

AMB. TEMP. 80°
AMB. IN. HG. ABS. 29.9
P1 65.8
P2 206   LOW   HIGH
P3   LOW   HIGH
SEAT LEAKAGE   LOW
FRICTION TEST
ALPHA ANGLE

CONTROLLER CAL.
CLOSED
OPEN STOP 1.00

Main Turbo 0004



Repair Station #MAMR190K

**MAIN TURBO SYSTEMS**
234 Cota Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

CUSTOMER Jack Gray/Sky Master Enterprises LLC.
331 Mulberry Street
Jasper AL.   35503

WORK ORDER # 36557

P/N 470908-9020   S/N VHR0812

PHONE 205-275-6794

DATE REQ. 6-8-07

MFG.   INIT. INSP. Kelly

PRELIM. INSP.

HIDDEN DAM. INSP.

FITTINGS   BRACKET  ❍

**TEAR DOWN REPORT**

FINAL INSP.

| CONTROLLER | OK | NO GOOD | | WASTE GATE OVHL | OK | NO GOOD |
|---|---|---|---|---|---|---|
| POPPET | | | | BUTTERFLY | | |
| SEAT | | | | ACTUATOR ASSY. | | |
| BODY | | | | PISTON | | |
| BELLOWS | | | | BACK PLATE | | |
| | | | | CLEVIS | | |

COMMENTS Mandatory Valve replacement THIS UNIT OVERHAULED AND PARTS
INSTALLED PER KELLY AEROSPACE
OVERHAULED MANUAL 4009990000.
ALL SERVICE LETTERS, BULLETINS AND
AD NOTES COMPLIED WITH.

+350 Core charge UPS Ground
Gaskets $20   3RD67 29410
Gaskets $20

| | | |
|---|---|---|
| TURBINE WHL. | JOURNALS | BAL |
| COMP. WHL. | JOURNALS | BAL |
| NDT | | |
| BEARING HSG. | JOURNALS | SEAL |
| COMP. HSG. | | |
| TURBINE HSG. | | |
| HEAT SHIELD | | |
| SEAL PLATE | | |
| BORE SIZE | | |

INSP. INIT.

| | |
|---|---|
| AMB. TEMP. | 80° |
| AMB. IN. HG. ABS. | 29.9 |
| P1 | 65 LOW HIGH |
| P2 | 29.0 LOW HIGH |
| P3 | LOW HIGH |
| SEAT LEAKAGE | LOW HIGH |
| FRICTION TEST | |
| ALPHA ANGLE | |

**CONTROLLER CAL.**

CLOSED   OPEN STOP

INSP. INIT.

Main Turbo 0005

Apr 16 2008 8:48AM    Tom Edwards    334-215-7847    p.15

## MAIN TURBO SYSTEMS, INC.

234 COTTA COURT; VISALIA, CA; 93292
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/21/2005 | 24749 |

| Bill To | Ship To |
|---------|---------|
| BAMA AIR INC. <br> 4800 CARTER DRIVE <br> TUSCALOOSA, AL. 35401 <br> 205-349-3991 <br> ID# 0857 | BAMA AIR INC. <br> 4800 CARTER DRIVE <br> TUSCALOOSA, AL. 35401 <br> 205-349-3991 <br> ID# 0857 |

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| PREPAID | CREDIT CARD | 10/21/2005 | UPS BLUE | 1997 | VISA C/C |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | W/O# 33319 | | | |
| TH08A67 [EX... | [EXCH] TURBOCHARGER <br>  P/N 635630 , S/N  FCL2082 <br> [CORE DUE] <br> CORE MUST BE IN AS REMOVED CONDITION TO RECEIVE <br> FULL CORE CREDIT! <br>  OR <br> [$600.00 IS DUE] <br> WITHIN 10 DAYS | 1 | 1,875.00 | 1,875.00 |
| FREIGHT | SENDING UPS BLUE SERVICE <br> TRACKING# 1Z93X9060240596272 | 1 | 89.10 | 89.10 |
| MEMO | RANDY, <br> THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site;  www.mainturbo.com
Email Address: maints@lightspeed.net

| Sales Tax  (0.0%) | $0.00 |
|-------------------|-------|
| **Total** | **$1,964.10** |

Main Turbo 0006

**MAIN TURBO SYSTEMS, INC.**

# Invoice

234 COTTA COURT; VISALIA, CA. 93292
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

| Date | Invoice # |
|------|-----------|
| 12/22/2005 | 24977 |

| Bill To | Ship To |
|---------|---------|
| BAMA AIR INC.<br>4800 CARTER DRIVE<br>TUSCALOOSA, AL. 35401<br>205-349-3991<br>ID# 0857 | BAMA AIR INC.<br>4800 CARTER DRIVE<br>TUSCALOOSA, AL. 35401<br>205-349-3991<br>ID# 0857 |

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| C. O. D. | Due on receipt | 12/22/2005 | FED X ECONOMY | | COMPANY CHECK |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | W/O# 33651 | | | |
| TAO801 [OVH... | [OVHL] TURBOCHARGER<br>P/N 465448-4 , S/N OH0142<br>PARTS $1475.00 , LABOR $400.00 | 1 | 1,875.00 | 1,875.00 |
| FREIGHT | SENDING FED X ECONOMY SERVICE<br>TRACKING# 727215522274 | 1 | 120.87 | 120.87 |
| MEMO | RANDY,<br>THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site;  www.mainturbo.com
Email Address: maints@lightspeed.net

| Sales Tax  (0.0%) | $0.00 |
|-------------------|-------|
| **Total** | $1,995.87 |

Main Turbo 0007

**MAIN TURBO SYSTEMS, INC.**

**Invoice**

234 COTTA COURT; VISALIA, CA. 93292
559-635-3322 / 800-847-8815
FAX; 559-627-1960
Repair Station# MAMR190K

| Date | Invoice # |
|------|-----------|
| 7/6/2006 | 25701 |

| Bill To | Ship To |
|---------|---------|
| BAMA AIR INC.<br>4800 CARTER DRIVE<br>TUSCALOOSA, AL. 35401<br>205-349-3991<br>ID# 0857 | BAMA AIR INC.<br>4800 CARTER DRIVE<br>TUSCALOOSA, AL. 35401<br>205-349-3991<br>ID# 0857 |

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| C. O. D. | Due on receipt | 7/6/2006 | UPS BLUE | | COMPANY CHECK |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | W/O# 34666 | | | |
| W/G [EXCH] | [EXCH] WASTEGATE<br>P/N 470908-9012 , S/N  IJ017B<br>[CORE DUE]<br>CORE MUST BE IN AS REMOVED CONDITION TO RECEIVE<br>FULL CORE CREDIT!<br>    OR<br>[$350.00 IS DUE]<br>WITHIN 10 DAYS | 1 | 825.00 | 825.00 |
| W/G GASKET | WASTEGATE GASKET [EACH]<br>P/N 652456 | 2 | 15.00 | 30.00 |
| FREIGHT | SENDING  UPS BLUE SERVICE<br>TRACKING# 1Z93X9067040726477 | 1 | 40.73 | 40.73 |
| MEMO | DENNIS JACOBS,<br>THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site;  www.mainturbo.com
Email Address: maints@lightspeed.net

| | |
|---|---|
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $895.73 |

# MAIN TURBO SYSTEMS, INC.

234 COTTA COURT; VISALIA, CA. 93292
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/3/2006 | 26105 |

| Bill To | Ship To |
|---------|---------|
| BAMA AIR INC.<br>4800 CARTER DRIVE<br>TUSCALOOSA, AL. 35401<br>205-349-3991<br>ID# 0857 | BAMA AIR INC.<br>4800 CARTER DRIVE<br>TUSCALOOSA, AL. 35401<br>205-349-3991<br>ID# 0857 |

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| C. O. D. | Due on receipt | 10/3/2006 | UPS RED A.M. | 2447 | COMPANY CHECK |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | W/O# 35231 | | | |
| T6-5 [EXCH] | [EXCH] TURBOCHARGER<br>P/N 406610-9005 , S/N  GH0114<br>[CORE DUE]<br>CORE MUST BE IN AS REMOVED CONDITION TO RECEIVE<br>FULL CORE CREDIT!<br>   OR<br>[$500.00 IS DUE]<br>WITHIN 10 DAYS | 1 | 1,456.00 | 1,456.00 |
| W/G GASKET | WASTEGATE GASKET [EACH]<br>P/N 652456 | 2 | 15.00 | 30.00 |
| FREIGHT | SENDING UPS RED OVERNIGHT A.M. DELIVERY<br>TRACKING# 1Z93X9063241282418 | 1 | 187.77 | 187.77 |
| MEMO | DENNIS JACOBS,<br>THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site;  www.mainturbo.com
Email Address: maints@lightspeed.net

| Sales Tax  (0.0%) | $0.00 |
|-------------------|-------|
| **Total** | $1,673.77 |

Main Turbo 0009

**MAIN TURBO SYSTEMS, INC.**

234 COTTA COURT; VISALIA, CA. 93292
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/4/2007 | 29437 |

| Bill To | Ship To |
|---------|---------|
| BAMA AIR INC.<br>4800 CARTER DRIVE<br>TUSCALOOSA, AL. 35401<br>205-349-3991<br>ID# 0857 | BAMA AIR INC.<br>4800 CARTER DRIVE<br>TUSCALOOSA, AL. 35401<br>205-349-3991<br>ID# 0857 |

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| C. O. D. | Due on receipt | 1/4/2007 | UPS RED | 2548 | COMPANY CHECK |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | W/O# 35744 / 35743 / 35745 | | | |
| CONT.[OVHL] | [OVHL] CONTROLLER<br>P/N 481008-9026 , S/N IE000124<br>PARTS $568.00 , LABOR $200.00 | 1 | 768.00 | 768.00 |
| W/G [OVHL] | [OVHL] WASTEGATE<br>P/N 481064-4 , S/N NB0130<br>PARTS $498.00 , LABOR $200.00 | 1 | 698.00 | 698.00 |
| TAO801 [OVH... | [OVHL] TURBOCHARGER<br>P/N 465448-4 , S/N OH0142<br>PARTS $1385.00 , LABOR $400.00 | 1 | 1,785.00 | 1,785.00 |
| FREIGHT | SENDING UPS RED OVERNIGHT SERVICE<br>TRACKING# 1Z93X9065940788244 | 1 | 207.32 | 207.32 |
| MEMO | RANDY GAUT,<br>THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site; www.mainturbo.com
Email Address: maints@lightspeed.net

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|
| **Total** | $3,458.32 |

Main Turbo 0010

**MAIN TURBO SYSTEMS, INC.**

# Invoice

234 COTTA COURT; VISALIA, CA. 93292
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

| Date | Invoice # |
|------|-----------|
| 5/1/2007 | 29793 |

| Bill To | Ship To |
|---------|---------|
| BAMA AIR INC.<br>4800 CARTER DRIVE<br>TUSCALOOSA, AL. 35401<br>205-349-3991<br>ID# 0857 | BAMA AIR INC.<br>4800 CARTER DRIVE<br>TUSCALOOSA, AL. 35401<br>205-349-3991<br>ID# 0857 |

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| C. O. D. | Due on receipt | 4/30/2007 | UPS RED | 2691 | COMPANY CHECK |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | W/O# 36363 | | | |
| W/G [EXCH] | [EXCH] WASTEGATE<br>P/N 470780-16 , S/N  HKR0136<br>[CORE DUE]<br>CORE MUST BE IN AS REMOVED CONDITION TO RECEIVE<br>FULL CORE CREDIT!<br>    OR<br>[$350.00 IS DUE]<br>WITHIN 10 DAYS | 1 | 848.00 | 848.00 |
| FREIGHT | SENDING UPS RED OVERNIGHT SERVICE<br>TRACKING# 1Z93X9065942040163 | 1 | 73.48 | 73.48 |
| MEMO | RANDY GAUT,<br>THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site;  www.mainturbo.com
Email Address: maints@lightspeed.net

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|
| **Total** | **$921.48** |

Main Turbo 0011

**Repair Station #MAMR190K**
**MAIN TURBO SYSTEMS**
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

CUSTOMER **BAMA AIR INC.**

4800 CARTER DR

TUSCALOOSA AL 38401

WORK ORDER # 33319 ✓

DATE REQ. 10-28-05

PHONE 205-349-399

MGF. A/R
INIT. INSP. D Mc

P/N 635630

S/N FCL2082

PRELIM INSP.

FITTINGS

FINAL INSP. Dny Mc

BRACKET

TURBO EXCH L875 OR 600

HIDDEN DAM INSP. D Mc
34/25 405 OL NE

FAX 205-349-3993

TEAR DOWN REPORT

PARTS

OVERHAULED PER TP20.01.28 & TP30.4002
TCSB.M81.4R1.HEATSHIELD INSP
TCSB.M81-16-ANTI.ROTATING PIN

PARTS INSTALLED PER TP30.4002
AND ALL SERVICE BULLETINS AND AD'S

c/c

| | INSP. INIT. |
|---|---|
| | Dny Mc |

TURBINE WHL.  ✓   JOURNALS 6251
COMP WHL.  ✓    BAL .7  BAL .6 .6
NDT  ✓
BEARING HSG.  ✓   JOURNALS .9828
COMP HSG.  ✓    SEAL .8128
TURBINE HSG.  ✓
HEAT SHIELD  ✓
SEAL PLATE  ✓    SORE SIZE 6885

AMB. TEMP.
AMB. IN. HG. ABS.
P1
P2  LOW  HIGH
P3  LOW  HIGH
SEAT LEAKAGE
FRICTION TEST
ALPHA ANGLE

CONTROLLER CAL.
CLOSED
OPEN STOP

INSP. INIT.

Main Turbo 0012

Repair Station #MAMR190K

**MAIN TURBO SYSTEMS** "V85"
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

WORK ORDER #~ 33651

CUSTOMER Bama Air Inc.

DATE REC'D 12-21-05

4800 Carter Drive

PHONE (205) 345-3991

Tuscaloosa AL 35401

MGR. AC

INIT. INSP. BMa.

P/N 465448-4

S/N OHO112

BRACKET ___

FINAL INSP. BMa

O-ME.

PRELIM INSP. DMa

PARTS 1478/400

TEAR DOWN REPORT

HIDDEN DAM INSP. DMa
34185 FEDVEED
CAD

FITTINGS

PARTS INSTALLED PER TP-30-4002
AND ALL SERVICE BULLETINS AND AD'S

OVERHAULED PER TP2.00128 & TP30-4002
TCSB-M81-4RH HEAT SHIELD INSP.
TCSB-M81-16 ANTI ROTATING PIN

DBM's — 205 - 349 - 3293
PAX.

**TURBO CHARGER**

| TURBO CHARGED | OK | NO GOOD | | OK | NO GOOD |
|---|---|---|---|---|---|
| TURBINE HSG | ✓ | | COMP HSG | ✓ | |
| TURBINE WHEEL | | | COMP WHEEL | | |
| HEAT SHIELD | | | BACK PLATE | | |
| COMP HSG | | | | | |

TURBINE WHL ✓

COMP WHL ✓

NDT ✓

BEARING HSG. ✓    JOURNALS 625/    BAL 8 .8

TURBINE HSG. ✓    JOURNALS 9828    SEAL 8/30

COMP HSG. ✓    BAL 8 .6

TURBINE HSG. ✓

HEAT SHIELD ✓

SEAL PLATE ✓    BORE SIZE 6883

Heavy oil contamination Destroyed Ball&Plate ThrustSystem

under Heat Shield + Plate it isb tube lead obese up in Seal Area

Fitting - Checked Turbo forRubbing

to Heat Shield Both Body Erosion

**CONTROLLER CAL.**

AMB. TEMP. ___

AMB. IN. ___
HG. ABS.

P1 ___

P2 ___ LOW ___ HIGH ___

P3 ___ LOW ___ HIGH ___

SEAT LEAKAGE ___

FRICTION TEST ___

ALPHA ANGLE ___

CLOSED ___
OPEN STOP ___

INSP. INIT. [box]

**Main Turbo 0013**

Dury Printing and Copy Center - 733.2004

Repair Station #MAMR190K "187

**MAIN TURBO SYSTEMS**
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

CUSTOMER Bama Air Inc

**WORK ORDER # 35744**

DATE REQ. 1/4/06

PHONE 205-349-3993

FAX 205-349-3991 Rand
BRACKET NO

4800 Carter Dr
Tuscaloosa AL 38401

PN 4R1208-9016    SN IEOOI24

PRELIM. INSP. ____

HIDDEN DAM INSP. ____
4185 40sed cod    FITTINGS sells

FINAL INSP. ____

PARTS 568/200

MFG. ____

INIT. INSP. Kelly Aird ____

**CONTROLLER OVH**

| | OK | NO GOOD | | | OK | NO GOOD |
|---|---|---|---|---|---|---|
| POPPET | ☐ | ☐ | BUTTERFLY | | ☐ | ☐ |
| SEAT | ☐ | ☐ | ACTUATOR ASSY | | ☐ | ☐ |
| BODY | ☐ | ☐ | PISTON | | ☐ | ☐ |
| BELLOWS | ☐ | ☐ | BACK PLATE | | ☐ | ☐ |
| | | | CLEVIS | | ☐ | ☐ |

**TEARDOWN REPORT**

COMMENTS OIL CONTAMINATION DAMAGE

**TURBINE WHL.** _____

COMP WHL. _____

NDT _____

BEARING HSG. _____

COMP HSG. _____

TURBINE HSG. _____

HEAT SHIELD _____

SEAL PLATE _____

TURBINE WHL. _____ JOURNALS _____ BAL _____

COMP WHL. _____ JOURNALS _____ BAL _____ SEAL _____

BEARING HSG. _____

BORE SIZE _____

INSP INIT.

AMB. TEMP. 68°

AMB. IN. HG. ABS. 29.9

P1 65

P2    LOW 11    HIGH 11

P3    LOW 33.7    HIGH 37.8

**CONTROLLER CAL.**
CLOSED ____
OPEN STOP X

SEAT LEAKAGE ok

FRICTION TEST ok

ALPHA ANGLE 22

OVERHAULED PER TP2050129 & TP364003
TCSB M8117 WASTEGATE PISTON MOD
AND ALL SERVICE BULLETINS AND AD'S

PARTS INSTALLED PER TP364003

INSP INIT.

Main Turbo 0014

Apr 16 2008 8:50AM   Tom Edwards   334-219-7847   p.27



Repair Station #NAAMRJ90K

**MAIN TURBO SYSTEMS**
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

MGF. _____

INIT. INSP. A.R. _____

CONTROLLER
POPPET
SEAT
BODY
BELLOWS

COMMENTS

TEAR DOWN INSPECT
BUTTERFLY
ACTUATOR ASSY
PISTON
BACK PLATE
CLEVIS

CUSTOMER Bama Air, Inc.

4800 Carter Dr.

Tuscaloosa, AL. 35401

P/N 48/069-4   S/N NB0130

PRELIM. INSP. _____   HIDDEN DAM INSP. _____   FITTINGS ③

LESS

WORK ORDER # 35743

DATE REQ. 1-4-06

PHONE 205-349-3991

BRACKET

FINAL INSP. _____   PARTS 478/300

OVERHAULED PER TP2040125 & TP304003
TCSB M3117 WASTE GATE PISTON MOD.

PARTS INSTALLED PER TP304003
AND ALL SERVICE BULLETINS AND AD'S

TURBINE WHL. _____   JOURNALS _____   BAL _____

COMP WHL. _____   BAL _____

NDT _____

BEARING HSG. _____   JOURNALS _____   SEAL _____

COMP HSG. _____

TURBINE HSG. _____

HEAT SHIELD _____

SEAL PLATE _____

BORE SIZE _____

INSP INIT.

| | | | | | | |
|---|---|---|---|---|---|---|

AMB. TEMP.   68°

AMB. IN. HG. ABS.   29.9

P1   65

P2   33   LOW X   HIGH X

P3   X   LOW X   HIGH X

SEAT LEAKAGE   OK

FRICTION TEST   OK

ALPHA ANGLE   X

**CONTROLLER CAL.**

CLOSED   .015

OPEN STOP   N/A.

FIXED

INSP INIT.

Main Turbo 0015

Apr 16 2008 9:50AM   Tom Edwards   334-213-7847   p.25

Repair Station #MAMR190K

**MAIN TURBO SYSTEMS**
234 Cotta Ct.
Visalia, CA 93292
1-800-947-8815
1-559-635-3322

MGF. _A/L KELLY_
INIT. INSP. _DMain_

P/N 470908-9012   S/N 150178

PRELIM INSP. _DMain_

**TEAR DOWN REPORT**

WK FIXCH 825 CORE OL 330 DMG

#0857
CUSTOMER _BAMA AIR_
_4800 CARTER DR_
_TASCALOOSA AL 35401_

WORK ORDER # _34666_
DATE REQ. _7-6-06_
PHONE _205-349-3991_

HIDDEN DAM INSP. _DMain_
6158 WS BLUE
COD

FITTINGS _DMain_   BRACKET
FINAL INSP. _Don Main_

PARTS

OVERHAULED PER TP2003.03 & TP304003
TCSB M81-17 WASTEGATE PISTON MOD
PARTS INSTALLED PER TP30-4003
AND ALL SERVICE BULLETINS AND AD'S

+GASKETS

FAX 205-349-3993
DENNIS JACOBS

| | | | | | | | | INSP. INIT. |
|--|--|--|--|--|--|--|--|--|

TURBINE WHL. _____  JOURNALS _____
COMP WHL. _____
NDT _____
BEARING HSG. _____  JOURNALS _____  BAL _____
COMP HSG. _____
TURBINE HSG. _____
TURBINE HSG. _____  BAL _____  SEAL _____
HSG SHIELD _____
HSG SHIELD _____
SEAL PLATE _____
SCORE SIZE _____

AMB. TEMP. _81°_
AMB. IN
HG. ABS. _29.9_

P1 _65_   LOW _X_   HIGH _X_
P2 _30_   LOW _X_   HIGH _X_
P3 _X_    LOW _X_   HIGH _X_

SEAT LEAKAGE   LOW _OK_
FRICTION TEST  _OK_
ALPHA ANGLE _X_

**CONTROLLER CAL**
CLOSED
OPEN STOP _1.00_
_.015_

INSP. INIT.
_DMain_

**Main Turbo 0016**

Jan 26/05

Repair Station #MAMR190K

# MAIN TURBO SYSTEMS

234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

WORK ORDER # 35231

CUSTOMER  Bama Air

DATE REQ.  10-03-06

4800 Carter Drive

To Sea Loose, AL 35401

PHONE (205) 349 - 3561

MGF  As/Multi Aero    P/N 406610-9605    S/N G410141    FITTINGS

Denis Jacobs

INIT. INSP. _____    PRELIM INSP. _____    HIDDEN DAM INSP. _____    FINAL INSP. _____    BRACKET

TEAR DOWN REPORT
(Corr, Dbc or Score)

AM Delivery
UPS Red C.O.D

PARTS

(205) 349 - 3593

Turbo Exch  145 K#?  (Corr, Dbc or Score)  20#

Not  135  Per Denis Jacobs

+ w/5 gaskets  20#

PARTS INSTALLED PER TP-30-4002
AND ALL SERVICE BULLETINS AND AD'S

#29 Supplied

OVERHAULED PER TP200128 & TP-30-4002
TCSB.M81-4RN HEATED HLD HSG
TCSB.M81-16 ANTI ROTATING PIN

| | | | | INSP. INIT. |
|---|---|---|---|---|

TURBINE WHL. _____    JOURNALS 625/    BAL .8 .4

COMP WHL. _____    JOURNALS 625/    BAL .7 .9

NDT _____

BEARING HSG. _____    JOURNALS 9828

COMP HSG. _____    SEAL 8125

TURBINE HSG. _____

HEAT SHIELD _____

SEAL PLATE _____    BORE SIZE 8//A.

AMB. TEMP. _____

AMB. IN.
HG. ABS. _____

P1 _____
P2 _____  LOW _____  HIGH _____
P3 _____  LOW _____  HIGH _____

SEAT LEAKAGE _____

FRICTION TEST _____

ALPHA ANGLE _____

CONTROLLER CAL.

CLOSED _____
OPEN STOP _____

INSP. INIT.

Main Turbo 0017

Repair Station #MAMRTB0K

# MAIN TURBO SYSTEMS
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

CUSTOMER Bama Air Inc.

Tuscaloosa, AL 34601

**WORK ORDER # 35745**

PHONE (205) 349-3941

DATE REQ. Jan. 4, 2007

FINAL INSP. _____

BRACKET

**TEAR DOWN REPORT**

MGF. A/R.
INIT. INSP. _____

P/N 465448-4    S/N OHO142

PRELIM. INSP. _____    HIDDEN DAM INSP. 34/88 wes Red

FITTINGS _____    PARTS  135/460

| TURBO CHARGED OVHL. | OK | NO GOOD |
|---|---|---|
| TURBINE HSG. | | |
| TURBINE WHEEL | | |
| HEATSHIELD | | |
| BEARING HSG. | | |

| | OK | RE EUSED |
|---|---|---|
| COMP HSG | | |
| BACK PLATE | | |

COMMENTS  Yes  old  oil-filter & oil contamination

| | | |
|---|---|---|
| TURBINE WHL. | CIR | JOURNALS 6251 BAL 6 S |
| COMP WHL. | CIR | BAL .8 .7 |
| NDT | Yes | |
| BEARING HSG. | New | JOURNALS 8830 |
| COMP HSG. | CIR | SEAL 8130 |
| TURBINE HSG. | CIR | |
| HEAT SHIELD | CIR | |
| SEAL PLATE | CIR | |
| BORE SIZE 6884 | | |

| | | INSP. INIT. |
|---|---|---|
| | | _____ |

1800 Carter Dr.

TURBO CHARGER OVERHAULED PER
OVERHAUL MANUAL P/N 1406600-0000
ALL SERVICE LETTERS, BULLETINS
AND AD NOTES COMPLIED WITH

PARTS INSTALLED PER OVERHAUL
MANUAL    #23 5490 cled

| | AMB. TEMP. | |
|---|---|---|
| | AMB. IN. | |
| | HG. ABS. | |
| | P1 | |
| | P2 LOW HIGH |
| | P3 LOW HIGH |
| | SEAT LEAKAGE | |
| | FRICTION TEST | |
| | ALPHA-ANGLE | |

**CONTROLLER CAL.**

CLOSED  OPEN STOP

INSP. INIT.

Main Turbo 0018

**MAIN TURBO SYSTEMS**
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

Repair Station #MAMR1.90K

**WORK ORDER # 36363**

CUSTOMER  Roma Air Inc

4800  Cotter Drive

Tuscalosa, AL 35401

DATE REQ.  4-30-07

PHONE  (205) 349-3961

P/N  470780-16      S/N  HK80136

**TEAR DOWN REPORT**

MGF.   AR
INIT. INSP.  [signature]

PRELIM. INSP.  [signature]

HIDDEN DAM INSP.  [signature]

FITTINGS  [signature]

FINAL INSP.  [signature]

BRACKET

**PARTS**

THIS UNIT OVERHAULED AND PARTS
INSTALLED PER KELLY AEROSPACE
OVERHAULED MANUAL 4009950000.
ALL SERVICE LETTERS, BULLETINS AND
AD NOTES COMPLIED WITH.

[signature]

| | INSP. INIT. |
|---|---|
| TURBINE WHL. | |
| COMP WHL. | |
| NDT | |
| BEARING HSG. | |
| COMP HSG. | |
| TURBINE HSG. | |
| HEAT SHIELD | |
| SEAL PLATE | |

JOURNALS
BAL
BAL
JOURNALS
SEAL
BORE SIZE

W9  ext  gage  (see Doc ## 3500)

W9  gage  (see Doc ## 3500)

used COD

used COD

(205) 349-3953

| | INSP. INIT. |
|---|---|
| AMB. TEMP. | 68 |
| AMB. IN. HG. ABS. | 29.9 |
| P1 | 65 |
| P2 | 31 |
| P3 | X |
| SEAT LEAKAGE | OK |
| FRICTION TEST | OK |
| ALPHA ANGLE | X |

LOW X   HIGH X
LOW X   HIGH X

**CONTROLLER CAL.**

CLOSED  .015
OPEN STOP  1.00

INSP. INIT.  [signature]

**Main Turbo 0019**

**MAIN TURBO SYSTEMS, INC.**

234 COTTA COURT; VISALIA, CA. 93292
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

# Invoice

| Date | Invoice # |
|---|---|
| 8/10/2004 | 23102 |

PAID

| Bill To | Ship To |
|---|---|
| DECATUR-ATHENS AERO SERVICE<br>P.O. BOX 502<br>ATHENS, AL. 35612<br>256-355-5770<br>ID# 2274 | DECATUR-ATHENS AERO SERVICE<br>HIGHWAY 31N, PRYOR FIELD<br>DECATUR, AL. 35601<br>256-355-5770<br>ID# 2274 |

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|---|---|---|---|---|---|
| PREPAID | CREDIT CARD | 8/10/2004 | UPS RED | | M/C |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | W/O# 30959 | | | |
| TAO411 [OVH... | [OVHL] TURBO P/N 46C197839G , S/N  BHN47705<br>PARTS $787.00 , LABOR $200.00 | 1 | 987.00 | 987.00 |
| FREIGHT | SENDING UPS RED OVERNIGHT SERVICE<br>TRACKING# 1Z93X9060140849607 | 1 | 72.90 | 72.90 |
| MEMO | CLAY,<br>THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site;  www.mainturbo.com
Email Address: maints@lightspeed.net

| Sales Tax  (0.0%) | $0.00 |
|---|---|
| **Total** | **$1,059.90** |

**MAIN TURBO SYSTEMS, INC.**

234 COTTA COURT; VISALIA, CA. 93292
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/11/2006 | 29360 |

| Bill To | Ship To |
|---------|---------|
| DECATUR-ATHENS AERO SERVICE<br>P.O. BOX 502<br>ATHENS, AL. 35612<br>256-355-5770<br>ID# 2274 | DECATUR-ATHENS AERO SERVICE<br>21190 FLIGHTLINE ROAD<br>TANNER, AL. 35671<br>256-355-5770<br>ID# 2274 |

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| PREPAID | CREDIT CARD | 12/11/2006 | UPS BLUE | 111GR | MASTERCARD C/C |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| T6-25 [EXCH] | W/O# 35625<br><br>[EXCH] TURBOCHARGER<br> P/N 406610-9025 , S/N  ZE023276<br>[CORE DUE]<br>CORE MUST BE IN AS REMOVED CONDITION TO RECEIVE<br>FULL CORE CREDIT!<br>  OR<br>[$500.00 IS DUE]<br>WITHIN 10 DAYS | 1 | 1,456.00 | 1,456.00 |
| FREIGHT | SENDING UPS BLUE SERVICE<br>TRACKING# 1Z93X9060240133351 | 1 | 102.15 | 102.15 |
| MEMO | NICOLE BANKS,<br>THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site;  www.mainturbo.com
Email Address: maints@lightspeed.net

| Sales Tax  (0.0%) | $0.00 |
|-------------------|-------|
| **Total** | $1,558.15 |

**MAIN TURBO SYSTEMS, INC.**

**234 COTTA COURT; VISALIA, CA. 93292**
**559-635-3322 / 800-847-8815**
**FAX: 559-627-1960**
**Repair Station# MAMR190K**

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/20/2007 | 29989 |

| Bill To | Ship To |
|---------|---------|
| DECATUR-ATHENS AERO SERVICE<br>P.O. BOX 502<br>ATHENS, AL. 35612<br>256-355-5770<br>ID# 2274 | DECATUR-ATHENS AERO SERVICE<br>21190 FLIGHTLINE ROAD<br>TANNER, AL. 35671<br>256-355-5770<br>ID# 2274 |

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| PREPAID | CREDIT CARD | 6/20/2007 | UPS GND TRAC | | MASTERCARD C/C |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | W/O# 36621 | | | |
| T6-21 [OVHL] | [OVHL] TURBOCHARGER<br>P/N 406610-9021 , S/N WK-L0110<br>PARTS $1049.00 , LABOR $500.00 | 1 | 1,549.00 | 1,549.00 |
| FREIGHT | SENDING UPS GROUND SERVICE<br>TRACKING# 1Z93X9060341490220 | 1 | 39.24 | 39.24 |
| MEMO | NICOLE BANKS,<br>THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site; www.mainturbo.com
Email Address: maints@lightspeed.net

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|
| **Total** | **$1,588.24** |

Main Turbo 0022

Apr 16 2008 8:52AM   Tom Edwards   334-215-7647   p.32

**MAIN TURBO SYSTEMS**
Repair Station #MAMR190K
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

CUSTOMER Decatur Athens Aero Service   WORK ORDER # 30959

P/N 46C14896   S/N GAN4720S

Hwy 31N Prior Field
Decatur AL 35601

PHONE (256) 355-5770

DATE REQ. 8-02-04

MGF. AR
INIT. INSP.

PRELIM INSP.

FITTINGS In   FINAL INSP   BRACKET C9g9
HIDDEN DAM INSP. 787   200 PARTS

**TEAR DOWN REPORT**

TURBO CHARGER

| | OK | NO CH. |
|---|---|---|
| TURBINE HSG. | | |
| TURBINE WHEEL | | |
| HEATSHIELD | | |
| BEARING HSG | | |

COMMENTS E.D.R. Minor Lek cold side

| | OK | NO GOOD |
|---|---|---|
| COMPR. WHEEL | | |
| BACK PLATE | | |

OVERHAULED PER TP20-01.28 & TP30-40.02
TCSB M81-4R1 HEATSHIELD INSP.
TCSB M81-16 ANTI ROTATING PIN

PARTS INSTALLED PER TF-30-40.02
AND ALL SERVICE BULLETINS AND ADS

| | JOURNALS | BAL. |
|---|---|---|
| TURBINE WHL. | | |
| COMP. WHL. | | |
| BEARING HSG. | | |
| COMP. HSG. | | |
| TURBINE HSG. | | |
| HEAT SHIELD | | |
| SEAL PLATE | | |

JOURNALS 3988 3988 BAL. 2.6
BAL. .5 .5
JOURNALS 6222 6222
SEAL .710

BORE SIZE .3904

CONTROLLER CAL

| | | LOW | HIGH |
|---|---|---|---|
| AMB. TEMP. | | | |
| AMB. IN. HG. ABS. | | | |
| P1 | | LOW | HIGH |
| P2 | | LOW | HIGH |
| P3 | | LOW | HIGH |
| SEAT LEAKAGE | | | |
| FRICTION TEST | | | |
| ALPHA ANGLE | | | |

OPEN STOP
CLOSED
OPEN STOP

INSP/INIT.

Main Turbo 002

Repair Station #MA4R190K

**MAIN TURBO SYSTEMS**
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

**TEAR DOWN REPORT**

CUSTOMER DECATUR-ATHENS AECO SVC.

WORK ORDER # 35625

DATE REQ. 12-11-06

21190 FLAGG WW LINE RD

ATHENS AL 35671

PHONE 256-355-5770

NICOLE BOWLES

P/N 406610-9025    S/N 2E023276

PRELIM. INSP. _____    FINAL INSP. _____    BRACKET

HIDDEN DAM INSP. _____    FITTINGS    PARTS
321535 BCME
CLC.

MGF. A/R
INIT. INSP. _____

TURBO EXCH 145G  COEL OL 400 DAL

| | | INSP INIT. | | |
|---|---|---|---|---|
| TURBINE WHL. ✓ | JOURNALS 625/ | BAL. 5 4 | | |
| COMP WHL. ✓ | BAL. 1 9 | | | |
| NDT ✓ | | | | |
| BEARING HSG. ✓ | JOURNALS 9830 | SEAL 8129 | | |
| COMP HSG. ✓ | | | | |
| TURBINE HSG. ✓ | | | | |
| HEAT SHIELD ✓ | | | | |
| SEAL PLATE ✓ | | | | |
| | BORE SIZE 6880 | | | |

**TURBO CHARGER OVERHAULED PER OVERHAUL MANUAL P/N 406600-0000 ALL SERVICE LETTERS, BULLETINS AND AD NOTES COMPLIED WITH**

PARTS INSTALLED PER OVERHAUL MANUAL #23

**CONTROLLER CAL.**

| | |
|---|---|
| AMB. TEMP. | |
| AMB. IN. HG. ABS. | |
| P1 | CLOSED |
| P2 | OPEN STOP |
| P3 | |
| SEAT LEAKAGE | LOW ___ HIGH |
| FRICTION TEST | LOW ___ HIGH |
| ALPHA ANGLE | |
| INSP. INIT. | |

Main Turbo 0024

Report Station #MADTR190K

**MAIN TURBO SYSTEMS**
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

**WORK ORDER # 36621**

CUSTOMER   Decatur-Athens Aero Service

Pryor Field   Hwy 31N

Decatur, AL

PHONE  (256) 355-5700

DATE REQ.   6-20-07

MGF   AA

INIT. INSP.   _signature_

P/N   406600-9031

S/N   WK-2010

FITTINGS   _signature_

BRACKET

PRELIM. INSP.   _signature_

HIDDEN DAM INSP.   32/158 405600 C/C   on back

PARTS   1094/500

FINAL INSP   _signature_

**TEAR DOWN REPORT**

Fax info

| TURBO CHARGER OVERHAULED PER |
| OVERHAUL MANUAL P/N 400600-0000 |
| ALL SERVICE LETTERS, BULLETINS |
| AND AD NOTES COMPLIED WITH |
| PARTS INSTALLED PER OVERHAUL |
| MANUAL |

#23

**TURBO CHARGER** OVHL

| | DR | RO 40/200 |
|---|---|---|
| TURBINE HSG. | | |
| TURBINE WHEEL | | |
| HEAT SHIELD | | |
| BEARING HSG | | |

COMMENTS  PDD CLUB - TURB RUBBING

TURBINE   NEW
COMP. WHEEL   C/RSV
NDT   YES
BEARING HSG.   NEW
COMP. HSG.   C/R
TURBINE HSG.   C/R
HEAT SHIELD   C/RSV
SEAL PLATE   C/R

JOURNALS   6257   BAL   N/A
JOURNALS   9830
BAL   .8   .8
SEAL   8128
BORE SIZE   6880

| COMP WHEEL | | |
| BACK PLATE | | |

GLUE

_signature_   INSP INIT

**CONTROLLER CAL.**

| AMB. TEMP. | | |
| AMB. IN. HG. ABS. | CLOSED | |
| P1 | OPEN STOP | |
| P2 | LOW | HIGH |
| P3 | LOW | HIGH |
| SEAT LEAKAGE | | |
| FRICTION TEST | | |
| ALPHA ANGLE | | |

INSP. INIT.

**Main Turbo 0025**

**MAIN TURBO SYSTEMS, INC.**

# Invoice

**234 COTTA COURT; VISALIA, CA. 93292**
**559-635-3322 / 800-847-8815**
**FAX: 559-627-1960**
**Repair Station# MAMR190K**

| Date | Invoice # |
|------|-----------|
| 10/6/2006 | 26123 |

| Bill To | Ship To |
|---------|---------|
| BORDEN RAY<br>652 HARTFORD DRIVE<br>TUSCALOOSA, AL. 35406<br>205-792-6508<br>ID# 4808 | TUSCALOOSA TURBINE LLC<br>2020 UNIVERSITY BLVD.<br>TUSCALOOSA, AL. 35401<br>205-345-5564 |

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| PREPAID | CREDIT CARD | 10/6/2006 | UPS 3 DAY SELEC | | AMERICAN EXPRES... |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| W/G [RETURN} | [RETURN] WASTEGATE<br>P/N 470842-4 , S/N  DL0116 | 1 | 0.00 | 0.00 |
| FREIGHT | SENDING UPS 3 DAY SELECT SERVICE<br>TRACKING# 1Z93X9061241714597 | 1 | 23.99 | 23.99 |
| MEMO | BORDEN RAY,<br>THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site;  www.mainturbo.com
Email Address: maints@lightspeed.net

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|
| **Total** | **$23.99** |

Main Turbo 0026

# MAIN TURBO SYSTEMS, INC.

**234 COTTA COURT; VISALIA, CA. 93292**
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/13/2006 | 25733 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| **WILLIAM BROADWAY**<br>**2987 ELKWOOD SECTION ROAD**<br>**HAZEL GREEN, AL. 35750**<br>256-759-1442<br>ID# 4753 | **OPTIMAL GEOMATICS**<br>**231 COUNTY ROAD 1360**<br>**CULLMAN AIRPORT**<br>**VINEMONT, AL. 35179**<br>256-734-3268 [CLAUDE DRAKE] |

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| PREPAID | CREDIT CARD | 7/13/2006 | UPS BLUE | | MASTERCARD C/C |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | W/O# 34705 | | | |
| W/G [EXCH] | [EXCH] WASTEGATE<br>P/N 470908-9011 , S/N  HH0224<br>[CORE DUE]<br>CORE MUST BE IN AS REMOVED CONDITION TO RECEIVE<br>FULL CORE CREDIT!<br>   OR<br>[$350.00 IS DUE]<br>WITHIN 10 DAYS | 1 | 825.00 | 825.00 |
| W/G GASKET | WASTEGATE GASKET [EACH]<br>P/N 652456 | 2 | 15.00 | 30.00 |
| FREIGHT | SENDING UPS BLUE SERVICE<br>TRACKING# 1Z93X900240780741 | 1 | 34.43 | 34.43 |
| MEMO | WILLIAM,<br>THANK YOU FOR YOUR BUSINESS! | | 0.00 | 0.00 |

Visit our web site;  www.mainturbo.com
Email Address: maints@lightspeed.net

| Sales Tax  (0.0%) | $0.00 |
|-------------------|-------|
| **Total** | **$889.43** |

Main Turbo 0027

**Repair Station #** MR9OK

# MAIN TURBO SYSTEMS
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

MGF: AIR - KELLY AERO   PIN 470908-9011   S/N H40224

CUSTOMER: OPTIMAL GEOMATICS

WORK ORDER # 34705

DATE REQ.   7-13-06

CALL MAN AIRBOLS
23/ COUNTY RD 1360
LIVERMONT AL 35129

PHONE 256-734-3268

CLAUDE DRAKE

INIT. INSP.            PRELIM INSP.        TEAR DOWN REPORT
                                           HIDDEN DAM INSP.      FITTINGS
                                           61/65 4PS BLUE
                                           O/C

FINAL INSP.          BRACKET

PARTS

W/C EXCH 825   CORE OL 350 DUE

OVERHAULED PER TP2C0129 & TP304003
TCSB M81-17 WASTEGATE PISTON MOD.

PARTS INSTALLED PER TP-304003
AND ALL SERVICE BULLETINS AND AD'S

| TURBINE WHL. | JOURNALS | BAL. |
| COMP WHL. | JOURNALS | BAL. |
| NDT | | |
| BEARING HSG. | | |
| COMP HSG. | | |
| TURBINE HSG. | SEAL | |
| HEAT SHIELD | | |
| SEAL PLATE | BORE SIZE | |

GASKETS

William O. Broadway
2987 Elkwood Section Rd
Hazel Green, AL 35750

Bill To:

256-259-1419

CONTROLLER CAL.

AMB. TEMP. 85
AMB. IN HG. ABS. 29.9
P1 65
P2 30   LOW X   HIGH X
P3 X   LOW X   HIGH X
SEAT LEAKAGE OK
FRICTION TEST OK
ALPHA ANGLE X

CLOSED O
OPEN STOP 1.00

Main Turbo 0028

**MAIN TURBO SYSTEMS, INC.**

234 COTTA COURT; VISALIA, CA. 93292
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/28/2006 | 25933 |

| Bill To | Ship To |
|---------|---------|
| AERIAL IMAGING<br>2987 ELKWOOD SECTION ROAD<br>HAZEL GREEN, AL. 35750<br>256-759-1442<br>ID# 2077 | EXEC FLIGHT CENTER<br>358 BOLLING ROAD<br>MERIDIANVILLE, AL. 35759<br>256-828-1403 |

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| PREPAID | CREDIT CARD | 8/28/2006 | UPS RED | | VISA C/C |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | W/O# 34996 | | | |
| T6-5 [EXCH] | [EXCH] TURBOCHARGER<br>P/N 406610-9005 , S/N  RER0194<br>[CORE DUE]<br>CORE MUST BE IN AS REMOVED CONDITION TO RECEIVE<br>FULL CORE CREDIT!<br>   OR<br>[$500.00 IS DUE]<br>WITHIN 10 DAYS | 1 | 1,456.00 | 1,456.00 |
| FREIGHT | [DROP SHIPPED] SENDING UPS RED OVERNIGHT SERVICE<br>TRACKING# 1Z93X9060142222780 | 1 | 148.04 | 148.04 |
| MEMO | WILLIAM BROADWAY,<br>THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site;  www.mainturbo.com
Email Address: maints@lightspeed.net

| | |
|---|---|
| Sales Tax  (0.0%) | $0.00 |
| **Total** | **$1,604.04** |

**Main Turbo 0029**

Repair Station #MAMR190K

**MAIN TURBO SYSTEMS**
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

CUSTOMER Aerial Imaging

WORK ORDER # 34996

298 El Kiwood Section Rd.
Hazel Green Al. 35750

DATE REQ. 8/28/06

PHONE 256.759.1442

Cell 256.759.1442, Bill

P/N 406610-9005  S/N RR0194

MFG
INIT. INSP. AR Kelly

PRELIM INSP.

TEAR DOWN REPORT

HIDDEN DAM INSP.  145C°

FITTINGS

FINAL INSP.

PARTS UPS Red

BRACKET

Turbo exch core due on 500°

Turbine WHL.

JOURNALS 6251  BAL 9  BAL 8  9

COMP WHL.  BAL 9  9

NOT

BEARING HSG.  JOURNALS 9930

COMP HSG.  SEAL 8150

TURBINE HSG.

HEAT SHIELD

SEAL PLATE

BORE SIZE 6885

OVERHAULED PER TP200128 & TP304002
TCSB-M63-ARI HEATSHIELD INSP.
TCSB M81-16 ANTIROTATING PIN

PARTS INSTALLED PER TP-30-4002
AND ALL SERVICE BULLETINS AND ADS

Exch Light Center
35R Rolling Rd.
Meridianville Al.
35759

Ship to
core back

256-888-1403

CONTROLLER CAL.

AMB. TEMP.

AMB. IN.
HG. ABS.

P1

P2  LOW  HIGH

P3  LOW  HIGH

SEAT LEAKAGE

FRICTION TEST

ALPHA ANGLE

CLOSED

OPEN STOP

INSP. INIT.

Main Turbo 0030

Curry Printing and Copy Center 735-7004

**MAIN TURBO SYSTEMS, INC.**

# Invoice

**234 COTTA COURT; VISALIA, CA. 93292**
**559-635-3322 / 800-847-8815**
**FAX: 559-627-1960**
**Repair Station# MAMR190K**

| Date | Invoice # |
|------|-----------|
| 1/16/2004 | 22237 |

| Bill To | Ship To |
|---------|---------|
| ATLANTIC TECHNOLOGY<br>HUTSVILLE INT'L AIRPORT<br>2000 HOUSTON GOODSON WAY<br>HUNTSVILLE, AL. 35806<br>256-464-6756 [ID# 4218] | ATLANTIC TECHNOLOGY<br>HUTSVILLE INT'L AIRPORT<br>2000 HOUSTON GOODSON WAY<br>HUNTSVILLE, AL. 35806<br>256-464-6756 [ID# 4218] |

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| C. O. D. | Due on receipt | 1/16/2004 | Fed X PRIORITY | 732JE | COMPANY CHECK |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | W/O# 29764 | | | |
| T6-5 [EXCH] | [EXCH] TURBOCHARGER<br>P/N 406610-9005 , S/N RFRO153<br>[CORE DUE]<br>  OR<br>[$500.00 IS DUE]<br>WITHIN 15 DAYS | 1 | 1,287.00 | 1,287.00 |
| FREIGHT | SENDING FED X PRIORITY OVERNIGHT SERVICE<br>TRACKING# 485517776194 | 1 | 89.49 | 89.49 |
| MEMO | CLAUDE MONDEL,<br>THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site; www.mainturbo.com
Email Address: maints@lightspeed.net

| | |
|---|---|
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $1,376.49 |

Main Turbo 0031

Repair Station #MAMR190K

## MAIN TURBO SYSTEMS
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

MGE.

INIT. INSP.    AMRT

CUSTOMER    Atlantic Technology

Huntsville Intl Airport

Huntsville AL    35806

PHONE 256-464-6756

Turbo each core due ov 500

P/N H06610-9005    S/N RFR0133

FAX IS SAME

WORK ORDER #  29264

DATE REQ.  1/16/04

232TE

PRELIM INSP.

TEAR DOWN REPORT

HIDDEN DAM INSP.    1287

FITTINGS

FINAL INSP.    Chris Moore

PARTS    C/C on back

BRACKET    Chris Moore

PARTS INSTALLED PER TP-30-4002
AND ALL SERVICE BULLETINS AND AD'S

OVERHAULED PER TP20Q128 & TP30-4002
TCSB.M81-4R1-HEATSHIELD INSP
TCSB.M81-16-ANTI-ROTATING PIN

| | | INSP. INT. |
|---|---|---|

| | INSP. INT. |
|---|---|

TURBINE WHL.    JOURNALS  .6251    BAL  .5  .5

COMP. WHL.    JOURNALS  .7830    BAL  .8  .8

BEARING HSG.    SEAL  .8124

COMP. HSG.

TURBINE HSG.

HEAT SHIELD

SEAL PLATE    BORE SIZE  .6864

AMB. TEMP.

AMB. IN
HG. ABS.

P3 ____ LOW ____ HIGH

P2 ____ LOW ____ HIGH

P1 ____

SEAT LEAKAGE

FRICTION TEST

ALPHA ANGLE

CONTROLLER CAL

CLOSED

OPEN STOP

**Main Turbo 0032**

Apr 16 2008 9:04AM    Tom Edwards              334-215-7847        p.7
Apr 14 08 11:45a     Main Turbo Sys           5596271960          P.2



**MAIN TURBO SYSTEMS, INC.**

**Gary Main and Bill Main**
**FAA Repair Station  MAMR190K**
**234 Cotta Court**
**Visalia, CA 93292-6537, USA**

(559) 635-3322       (800) 847-8815       Fax (559) 627-1960       Web site: www.mainturbo.com
                                          Email: maints@lightspeed.net

April 10, 2008

**Lightfoot Franklin White LLC**
**The Clark Building**
**400 20th Street North**
**Birmingham, AL. 35203-3200**

**J. Chandler Bailey,**

**Here is the information you requested today by email. Total of all customer sales for year of 2002, 2003, 2004, 2005, 2006,  (1/1/07 thru 7/11/07).**

2002: $1,776,266.04

2003: $1,871,560.05

2004: $1,883,407.21

2005: $1,917,041.75

2006: $1,994,797.08

2007 (1/1/07 thru 7/11/07): $1,023,352.29

Thank you,
Gary Main

Main Turbo 0033

Apr 16 2008 9:04AM    Tom Edwards                334-215-7847              P.8

# Response to Request #7



EXHIBIT
2(b)

**MAIN TURBO SYSTEMS, INC.**

234 COTTA COURT; VISALIA, CA. 93292
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/2/2005 | 24182 |

| Bill To | Ship To |
|---------|---------|
| AIRTOLIN INC.<br>4730 AIRPORT ROAD<br>CINCINNATI, OH. 45226<br>513-871-8235<br>ID# 4527 | AIRTOLIN INC.<br>4730 AIRPORT ROAD<br>CINCINNATI, OH. 45226<br>513-871-8235<br>ID# 4527 |

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| PREPAID | CREDIT CARD | 6/2/2005 | UPS RED | | VISA C/C |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | W/O# 32557 | | | |
| TAO413 [OVH... | [OVHL] TURBO P/N 46C19836D , S/N  BCN24617 PARTS $829.00 , LABOR $200.00 | 1 | 1,029.00 | 1,029.00 |
| FREIGHT | SENDING UPS RED OVERNIGHT SERVICE TRACKING# 1Z93X9060140014491 | 1 | 83.32 | 83.32 |
| MEMO | MIKE WELLS, THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site;  www.mainturbo.com
Email Address: maints@lightspeed.net

| | |
|---|---|
| Sales Tax  (0.0%) | $0.00 |
| **Total** | **$1,112.32** |

Main Turbo 0034

# MAIN TURBO SYSTEMS
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

REPAIR STATION #MAMR190K

**WORK ORDER # 32557**

CUSTOMER Air Colin Vac
4710 Airport Rd
Cincinnati, OH 45226

DATE REQ. 6-09-05
PHONE 513-871-8235
Fx 513-871-1943

MFG _____ P/N 4LCM836D
INIT. INSP. _____ S/N RCN9467

PRELIM INSP. _____
TEAR DOWN REPORT

HIDDEN DAM INSP. _____
FITTINGS _____ 829 200 PARTS
FINAL INSP. _____ BRACKET _____

**TURBO CHARGER**

TURBINE HSG.         OK
TURBINE WHEEL        [ ]
NDT                  [ ]
COMP. HSG.           [ ]
BEARING I.D.         [ ]
BEARING HSG          [ ]

COMMENTS Turbel bent
         Turbine wheel - turb bent replace?

INIT. INSP.   AR

TURBINE WHL.    ✓
COMP WHL.       ✓
NDT
BEARING HSG.    ✓  JOURNALS 6223
COMP HSG.       ✓
TURBINE HSG.    ✓
HEAT SHIELD     ✓
SEAL PLATE      ✓  BORE SIZE .5001

JOURNALS 3997   BAL NEW
                BAL NEW
                SEAL .710

OVERHAULED PER TP20 0128 & TP30 A002
TCSB M81-4R1-HEATSHIELD INSP
TCSB M81-16 ANTI-ROTATING PIN
PARTS INSTALLED PER TP-30-A002
AND ALL SERVICE BULLETINS AND AD'S

| | INSP. INIT. |
|---|---|

AMB. TEMP.
AMB. IN.
HG. ABS.
P1 _____
P2 _____ LOW _____ HIGH
P3 _____ LOW _____ HIGH
SEAT LEAKAGE
FRICTION TEST
ALPHA ANGLE

CONTROLLER CAL.
CLOSED _____
OPEN/STOP _____

INSP. INIT.

Main Turbo 0035

MAIN TURBO SYSTEMS, INC.

DATE: 12-13-2003
SECTION: IX
PAGE: XI

FORMS
INSPECTION TURBOCHARGER CONTINUITY FORM

CUSTOMER: Airtolin                                      DATE: 6-9-05

PART NUMBER: 46C19836D              SERIAL: BCN24617

PART 121 or 135 CUSTOMER: YES_____  NO__✓__

SPECIAL INSTURCTIONS PER STANDARD PURCHASE ORDER: YES_____  NO__✓__
Per Mike Wells

TEAR DOWN AND GENERAL PARTS CLEAN:

PRELIMINARY INSPECTION:

* IN PROCESS:                                                    AS PER RUBBER STAMP.

COMPRESSOR HOUSING: C, I, R                          RIGHT P/N: 442203-23

CENTER HOUSING: See Brown Tag          ✓

BORE ID: .6223  .6223          ✓    SEAL ID: .719          ✓

TURBINE HOUSING: C, I, R          ✓    "A/R": 1.30          ✓

V BAND COUPLING: N/A          ✓

BACKPLATE ASSY: C, I, R.          ✓    BORE ID: .5001          ✓

WHEEL SHROUD: New          ✓    HEIGHT: N/A

THRUST COLLAR: C, I, R          ✓    THRUST SPACER: C, I, R.          ✓

COMPRESSOR WHEEL / TURBINE WHEEL: CLEANED, INSPECTED, BALANCED AS PER BLUE CONTINUITY TAG

*HIDDEN DAMAGE:                                              T - 3997 NEW

FINAL WASH:                                                  C - NEW

FINAL PARTS INSPECTION: PRE-ASSEMBLY: Day Ma

ASSEMBLY:

SHAFT NUT TORQUE:                          2nd: D Ma.

BEARING HOUSING LOCKS: Nylok          BACKPLATE: Nylok

SPIN CHECK AND CLEARANCE: Day Ma

FINAL INSPECTION: Day Ma

Main Turbo 0036







ALLIEDSIGNAL TURBOCHARGING SYSTEMS    QTY: 1
P/N: 444205-0001
DESC: NUT
DATE: 04-24-1998

FAA-PMA LOT# 1799346

Main Turbo 0037

*P9 1*

| Part# | | Description | Invoice |
|---|---|---|---|
| 400424-0000 | (1) | Seal ring | 6-3869020-222/277 |
| 400568-0000 | (4) | Ret. Ring | 6-3969873-2/98043 |
| 400573-0008 | (6) | Bolt | 6-4300856-2429625 |
| 400705-0000 | (2) | Anti-rotation pin | N/A |
| 400834-0202 | (4) | Bolt | 6-3988755-2209606 |
| 400975-0303 | (6) | Bolt | 6-3508892-1938721 |
| 403818-0009 | (1) | Piston ring | 6-3988755-2209606 |
| 406902-0000 | (2) | Journal bearing | 6-3988755-2203560 |
| 406908-0002 | (3) | Clamp | 6-3988755-2209606 |
| 406909-0000 | (3) | Lock plate | 6-2105254-1198538 |
| 408049-0009 | (1) | Piston ring | 6-3988755-2209606 |
| 410952-0000 | (1) | Wheel shroud | 6-3988755-2239650 |
| 444205-0001 | (1) | Lock nut | Blank-Have pkg in parts bag |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Misc. T-4 Parts | |

**Main Turbo 0038**

# Response to Request #10

Apr 16 2008 9:06AM    Tom Edwards                334-215-7847              p. 15

```
1,341.89 +
1,287.00 -
1,431.02 +
1,396.00 -
1,396.00 +
1,415.51 +
1,820.65 +
2,064.80 +
  714.10 +
  705.42 +
1,623.80 +
9,839.19 *
```

Main Turbo 0039



**MAIN TURBO SYSTEMS, INC.**

**Gary Main and Bill Main**
**FAA Repair Station  MAMR190K**
**234 Cotta Court**
**Visalia, CA 93292-6537, USA**

(559) 635-3322     (800) 847-8815     Fax (559) 627-1960     Web site: www.mainturbo.com
Email: maints@lightspeed.net

April 3, 2008

#10

Pulled all Alabama customers for that time period you requested (all 2002 & 2003) and totaled all of their invoice amounts. That is the total we came up with. Year 2004 is with the year 2005 , 2006 , 2007 up to July 11, 2007.

(See attachments)

Year of 2002 (Alabama customer invoice grand totals) $4,730.07
Signature Flight Support (1 turbocharger)
Signature Flight Support (1 turbocharger returned unused)
Signature Flight Support (2 wastegates)
Signature Flight Support (2 wastegates returned unused)
Signature Flight Support (2 wastegates)
International Jets Inc. (wastegate & controller & turbocharger)
------------------------------------------
Year of 2003 (Alabama customer invoice grand totals) $5,109.12
Bald Eagle Aviation (1 turbocharger & 3 wastegate)
North Alabama Aviation (1 pressure relief valve & 1 turbocharger)

**Main Turbo 0040**

**MAIN TURBO SYSTEMS, INC.**

234 COTTA COURT; VISALIA, CA. 93292
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/1/2002 | 20483 |

| Bill To | Ship To |
|---------|---------|
| SIGNATURE FLIGHT SUPPORT<br>HUNTSVILLE INT'L AIRPORT<br>P.O. BOX 6063 [35824]<br>HUNTSVILLE, AL. 35806<br>256-772-9341 [ID# 0359] | SIGNATURE FLIGHT SUPPORT<br>HUNTSVILLE INT'L AIRPORT<br>P.O. BOX 6063 [35824]<br>HUNTSVILLE, AL. 35806<br>256-772-9341 [ID# 0359] |

*PAID*

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| C. O. D. | Due on receipt | 11/1/2002 | FED X EXP.SAVER | 7993 | COMPANY CHECK |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | W/O# 27330 | | | |
| T6-20 [EXCH] | [EXCH] TURBO P/N 406610-9020 , S/N CGNOO208<br>[CORE DUE]<br> OR<br>[$500.00 IS DUE]<br>WITHIN 15 DAYS | 1 | 1,287.00 | 1,287.00 |
| FREIGHT | SENDING FED X EXPRESS SAVER SERVICE<br>[TRACKING# 485517761489] | 1 | 54.89 | 54.89 |
| MEMO | ALAN,<br>THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site;  www.mainturbo.com
Email Address: maints@lightspeed.net

| Sales Tax  (0.0%) | $0.00 |
|-------------------|-------|
| **Total** | **$1,341.89** |

Main Turbo 0041

Apr 16 2008 9:06AM   Tom Edwards        334-215-7847        p.18

MAIN TURBO SYSTEMS, INC.

234 COTTA COURT; VISALIA, CA. 93292
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

# Credit Memo

| Date | Credit No. |
|------|-----------|
| 11/25/2002 | 20483-2 |

| Customer |
|----------|
| SIGNATURE FLIGHT SUPPORT<br>HUNTSVILLE INT'L AIRPORT'<br>P.O. BOX 6063 [35824]<br>HUNTSVILLE, AL. 35806<br>256-772-9341 [ID# 0359] |

| P.O. No. |
|----------|
| 7993 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | REF: INVOICE# 20483 , DATE 11/1/02 | | | |
| Parts | [PARTS] TURBOCHARGER<br>P/N 406610-9020 , S/N CGNOO208<br>TURBO RECEIVED 11/25/02 [UNUSED] | -1 | 1,287.00 | -1,287.00 |
| MEMO | THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site; www.mainturbo.com
Email Address: maints@lightspeed.net

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$-1,287.00** |

Main Turbo 0042

**MAIN TURBO SYSTEMS, INC.**

234 COTTA COURT; VISALIA, CA. 93292
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/6/2002 | 20507 |

| Bill To | Ship To |
|---------|---------|
| SIGNATURE FLIGHT SUPPORT<br>HUNTSVILLE INT'L AIRPORT'<br>P.O. BOX 6063 [35824]<br>HUNTSVILLE, AL. 35806<br>256-772-9341 [ID# 0359] | SIGNATURE FLIGHT SUPPORT<br>HUNTSVILLE INT'L AIRPORT'<br>P.O. BOX 6063 [35824]<br>HUNTSVILLE, AL. 35806<br>256-772-9341 [ID# 0359] |

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| C. O. D. | Due on receipt | 11/6/2002 | FED X ECONOMY | 8002 | COMPANY CHECK |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | W/O# 27357 / 27358 | | | |
| W/G [EXCH] | [EXCH] WASTEGATE<br>P/N 470780-15 , S/N ZQ1451<br>[CORE DUE]<br>OR<br>[$275.00 IS DUE]<br>WITHIN 15 DAYS | 1 | 698.00 | 698.00 |
| W/G [EXCH] | [EXCH] WASTEGATE<br>P/N 470780-9016 , S/N ZFO28317<br>[CORE DUE]<br>OR<br>[$275.00 IS DUE]<br>WITHIN 15 DAYS | 1 | 698.00 | 698.00 |
| FREIGHT | SENDING FED X ECONOMY SERVICE<br>[TRACKING# 485517761607] | 1 | 35.02 | 35.02 |
| MEMO | THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site; www.mainturbo.com
Email Address: maints@lightspeed.net

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|
| **Total** | **$1,431.02** |

Main Turbo 0043

Apr 16 2008 9:06AM    Tom Edwards                334-215-7847              p.20

MAIN TURBO SYSTEMS, INC.

234 COTTA COURT; VISALIA, CA. 93292
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

# Credit Memo

| Date | Credit No. |
|------|------------|
| 12/5/2002 | 20507-2 |

| Customer |
|----------|
| SIGNATURE FLIGHT SUPPORT<br>HUNTSVILLE INT'L AIRPORT<br>P.O. BOX 6063 [35824]<br>HUNTSVILLE, AL. 35806<br>256-772-9341 [ID# 0359] |

| | P.O. No. |
|---|----------|
| | 8002 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | REF: INVOICE# 20507 , DATE 11/6/02 | | | |
| Parts | CREDITING WASTEGATE RETURNED WASTEGATE P/N 470780-15 , S/N ZQ1451 [RECEIVED 12/5/02] UNUSED | -1 | 698.00 | -698.00 |
| Parts | CREDITING WASTEGATE RETURNED WASTEGATE P/N 470780-9016 , S/N ZFO28317 [RECEIVED 12/5/02]  UNUSED | -1 | 698.00 | -698.00 |
| MEMO | THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site;  www.mainturbo.com
Email Address: maints@lightspeed.net

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|
| **Total** | **$-1,396.00** |

Main Turbo 0044

**MAIN TURBO SYSTEMS, INC.**

**234 COTTA COURT; VISALIA, CA. 93292**
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

# Invoice

| Date | Invoice # |
|---|---|
| 12/16/2002 | 20646 |

| Bill To | Ship To |
|---|---|
| SIGNATURE FLIGHT SUPPORT<br>HUNTSVILLE INT'L AIRPORT'<br>P.O. BOX 6063 [35824]<br>HUNTSVILLE, AL. 35806<br>256-772-9341 [ID# 0359] | SIGNATURE FLIGHT SUPPORT<br>HUNTSVILLE INT'L AIRPORT'<br>P.O. BOX 6063 [35824]<br>HUNTSVILLE, AL. 35806<br>256-772-9341 [ID# 0359] |

PAID

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|---|---|---|---|---|---|
| | Due on receipt | 12/5/2002 | Fed X PRIORITY | 8062 | USING CREDIT ON F... |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | W/O# 27539 / 27540 | | | |
| W/G [EXCH] | [EXCH] WASTEGATE<br>P/N 470780-9016 , S/N ZFO28317<br>[CORE DUE]<br>    OR<br>[$275.00 IS DUE]<br>WITHIN 15 DAYS | 1 | 698.00 | 698.00 |
| W/G [EXCH] | [EXCH] WASTEGATE<br>P/N 470780-15 S/N ZQ1451<br>[CORE DUE]<br>    OR<br>[$275.00 IS DUE]<br>WITHIN 15 DAYS | 1 | 698.00 | 698.00 |
| FREIGHT | SENDING FED X PRIORITY OVERNIGHT SERVICE<br>[ON THEIR FED X ACCOUNT#]<br>TRACKING# 485517762599 | 1 | 0.00 | 0.00 |
| MEMO | THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site;  www.mainturbo.com
Email Address: maints@lightspeed.net

| Sales Tax  (0.0%) | $0.00 |
|---|---|
| **Total** | **$1,396.00** |

Main Turbo 0045

**Repair Station #MAMR190K**

**MAIN TURBO SYSTEMS**
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

(6359)
CUSTOMER  Signature Flight Support

Huntsville Int'l Airport

Huntsville  Al  35806

WORK ORDER #  27539

DATE REQ.  12/11/02

PHONE (256) 772-9415

MGF.  ABI
INIT. INSP.

P/N 470780-9016   S/N ZE62839

PRELIM. INSP.

HIDDEN DAM INSP.

FITTINGS  ok

FINAL INSP.

BRACKET

PARTS  Sw (256) 772-9415

W/G Exch 698.00
TEAR DOWN REPORT
( core due or 875)

Credit on file

on Their account
# 6358-0070-0

Fedex Overnight

OVERHAULED PER TP20.0129 & TP30.4003
TCSB.M81-17 WASTEGATE PISTON MOD
PARTS INSTALLED PER TP-30-4003
AND ALL SERVICE BULLETINS AND AD'S

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

INSP.
INIT.

| | JOURNALS | | | |
|---|---|---|---|---|
| TURBINE WHL. | | | | |
| COMP. WHL. | | BAL | | |
| BEARING HSG. | JOURNALS | | SEAL | |
| COMP. HSG. | | | | |
| TURBINE HSG. | | | | |
| HEAT SHIELD | BAL | | | |
| SEAL PLATE | | | | |
| | BORE SIZE | | | |

| | | CONTROLLER CAL. |
|---|---|---|
| AMB. TEMP. | 7e° | |
| AMB. IN. HG. ABS. | 29.75 | |
| P1 | X  6.5 | CLOSED  .017 |
| P2 | X  LOW | OPEN STOP  2.00 |
| P3 | X  LOW | HIGH |
| SEAT LEAKAGE | OK  HIGH | |
| FRICTION TEST | X | |
| ALPHA ANGLE | X | INSP. INIT. |

Main Turbo 0046

Repair Station #MAMR190K

**MAIN TURBO SYSTEMS**
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

MGF.  A. R.
INIT. INSP. _____

P/N 470780-15

PRELIM. INSP. _____

TEAR DOWN REPORT
(see Dwg. no. 8175.00)

w/o Each   68900

Credit on file

OVERHAULED PER TP20-0129 & TP30-4003
TCSB-M81-17 WASTEGATE PISTON MOD.

PARTS INSTALLED PER TP-30-4003
AND ALL SERVICE BULLETINS AND AD'S

(0359)
CUSTOMER  Signature Flight Support
Huntsville Int'l Airport
Huntsville Al  35806

S/N  2 @ 1451

HIDDEN DAM INSP. _____

on their account
@ 358-0070-0         fed overnite

WORK ORDER #  27540

DATE REQ.  12-16-02

PHONE (256) 772 - 9341

FITTINGS _____

FINAL INSP. _____

BRACKET _____

PARTS Ext (256) 772-9415

TURBINE WHL. _____      JOURNALS _____      BAL _____
COMP. WHL. _____        BAL _____
BEARING HSG. _____      JOURNALS _____      SEAL _____
COMP HSG. _____
TURBINE HSG. _____
HEAT SHIELD _____
SEAL PLATE _____
                           BORE SIZE _____

| INSP. INIT. | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

AMB. TEMP.  72°
AMB. IN. HG. ABS.  29.75
P1  65
P2  LOW X  HIGH X
P3  LOW X  HIGH X

SEAT LEAKAGE  OK
FRICTION TEST  OK
ALPHA ANGLE  X

**CONTROLLER CAL**
CLOSED  .017
OPEN STOP  1.00

INSP. INIT. _____

Main Turbo 0047

**MAIN TURBO SYSTEMS, INC.**

234 COTTA COURT; VISALIA, CA. 93292
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/8/2002 | 19993 |

| Bill To | Ship To |
|---------|---------|
| INTERNATIONAL JETS INC.<br>96 HANGAR ROAD<br>GADSDEN, AL. 35904<br>256-442-3363<br>ID# 3857 | INTERNATIONAL JETS INC.<br>96 HANGAR ROAD<br>GADSDEN, AL. 35904<br>256-442-3363<br>ID# 3857 |

PAID

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| C. O. D. | Due on receipt | 7/8/2002 | FED X EXP.SAVER | 0702403G | COMPANY CHECK |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | W/O# 26694 / 26695 | | | |
| W/G [OVHL] | [OVHL] WASTEGATE<br>P/N LW10759 , S/N IEO168<br>PARTS $598.00 , LABOR $100.00 | 1 | 698.00 | 698.00 |
| CONT.[OVHL] | [OVHL] CONTROLLER<br>P/N LW14297 , S/N GCO117M<br>PARTS $587.00 , LABOR $100.00 | 1 | 687.00 | 687.00 |
| FREIGHT | SENDING FED X EXPRESS SAVER SERVICE<br>[TRACKING# 485517757854] | 1 | 30.51 | 30.51 |
| MEMO | THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site;  www.mainturbo.com
Email Address: maints@lightspeed.net

| | |
|---|---|
| Sales Tax  (0.0%) | $0.00 |
| **Total** | **$1,415.51** |

Main Turbo 0048

Repair Station #MAMR190K

# MAIN TURBO SYSTEMS

234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

CUSTOMER _International Jets, INC._   WORK ORDER # 26694

DATE REQ. 7-8-02

96 Hangar Rd.
Gadsden, AL 35904

PHONE 256-492-3363

P/N LW10759         S/N IE0168

MGF. INIT. INSP. _____

PRELIM INSP. _____

TEAR DOWN REPORT

**CONTROLLER**

| | OK | NO GOOD | | |
|---|---|---|---|---|
| POPPET | ☐ | ☐ | BUTTERFLY | |
| SEAT | ☐ | ☐ | ACTUATOR ASSY. | |
| BODY | ☐ | ☐ | PISTON | |
| BELLOWS | ☐ | ☐ | BACK PLATE | |
| | | | CLEVIS | |

COMMENTS:

**WASTE GATE**

| | OK | NO GOOD |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

| | OK | NO GOOD | | | BAL. | | SEAL |
|---|---|---|---|---|---|---|---|
| TURBINE WHL. | | | JOURNALS | | | | |
| COMP. WHL. | | | JOURNALS | | | | |
| BEARING HSG. | | | | BAL. | | | |
| COMP HSG. | | | | | | | |
| TURBINE HSG. | | | | | | | |
| HEAT SHIELD | | | | | | | |
| SEAL PLATE | | | BORE SIZE | | | | |

HIDDEN DAM INSP.

FITTINGS

FINAL INSP.

BRACKET

PARTS

PARTS INSTALLED PER TP20012 & TP20012a
TCSB M81-17 WASTEGATE PISTON MOD

PARTS INSTALLED PER TP 30-4003
AND ALL SERVICE BULLETINS AND AD'S

OVERHAULED PER TP20-01-29 & TP30-4003
TCSB M81-17 WASTEGATE PISTON MOD

**CONTROLLER CAL.**

AMB. TEMP. 83°

AMB. IN. HG. ABS. 29.5

P1 65

P2

| | LOW | HIGH |
|---|---|---|
| P1 | | |
| P2 | LOW | HIGH |

SEAT LEAKAGE OK

FRICTION TEST

ALPHA ANGLE

CLOSED .00
OPEN STOP .775

INSP. INIT.

Main Turbo 0049

Apr 16 2008 9:08AM   Tom Edwards                334-215-7847                      p.26

Repair Station #MAMR190K

# MAIN TURBO SYSTEMS
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

CUSTOMER International Jets Inc
96 Morgan Rd
Gadsden, AL 35904

WORK ORDER # 26695
DATE REQ. 7/8/02
PHONE (256) 442-3363
BRACKET
PARTS $89/100

P/N LW14297    S/N CCOLL7DA
FINAL INSP.

MGF.
INIT. INSP.

PRELIM INSP.

HIDDEN DAM INSP. 4/135

**CONTROLLER** 6MK

| | OK | NO GOOD |  | | OK | NO GOOD |
|---|---|---|---|---|---|---|
| POPPET | | | BUTTERFLY | | | |
| SEAT | | | ACTUATOR ASSY. | | | |
| BODY | | | PISTON | | | |
| BELLOWS | | | BACK PLATE | | | |
| | | | GLAND | | | |

COMMENTS:

**TEAR DOWN REPORT**

WASTE GATE

| | OK | NO GOOD |
|---|---|---|

TURBINE WHL.          JOURNALS          BAL.
COMP. WHL.
BEARING HSG.          JOURNALS          BAL.
COMP HSG.
TURBINE HSG.
HEAT SHIELD          BORE SIZE          SEAL
SEAL PLATE

OVERHAULED PER TP20 & TP30
TCSB.M81-17 WASTEGATE PISTON MOD.
PARTS INSTALLED PER TP-304003
AND ALL SERVICE BULLETINS AND TCS

**CONTROLLER CAL.**

| | | CLOSED | OPEN STOP |
|---|---|---|---|
| AMB. TEMP. | 86 | | |
| AMB. IN. HG. ABS. | 29.5 | | |
| P1 | 63.0 | | |
| P2 | LOW 13.0  HIGH 13.0 | | |
| P3 | LOW 19.5  HIGH 82.0 | | |
| SEAT LEAKAGE | | | |
| FRICTION TEST | | | |
| ALPHA ANGLE | 45 | | |

INSP. INIT.

Main Turbo 0050

Apr 16 2008 9:08AM   Tom Edwards                334-215-7847              p.27

**MAIN TURBO SYSTEMS, INC.**

234 COTTA COURT; VISALIA, CA. 93292
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/3/2002 | 20362 |

| Bill To | Ship To |
|---------|---------|
| INTERNATIONAL JETS INC.<br>96 HANGAR ROAD<br>GADSDEN, AL. 35904<br>256-442-3363<br>ID# 3857 | INTERNATIONAL JETS INC.<br>96 HANGAR ROAD<br>GADSDEN, AL. 35904<br>256-442-3363<br>ID# 3857 |

**PAID**

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| C. O. D. | Due on receipt | 10/3/2002 | FED X ECONOMY | 517DE | COMPANY CHECK |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | W/O# 27164 | | | |
| T1879 [EXCH] | [EXCH] TURBOCHARGER<br>P/N 407540-9003 , S/N QARO101<br>[CORE DUE]<br>    OR<br>[$600.00 IS DUE]<br>WITHIN 15 DAYS | 1 | 1,748.00 | 1,748.00 |
| FREIGHT | SENDING FED X ECONOMY SERVICE<br>[TRACKING# 485517760585] | 1 | 80.65 | 80.65 |
| MEMO | MARK,<br>THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site;  www.mainturbo.com
Email Address: maints@lightspeed.net

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|
| **Total** | **$1,828.65** |

Main Turbo 0051

Repair Station #NAMR190K
**MAIN TURBO SYSTEMS**
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

CUSTOMER _INTERNATIONAL JETS_

3857

WORK ORDER # 27164

96 HANGAR RD

GADSDEN AL 35904

DATE REQ. 10·3·02

PHONE 256-442-3363

MGF. Q.R.
INT. INSP. [signature]

P/N 407540-9003 S/N QAR0101

PRELIM INSP. [signature]

FINAL INSP. [signature]

BRACKET

MARK

HIDDEN DAM INSP. [signature]

4845 FEDX ECO
COD

FITTINGS

PARTS

FAX 256-442-4106

TURBO EXCH. 1798 (COEFOR 800 DUE)

TEAR DOWN REPORT

PARTS INSTALLED PER TP30.4008
AND ALL SERVICE BULLETINS AND AD'S

OVERHAULED PER TP30-0198 & TP30-4002
TCSB M01-4R1 HEATSHIELD INSP
TCSB M01-16 ANTI ROTATING PIN

| | | |
|---|---|---|
| TURBINE WHL. | JOURNALS 6257 | BAL 5.8.8 |
| COMP. WHL. | JOURNALS 2830 | BAL 8.8 |
| BEARING HSG. | | SEAL 020 |
| COMP HSG. | | |
| TURBINE HSG. | | |
| HEAT SHIELD | | |
| SEAL PLATE | BORE SIZE 6885 | |

INSP. INIT.

| | | |
|---|---|---|
| AMB. TEMP. | | |
| AMB. IN. HG. ABS. | | |
| P1 | | |
| P2 | LOW HIGH | |
| P3 | LOW HIGH | |
| SEAT LEAKAGE | | |
| FRICTION TEST | | |
| ALPHA ANGLE | | |

CONTROLLER CAL.

CLOSED OPEN STOP

INSP. INIT.

Main Turbo 0052

**MAIN TURBO SYSTEMS, INC.**

**234 COTTA COURT; VISALIA, CA. 93292**
**559-635-3322 / 800-847-8815**
**FAX: 559-627-1960**
**Repair Station# MAMR190K**

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/14/2003 | 20952 |

| Bill To | Ship To |
|---------|---------|
| BALD EAGLE AVIATION<br>196 IRA GRAY DRIVE<br>GADSDEN, AL. 35904<br>256-442-3363<br>ID# 4019 | BALD EAGLE AVIATION<br>196 IRA GRAY DRIVE<br>GADSDEN, AL. 35904<br>256-442-3363<br>ID# 4019 |

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| PREPAID | CREDIT CARD | 3/14/2003 | UPS BLUE | 0902421G | A/X |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | W/O# 27993 / 27992 | | | |
| THO8A69 [OV... | [OVHL] TURBOCHARGER<br>P/N 465680-9004 , S/N ZHO24360<br>PARTS $1127.00 , LABOR $200.00 | 1 | 1,327.00 | 1,327.00 |
| W/G [OVHL] | [OVHL] WASTEGATE<br>P/N 470908-12 , S/N HHO214<br>PARTS $549.00 , LABOR $100.00 | 1 | 649.00 | 649.00 |
| FREIGHT | SENDING UPS BLUE SERVICE<br>[TRACKING# 1Z93X9060244862833] | 1 | 88.80 | 88.80 |
| MEMO | MARK,<br>THANK YOU FOR YOUR BUSINESS! | | | |

| | |
|---|---|
| Visit our web site; www.mainturbo.com<br>Email Address: maints@lightspeed.net | |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $2,064.80 |

Main Turbo 0053

**MAIN TURBO SYSTEMS**
Repair Station #%MAMRU9OK
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

WORK ORDER # 27992

CUSTOMER Bald Eagle Aviation

196 Ira Gray Dr

Gadsden, AL 35904

PHONE 256-442-3363

DATE REQ. 3-14-03

P/N 470908-12   S/N HH0214

MGF _____ INIT. INSP. AB / Mia

PRELIM INSP. Mia

HIDDEN DAM INSP. Mia

TEAR DOWN REPORT

FITTINGS 0

579 TCC

FINAL INSP. Mark Sutton / Mia

BRACKET 0

PARTS    UPS Blue

**CONTROLLER**

| | OK | NO GOOD |
|---|---|---|
| POPPET | ☐ | ☐ |
| SEAT | ☐ | ☐ |
| BODY | ☐ | ☐ |
| BELLOWS | ☐ | ☐ |

**WASTE GATE**

| | OK | NO GOOD |
|---|---|---|
| BUTTERFLY | ☐ | ☐ |
| ACTUATOR ASSY. | ☐ | ☐ |
| PISTON | ☐ | ☐ |
| BACK PLATE | ☐ | ☐ |
| CLEVIS | ☐ | ☐ |

COMMENTS

| | | INSP. INIT. |
|---|---|---|
| TURBINE WHL. | JOURNALS | |
| COMP. WHL. | BAL. | |
| BEARING ASSG. | JOURNALS | |
| COMP. HSG. | | |
| TURBINE HSG. | BAL. SEAL | |
| HEAT SHIELD | | |
| SEAL PLATE | | |
| | BORE SIZE | |

OVERHAULED PER TP 20.601.20 & TP 30.4003
TCSB.M81-17 WASTEGATE PISTON MOD.
PARTS INSTALLED PER TP-30-4003
AND ALL SERVICE BULETINS AND AD'S

**CONTROLLER CAL.**

AMB. TEMP. 74°

AMB. IN. HG. ABS. 29.5

P1 65

P2 ___  LOW  HIGH

SEAT LEAKAGE ___  LOW  HIGH

FRICTION TEST OK

ALPHA ANGLE

CLOSED .017    OPEN STOP 1.00

INSP. INIT. Mia

Main Turbo 0054

Repair Station #MAMRU90K
**MAIN TURBO SYSTEMS**
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

MFG: _____
INIT. INSP: _____

P/N 416680-9004   S/N Z4024360

CUSTOMER **Bald Eagle Aviation**
1916 Im Gray Dr.
Gadsden, Al 35904

WORK ORDER # 27993
DATE REC'D 3-14-03
PHONE 256/442-3363

**TURBO CHARGER**

|  | OK | NO GOOD |  | OK | NO GOOD |
|---|---|---|---|---|---|
| TURBINE HSG | | | COMP HSG | | |
| TURBINE WHEEL | | | COMP WHEEL | | |
| HEATSHIELD | | | BACK PLATE | | |
| BEARING HSG | | | | | |

COMMENTS

**TEAR DOWN REPORT**

PRELIM INSP. _____

HIDDEN DAM INSP. _____

FITTINGS _____

BRACKET _____

FINAL INSP. _____

|  |  |  | INSP. INIT. |
|---|---|---|---|
| TURBINE WHL | | JOURNALS | |
| COMP. WHL | | BAL | |
| BEARING HSG. | | JOURNALS | |
| COMP HSG. | | BAL | |
| TURBINE HSG. | | | |
| HEAT SHIELD | | | |
| SEAL PLATE | | BORE SIZE | |

**CONTROLLER CAL.**

AMB. TEMP. _____
AMB. IN. HG. ABS. _____
P1 _____  LOW _____  HIGH _____
P2 _____  LOW _____  HIGH _____
P3 _____  LOW _____  HIGH _____
SEAT LEAKAGE _____
FRICTION TEST _____
ALPHA ANGLE _____

CLOSED _____
OPEN STOP _____

INSP. INIT.

OVERHAULED PER TP20-0128 & TP30-4002
TCSB.M81.481 HEATSHIELD INSP
TCSB.M81.16 ANTI ROTATING PIN
PARTS INSTALLED PER TP-30-4002
AND ALL SERVICE BULLETINS AND AD'S

Main Turbo 0055

**MAIN TURBO SYSTEMS, INC.**

234 COTTA COURT; VISALIA, CA. 93292
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

# Invoice

| Date | Invoice # |
|---|---|
| 10/29/2003 | 21948 |

**PAID**

| Bill To | Ship To |
|---|---|
| BALD EAGLE AVIATION<br>196 IRA GRAY DRIVE<br>GADSDEN, AL. 35904<br>256-442-3363<br>ID# 4019 | BALD EAGLE AVIATION<br>196 IRA GRAY DRIVE<br>GADSDEN, AL. 35904<br>256-442-3363<br>ID# 4019 |

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|---|---|---|---|---|---|
| PREPAID | CREDIT CARD | 10/29/2003 | UPS 3 DAY SELEC | 4745 SA | M/C |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | W/O# 29348 | | | |
| W/G [EXCH] | [EXCH] WASTEGATE<br>P/N 470818-9003 , S/N DHO114<br>[CORE DUE]<br>    OR<br>[$350.00 IS DUE]<br>WITHIN 15 DAYS | 1 | 698.00 | 698.00 |
| FREIGHT | SENDING UPS 3 DAY SELECT SERVICE<br>TRACKING# 1Z93X9061240144580 | 1 | 16.10 | 16.10 |
| MEMO | MARK,<br>THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site; www.mainturbo.com
Email Address: maints@lightspeed.net

| Sales Tax (0.0%) | $0.00 |
|---|---|
| **Total** | **$714.10** |

Main Turbo 0056

Repair Station #MAMRJ90K

**MAIN TURBO SYSTEMS**
234 Cotta Cl.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

WORK ORDER # 29348

CUSTOMER Bald Eagle Av.

191 Vira Gray Dr.

Gadsden, AL 35904

DATE REQ. 10/29/03

PHONE 256-442-3363

PN 470818-9003 S/N 040114

PRELIM INSP.

TEAR DOWN REPORT

HIDDEN DAM INSP.

FITTINGS

BRACKET

FINAL INSP.

PARTS

Mark

INSP. INIT.

MGF
INIT. INSP. AR-RI

TURBINE WHL. ___ JOURNALS ___
COMP. WHL. ___ JOURNALS ___
BEARING HSG. ___ BAL ___
COMP HSG. ___ BAL ___
TURBINE HSG. ___ SEAL ___
SEAL PLATE ___
HEAT SHIELD ___
SEAL PLATE ___
BORE SIZE ___

OVERHAULED PER TP20-0129 & TP30-4003
TCSB.M81.17 WASTEGATE PISTON MOD.

PARTS INSTALLED PER TP-30-4003
AND ALL SERVICE BULLETINS AND APBS

AMB. TEMP. 75°
AMB. IN.
HG. ABS. 29.8
P1 65
P2 ___ LOW ___ HIGH
P3 ___ LOW ___ HIGH
SEAT LEAKAGE OK
FRICTION TEST ___
ALPHA ANGLE ___

CONTROLLER CAL.
CLOSED .020
OPEN STOP .775

INSP. INIT.

w/o exch core due 01/350

Main Turbo 0057

Apr 16 2008 9:10AM   Tom Edwards                334-215-7847                    p.35

Repair Station #MAMR190K

**MAIN TURBO SYSTEMS**
234 Cotta Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-3322

MFG.
INIT. INSP.   AR   _(signature)_

P/N 470842-4   S/N CF0105

PRELIM INSP.   _(signature)_

TEAR DOWN REPORT

PARTS INSTALLED PER TP.30-4003
AND ALL SERVICE BULLETINS AND AD'S

OVERHAULED PER TP200129 & TP30-4003
TCSB.N81-17 WASTEGATE PISTON MOD.

CUSTOMER   Bald Eagle Av

96 Iva Gray Dr.
Gadsen AL 35904

PHONE 256-442-3363
Fax 256-442-4106

WORK ORDER #: 29650

DATE REQ.   12/22/03

HIDDEN DAM INSP.   _(signature)_

FITTINGS

AMB. TEMP.   66'
AMB. IN.
HG. ABS.   29.8

P2   LOW   HIGH
P1 65   LOW   HIGH

SEAT LEAKAGE   OK
FRICTION TEST   OK
ALPHA ANGLE

**CONTROLLER CAL**
CLOSED   .005
OPEN STOP   .750

PARTS   698

FINAL INSP.   _(signature)_   BRACKET

INSP. INIT.   _(signature)_

TURBINE WHL.
COMP. WHL.
BEARING HSG.
COMP HSG.
TURBINE HSG.
HEAT SHIELD
SEAL PLATE

JOURNALS
JOURNALS   BAL
JOURNALS   BAL
BAL
SEAL

BORE SIZE

INSP.
INIT.

Main Turbo 0059

**MAIN TURBO SYSTEMS, INC.**

234 COTTA COURT; VISALIA, CA. 93292
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/17/2003 | 22027 |

| Bill To | Ship To |
|---------|---------|
| NORTH ALABAMA AVIATION<br>C/O STAN SMITH<br>P.O. BOX 70<br>TANNER, AL. 35671<br>256-306-9070 [ID# 4184] | NORTH ALABAMA AVIATION<br>21390 FLIGHTLINE ROAD<br>TANNER, AL. 35671<br>256-306-9070<br>ID# 4184 |

**PAID**

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| PREPAID | CREDIT CARD | 11/17/2003 | UPS BLUE | | VISA |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | W/O# 29459 / 29460 | | | |
| PRV [OVHL] | [OVHL] PRESSURE RELIEF VALVE<br>P/N LW14445-10 , S/N KAO143<br>PARTS $172.00 , LABOR $100.00 | 1 | 272.00 | 272.00 |
| T6-26 [OVHL] | [OVHL] TURBOCHARGER<br>P/N LW15749 , S/N HEO133<br>PARTS $1072.00 , LABOR $200.00 | 1 | 1,272.00 | 1,272.00 |
| FREIGHT | SENDING UPS BLUE SERVICE<br>TRACKING# 1Z93X9060242443110 | 1 | 79.80 | 79.80 |
| MEMO | THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site;  www.mainturbo.com
Email Address: maints@lightspeed.net

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|
| **Total** | **$1,623.80** |

Main Turbo 0060

**MAIN TURBO SYSTEMS**
234 Cotta Ct.
Visalia, CA 93292
1-800-847-4815
1-559-635-3322

Repair Station #MAMR190K

MFG: A/R
INIT. INSP. 172/00

CUSTOMER NORTH ALABAMA AV.
91390 FLIGHTLINE Rd
TANNER AL 35671

WORK ORDER # 29459
DATE REQ. 11/17/03
PHONE 256-306-9070

P/N _____ S/N RA0143

OVERHAULED PER TP200-0129 & TP30-4603
TCSB M81-17 WASTEGATE PISTON MOD
PARTS INSTALLED PER TP30-4003
AND ALL SERVICE BULLETINS AND AD'S

C/C 9802-1322 WASTEGATE

PRELIM INSP. _____
HIDDEN DAM INSP. _____

FITTINGS    X        BRACKET
FINAL INSP. _____

PARTS
FAX 256-306-0804
C/C 9802-1322-9837-8242    03/05

| | OK | NO GOOD | | OK | NO GOOD |
|---|---|---|---|---|---|
| BELLOWS | ☐ | ☐ | FLANGE | ☐ | ☐ |
| COVER | ☐ | ☐ | SEAL TOTAL THICKNESS | ☐ | ☐ |
| COMMENTS: | | | | | |

TEAR DOWN REPORT

| | JOURNALS | BAL | SEAL |
|---|---|---|---|
| TURBINE WHL. | | | |
| COMP. WHL. | | | |
| BEARING HSG. | | | |
| COMP. HSG. | | | |
| TURBINE HSG. | | | |
| HEAT SHIELD | | | |
| SEAL PLATE | | | |
| BORE SIZE | | | |

| | | INSP. INIT. |
|---|---|---|

CONTROLLER CAL.

| | | LOW | HIGH |
|---|---|---|---|
| AMB. TEMP. | 29.9 | | |
| AMB. IN. HG. ABS. | 65.0 | | |
| P2 | 36.9 | LOW | HIGH |
| P3 | | LOW | HIGH |
| P1 | | | |
| SEAT LEAKAGE | | | |
| FRICTION TEST | | | |
| ALPHA ANGLE | | | |

| CLOSED | | |
| OPEN STOP | | |

INSP. INIT. _____

Main Turbo 0061

2-2

Repair Station #MAMR190K

**MAIN TURBO SYSTEMS**
234 Cotta Ct.
Visalia, CA 93292
1-800-047-8815
1-559-635-3322

CUSTOMER _NORTH ALABAMA AV._   WORK ORDER # _29460_

_21390 FLIGHT LINE RD._   DATE REC _11/17/03_

_TANNER AL. 35671_

MGF ____   INIT. INSP. [signature]

P/N _LW15749_   S/N _HE0133_   PHONE _256-306-9070_

PRELIM INSP [signature]   HIDDEN DAM INSP. _32/5.3_   FITTINGS _N/OK_   BRACKET _N/OK_

DATE REQ   PARTS _1072/200_   FINAL INSP. [signature]

**TEAR DOWN REPORT**

| | OK | N.G. | | OK | NO GOOD |
|---|---|---|---|---|---|
| TURBINE HSG | ☐ | ☒ | COMP. WHEEL | ☐ | ☒ |
| TURBINE WHEEL | ☒ | ☐ | BACK PLATE | ☐ | ☒ |
| HEATSHIELD | ☒ | ☐ | | ☐ | ☒ |
| BEARING HSG | ☐ | ☒ | | ☐ | ☒ |

COMMENTS _FOR COMP WHEEL/HSG_

| | | | |
|---|---|---|---|
| TURBINE WHL. | ____ | JOURNALS _6252_ BAL. _.7 .4_ | |
| COMP. WHL. | ____ | BAL. _6 .8_ | |
| BEARING HSG. | ____ | JOURNALS _9830_ | SEAL _8128_ |
| COMP. HSG. | ____ | | |
| TURBINE HSG. | ____ | | |
| HEAT SHIELD | ____ | | |
| SEAL PLATE | ____ | BORE SIZE _6.885_ | |

INSP. INIT. [signature] _Dan Mc..._

PARTS INSTALLED PER TR304002
AND ALL SERVICE BULLETINS AND AD'S

OVERHAULED PER TP20-0128 & TP30-4002
TCSB1M61-4RT HEATSHIELD INSP.
TCSBAM61-16 ANTI ROTATING PIN

**CONTROLLER CAL**

| | AMB. TEMP. | ____ | CLOSED | ____ |
|---|---|---|---|---|
| | AMB. IN. HG. ABS. | ____ | OPEN STOP | ____ |
| P1 | ____ | | |
| P2 | LOW ____ | HIGH ____ | |
| P3 | LOW ____ | HIGH ____ | |
| SEAT LEAKAGE | ____ | | |
| FRICTION TEST | ____ | | |
| ALPHA ANGLE | ____ | | |

INSP. INIT. ____

Main Turbo 0062

**COURT OF COMMON PLEAS**
**CIVIL DIVISION**
**HAMILTON COUNTY, OHIO**

| | | |
|---|---|---|
| DAVID H. PEASE, III, et al, | ) | |
| | ) | |
| **Plaintiffs,** | ) | Case No. A0604964 |
| | ) | |
| **v.** | ) | |
| | ) | |
| AIR TOLIN INC., et al, | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED UPON DEFENDANTS

YOU ARE HEREBY REQUESTED, pursuant to the Rule 36 of Ohio's Rules of Civil Procedure, to produce at the office of plaintiffs' counsel within thirty (30) days, the following documents and tangible items:

### INSTRUCTIONS

1.     In responding to these requests for production of documents, you are required to furnish all information available to you, or subject to reasonable inquiry by you, including but not limited to, information in your possession, the possession of your attorneys, advisors or other persons directly or indirectly employed by you, your attorneys, or anyone else otherwise subject to your control. The questions and request are to be answered by each as if propounded to each independently.

2.     If any information called for by a request for production is withheld because you claim such information is contained in a privileged document, for each document, state the following:

    a.     its date and type (e.g. letter, memorandum, etc.);
    b.     its author;
    c.     to whom addressed;
    d.     all copy addressees;
    e.     all other persons who have received, copied or otherwise been permitted to see all or part of the original or any copy thereof;
    f.     the description of the subject matter discussed, described, referred to therein;
    g.     the specific reasons why you claim it is privileged; and
    h.     the name of its present custodian.

**EXHIBIT**
**3**

3.      Regarding all attached documents to the requests for production, plaintiffs request that each document be segregated, organized, identified and specified with respect to the particular numbered request and response to which the documents are being produced.

4.      If any documents requested are no longer in existence, state whether it (a) is missing or lost, (b) has been destroyed, (c) has been transferred voluntarily or involuntarily to others, or (d) has been otherwise disposed of, and in each instance explain the circumstances surrounding the reason for and the manner of such disposition and state the date or approximate date thereof.

5.      If any document called for in this request has been destroyed intentionally at any time during the past ten years, such document should be identified and the reasons and date of its destruction noted.

## DUTY TO SUPPLEMENT

You are under a duty seasonably to supplement, update and amend your responses to the following discovery requests in the following categories:

(a)      Any request directly addressed to:

      (i)      the identity and location of persons having knowledge of discoverable matters; and

      (ii)      the identity of each person expected to be called as an expert witness at the trial, the subject matter on which each person is expected to testify, and the substance of their testimony.

(b)      Any response to requests, if you obtain information upon the basis of which:

      (i)      you know that the prior response was incorrect when made; or

      you know that the response when made is no longer true and the circumstances are such that a failure to amend the response is in substance of knowing concealment.

## REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:**      Please produce all documents of any kind that show the complete record of repairs for the aircraft designated N341MA, a Piper PA-32R-301T at the facilities of Air

Tolin, Cincinnati Municipal Airport, Lunken Field, Cincinnati, Ohio, for the one-year period prior to the date of the accident which is the subject matter of this case, on June 5, 2005.

**RESPONSE:**   SEE EXHIBIT A

**REQUEST NO. 2:**   Please produce a copy of all pages of the Piper PA-32R-301T Maintenance and Repair Manual that would have been current for the three month period preceding June 5, 2005, and which relates to the removal, repair, and reinstallation of the aircraft engine turbocharger and its components, attachments, and related connecting components.

**RESPONSE:**   SEE EXHIBIT A

**REQUEST NO. 3:**   Please provide copies of all documents of any kind, including, but not limited to, correspondence, work orders, receipts, invoices, cancelled checks, repair instructions, reinstallation instructions, work cards, warranties and/or parts lists, sent to or received from Main Turbo, a California turbocharger repair facility by Air Tolin, which relate to repairs and overhaul services performed upon the engine turbocharger of the accident aircraft, registered as N341MA during the six (6) months preceding June 5, 2005.

**RESPONSE:**   SEE EXHIBIT A

**REQUEST NO. 4:**   Please produce copies of electronically stored information, in their regularly maintained and most easily reproduced format of any of the documents or information requested in document requests 1 and 3 above.

**RESPONSE:**   SEE EXHIBIT A

**REQUEST NO. 5:**   Please produce copies of the pages of any documents other than the Piper PA -32R-301T Maintenance and Repair Manual that were used as a reference, in any respect, in the repair and reinstallation of the engine turbocharger on N341MA during the 6 months preceding June 5 2005.

**RESPONSE:**     SEE EXHIBIT A

**REQUEST NO. 6:**   Please produce all documents and records in the possession of Air Tolin, its officers, agents, employees and representatives, that demonstrate that the accident aircraft was given an airworthiness release, pursuant to FAR part 43.5 or any other applicable FAR section, upon completion of the work related to the repair, overhaul and reinstallation of the engine turbocharger during the six month period prior to June 5, 2005.

**RESPONSE:**     SEE EXHIBIT A

**REQUEST NO. 7:**   Please produce copies of any Operational Service Difficulty Reports written, filed and maintained by Air Tolin it's agents, employees or agents relating to the accident aircraft , N341MA prior to June 5, 2005.

**RESPONSE:**     SEE EXHIBIT A

**REQUEST NO. 8:**   Please provide a copy of the FAA Repair Station Certificate that allowed Air Tolin to perform maintenance and repair upon FAR part 91 general aviation aircraft, including the Piper PA 32R-301T, registered as N341MA during the six months prior to June 5, 2005.

**RESPONSE:**     SEE EXHIBIT A

**REQUEST NO. 9:**   Please provide a copy of any and all documents of any kind, including electronically stored information that relates to any FAA inspection, action, enforcement proceedings or any other administrative action, proceedings, inspection or complaint involving Air Tolin, it's agents, employees or representatives that involved maintenance preventive maintenance or aircraft alteration during the one year period preceding June 5, 2005.

**RESPONSE:**     SEE EXHIBIT A

**REQUEST NO. 10:**  Please provide copies of the Air Tolin Corporate Manual, Operations Manual, Operations Specifications or any other written document that was current on and for six (6) months preceding June 5, 2005, and which contained the subject matter requirements of FAR parts 43 *et seq.* and/or part 91 *et seq.* respecting corporate organization, operations specifications, operational authority and/or maintenance procedures and specifications.

**RESPONSE:**  SEE EXHIBIT A

Respectfully submitted,

NOLAN LAW GROUP

By: *Orla M. Brady*
Orla M. Brady
20 N. Clark Street
30th Floor
Chicago, IL  60602
Tel: 312.630.4000
Fax: 312.630.4000

Jerome L. Skinner
3074 Madison Road
Cincinnati, OH  45209
Tel: 513.533.2026
Fax: 513.721.2301
**Attorneys for Plaintiffs**

10/19/2006 15:25 FAX

## VERIFICATION PAGE

STATE OF OHIO      )
                        )SS:
COUNTY OF HAMILTON  )

I, Ron Tolin, being first duly cautioned and sworn, state that the attached Answers to Interrogatories and Responses to Requests for Production of documents are true to the best of my knowledge, information and belief.

_Ronald C Tolin_
Ron Tolin

Sworn to before me and subscribed in my presence this __20__ day of October, 2006.

Notary Public, - State of Ohio
Commission expires: _____

James K Ferris
Atty at Law
No Expiration Date

Exhibit A
Response to Plaintiff's first set of interrogatories

1.      Copies of all of the work orders and invoices are attached as 1-1 through 1-12.

2.      The Piper manual does not provide information for the engine turbocharger. Information, instructions and related information from Main Turbo Systems Inc and Textron Lycoming are attached as 2-1 through 2-11

3.      See 1-1 through 1-12.

4.      Invoices provided in 1-1 through 1-12 are stored electronically.

5.      See 2 -1 through 2-11.

6.      Air Tolin signed the log book for the subject aircraft. A copy of the log book page is in the NTSE Report. Plaintiffs are believed to have possession of the log book.

7.      None

8.      Air Tolin is not a repair station.

9.      None

10.     Air Tolin personnel are licensed FAA mechanics, and rely on the FAA regulations, manufacturer's instruction manuals, and operate their company under business licenses as a privately held corporation. Certificate of incorporation and a certificate of compliance with Drug and Alcohol Program are attached as 10-1 and 10-2.

10/19/2006 12:02 FAX

2:52 PM
10/03/06

# Air Tolin, Inc.
## Customer QuickReport
### January 2004 through December 2005

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Peage, David** | | | | | | | |
| Invoice | 10/28/2004 | 2132 | | Accounts Receivable | X | -SPLIT- | 552.96 |
| Payment | 11/9/2004 | 9034 | | Undeposited Funds | | Accounts Rec... | 552.96 |
| Invoice | 11/22/2004 | 2159 | | Accounts Receivable | X | -SPLIT- | 205.44 |
| Payment | 12/6/2004 | 1170 | | Undeposited Funds | | Accounts Rec... | 205.44 |
| Invoice | 12/13/2004 | 2177 | | Accounts Receivable | X | -SPLIT- | 199.80 |
| Payment | 1/3/2005 | 9071 | | Undeposited Funds | | Accounts Rec... | 199.80 |
| Invoice | 3/5/2005 | 2258 | | Accounts Receivable | X | -SPLIT- | 48.60 |
| Payment | 3/11/2005 | 9113 | | Undeposited Funds | | Accounts Rec... | 48.60 |
| Invoice | 3/21/2005 | 2270 | | Accounts Receivable | X | -SPLIT- | 157.31 |
| Payment | 3/29/2005 | 9115 | | Undeposited Funds | | Accounts Rec... | 157.31 |
| Invoice | 4/13/2005 | 2308 | | Accounts Receivable | X | -SPLIT- | 151.20 |
| Payment | 5/3/2005 | 9121 | | Undeposited Funds | | Accounts Rec... | 151.20 |

10/19/2006 12:03 FAX

PAGE 10

APR 24 2006 7:02 PM

MAIN Turbo
800-847-8815
Tom

**Mailing Address**
6124 Corbly Road
Cincinnati, OH 45230
(513) 231-1180

AIR TOLAN, INC.
Lunken Airport
(513) 871-8725

# 3257041

NAME OF AIRCRAFT: SARATOGA
AIRCRAFT MODEL: PA32R-301T
AIRCRAFT NUMBER: N 341 MA
CLIENT/OWNER: PEASE DAVID
ADDRESS: 5425
871-1075 H        871-8875
PHONE: CAL 266-1418

TIO 540 SLAD
AHIA

8875
5238
TT 1174-8

MECHANICS (See also Name):

| Date | Work Performed | Time/Name | Parts | Cost of Parts |
|---|---|---|---|---|
| | | | REPAIR | $1377 |
| 1 | MANIFOLD PRESS | 8hr | TURBO | 1112.36 |
| | TURBO | | | COST |
| | NEEDS SPRIAG | | 12 QTS | |
| | OIL CHANGE | | .550 | |
| | | | 1 CH4810 | |
| | SHIP TURBO OUT | | SHIPPING | $88.25 |
| | FOR REPLA | | OUT | |
| | REINSTALL | | | |
| | TURBO IF | | | |

APR-25-2006 09:17 FROM:

1-2

10/19/2006 12:04 FAX

Air Tolin, Inc.

6124 Corbly Road
Cincinnati, OH 45230

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/21/2005 | 2270 |

**PAID**

| BILL TO |
|---------|
| David Pease<br>Mr. David Pease<br>1130 Rookwood<br>Cincinnati, OH 45208 |

| PLANE NO. | TERMS | PROJECT |
|-----------|-------|---------|
| N-341 MA | | |

| | QTY | RATE | AMOUNT |
|---|-----|------|--------|
| Changed oil and filter.<br>1 - 48110 oil filter.<br>12 qts. 15-50 oil<br>1 % Airport Tax | | 45.00<br>28.65<br>72.00<br>1.46 | 45.00?<br><br><br>.46 |
| | | **Sales Tax (7.0%)** | $10.20 |
| | | **Total** | $157.31 |

/-3

10/19/2006 12:05 FAX

2270

**Mailing Address**
6124 Corbly Road
Cincinnati, OH 45230
(513) 231-1100

**AIR TOLIN, INC.**
Lunken Airport
(513) 871-8235

NAME OF AIRCRAFT: #34  SARATOGA

AIRCRAFT MODEL:

AIRCRAFT NUMBER: 341 MA

CLIENT/OWNER:

ADDRESS: DAViD PEASE

PHONE: 871-5475

MECHANICS (See also Name):

| Date | Work Performed | Time/Name | Parts | Cc Pa |
|------|----------------|-----------|-------|-------|
| 3-18-05 | CHANGE OIL | 1 HR | 12 QTS 15-50 | |
| | | RAY | 48110 Filter | |

1-4

10/19/2006 12:05 FAX

Air Tobin, Inc.

6124 Corbly Road
Cincinnati, OH 45230

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/5/2005 | 2258 |

**PAID**

**BILL TO**

Dav d Pease
Mr. David Pease
110t Rookwood
Cincinnati, OH 45208

| PLANE NO. | TERMS | PROJECT |
|-----------|-------|---------|
|           |       |         |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Checked leak in nose gear well. | | 45.00 | 45.00T |
| Serviced and cleaned reservoir and cylinder. | | 0.45 | 0.45 |
| 1% Airport Tax | | | |

| | | |
|---|---|---|
| | **Sales Tax (7.0%)** | $3.15 |
| | **Total** | $48.60 |

1-5

10/19/2006 12:06 FAX

2258

**AIR TOLIN, INC.**
Lunken Airport
(513) 871-8235

Mailing Address
6124 Corbly Road
Cincinnati, OH 45230
(513) 231-1100

NAME OF AIRCRAFT: _____

AIRCRAFT MODEL: _____

AIRCRAFT NUMBER: _____

CLIENT/OWNER: _DAVE PEASES_

ADDRESS: _____

PHONE: _871-5475_

MECHANICS (See also Name): _____

| Date | Work Performed | Time/Name | Parts | Co Pa |
|------|----------------|-----------|-------|-------|
|  | Leak in Nose gear well | | | |
|  | I thought | | | |
|  | fix leak & clean | 1 Hr | | |
|  | Reseal & cyl | hr | | |

1 - 6

Air Tolin, Inc.

6124 Corbly Road
Cincinnati, OH 45230

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/13/2004 | 2177 |

**PAID**

| BILL TO |
|---------|
| David Pease |
| Mr David Pease |
| 1100 Rookwood |
| Cincinnati, OH 45208 |

| PLANE NO. | TERMS | PROJECT |
|-----------|-------|---------|
| N-341 MA | | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Replaced o-rings. | | 180.00 | 180.00T |
| 0-rings (customer furnished) | | 0.00 | |
| Hydraulic fluid. | | 5.00 | |
| 1 % Airport Tax | | 1.85 | |

|  | Sales Tax (7.0%) | $12.95 |
|--|------------------|--------|
|  | **Total** | **$199.80** |

/-7

10/19/2006 12:07 FAX

2177

**AIR TOLIN, INC.**
Lunken Airport
(513) 871-8235

Mailing Address
4124 Corbly Road
Cincinnati, OH 45230
(513) 231-1100

NAME OF AIRCRAFT: _341 M A_

AIRCRAFT MODEL: _Hanger 32_

AIRCRAFT NUMBER: _____

CLIENT/OWNER: _DAVE PEASE_

ADDRESS: _____

PHONE: _871-5475_

MECHANICS (See also Name):

| Date | Work Performed | Time/Name | Parts | Cost of Parts |
|------|----------------|-----------|-------|---------------|
| 12/9 | By Pass gear Hyd Replace o-rings | 3 hrs RAY 1 mike | | $5.00 |

1-8

10/19/2006 12:07 FAX

Air Tolin, Inc.

6124 Corbly Road
Cincinnati, OH 45230

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/22/2004 | 2159 |

**PAID**

**BILL TO**

David Pease
Mr. David Pease
1130 Rookwood
Cincinnati, OH 45208

| PLANE NO. | TERMS | PROJECT |
|-----------|-------|---------|
| N-341 WA | | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| | | 90.00 | 90.00T |
| Changed oil and filter. | | | |
| Uncowl, lubed waste gate, cowl up. | | 72.00 | 72.00T |
| 12 qts. 15w50 oil | | 28.22 | 28.22T |
| 1 - CH 48110 oil filter | | 1.90 | 1.90 |
| 1 % Airport Tax | | | |

| | |
|---|---|
| **Sales Tax (7.0%)** | $13.32 |
| **Total** | $205.44 |

/- 9

10/19/2006 12:08 FAX

215°

**AIR TOLIN, INC.**
Lunken Airport
(513) 871-8235

Mailing Address
6124 Corbly Road
Cincinnati, OH 45230
(513) 231-1100

NAME OF AIRCRAFT: _PIPER_    11-19-04

AIRCRAFT MODEL: _SARITOGA_

AIRCRAFT NUMBER: _341 NA_

CLIENT/OWNER: _DAVID PEAS_

ADDRESS: _____

PHONE: _____

MECHANICS (See also Name): _____

| Date | Work Performed | Time/Name | Parts | Cost of Parts |
|------|----------------|-----------|-------|---------------|
|      | CHANGE OIL + F.LT | 1hr NV | 12 QTS 1 5W50 1- CH48110 FLTR | |
|      | V/A COWL LUBE WASTE GATE COWL V/I | 1hr N | | |

1-10

10/19/2006 12:08 FAX

Air Tolin, Inc.

6124 Corbly Road
Cincinnati, OH 45230

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/28/2004 | 2132 |

**PAID**

**BILL TO**

David Pease
Mr. David Pease
1100 Rookwood
Cincinnati, OH 45208

| PLANE NO. | TERMS | PROJECT |
|-----------|-------|---------|
| N-341 MA | | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| | | 360.00 | 360.00T |
| Installed new nose ring in nose gear retract cylinder. | | | |
| Gear retraction tests, ok. | | 152.00 | 152.00T |
| 1 - nose gear tire | | 5.12 | 5.12 |
| 1 % Airport Tax | | | |

| | | |
|---|---|---|
| | **Sales Tax (7.0%)** | $35.84 |
| | **Total** | $552.96 |

1-11

10/19/2006 12:09 FAX

2132

*wedsfty*

**AIR TOLIN, INC.**
**Lunken Airport**
**(513) 871-8235**

**Mailing Address**
**6124 Corbly Road**
**Cincinnati, OH 45230**
**(513) 231-1100**

NAME OF AIRCRAFT: _PIPER_

AIRCRAFT MODEL: _SARATOGA_

AIRCRAFT NUMBER: _N 341 MA_

CLIENT/OWNER: _DAVID PEASE_

ADDRESS: _1100 deer wied II_
_CIN- 48208_

PHONE: _871- 5475_

_WILL DROP OF KEYS + ORDER'S_

NEED
TO FLY
WED
MUST
EMERGENCY

MECHANICS (See also Name): _HANGAR 32_

| Date | Work Performed | Title Name | Parts | Cos Part |
|------|---------------|------------|-------|----------|
| | CYL BY PASS IN | Double Show | | |
| | REINLET REPLACE | 2 hrs & | | |
| | O RINGS | 2 hr 2hy | | |
| | O Ring on main fuel | 3 hr 2hy | | |
| | ~~water hose orines~~ | | | |
| | CHANGE HOSE | 2 hr / 1 hr | MA 500-5 | |
| | TING | | 6 PLY | |

1-12

First of Tag

# MAIN TURBO SYSTEMS, INC.
## TURBOCHARGER
## INSTALLATION INSTRUCTIONS

**CAUTION:** Failure to follow these instructions can result in premature turbocharger failure and warranty denial.

### GENERAL

A. When installing a replacement turbocharger, be certain there is no foreign material in the air cleaner and the ducting to the compressor inlet or in the exhaust manifold. Even small or soft objects will cause extensive damage to the turbocharger wheels.

B. Take care to avoid getting dirt or debris into the turbocharger opening.

C. New and replacement turbocharger may have bolts missing or deliberately left loose to facilitate installation. (A bolt kit may be required. See airframe and/or Engine Manufacturer's Pertinent Overhaul Manual for specific instructions.) If the turbocharger bolts are all tight, all tabs bent up and compressor and turbine housings are correctly aligned proceed to Step II, otherwise, proceed to Step II.

### REALIGNMENT OF END HOUSINGS

A. Loosen the compressor (aluminum) and turbine housing (cast iron) bolts and/or V-band nut(s) the minimum required to permit the housing to rotate on the center housing. Excessive loosening of the housings will allow contact and possible wheel damage. Bolts should not have to be loosened more than 1 1/2 turns.

B. Temporarily secure the turbocharger to the engine exhaust manifold outlet flange with two bolts.

C. Rotate the center housing so that the oil inlet and outlet pads will mate with the engine lines. The oil outlet (largest hole) must be at the bottom with the center line of the hole not more than 35° from vertical. Snugly tighten at least two bolts or the V-band, as applicable, to lock the center housing to the turbine housing.

D. Rotate the compressor housing until it lines up with the intake manifold or intercooler ducting. Snugly tighten at least two bolts or V-band to lock the housing in place.

E. Remove turbocharger from engine and tighten all bolts and/or V-band nuts. Tighten bolts alternately from side to side to prevent cocking of the housings. Turn V-band nuts slowly as the torque setting is neared, tapping band slightly with a soft mallet, to allow the band to fully set. Refer to torque values specified in the applicable Manual.

(over)

## IF THIS TURBO LEAKS AFTER INSTALLATION
## PROCEED AS FOLLOWS.

### NOTICE

Main Turbo strongly suggests replacement of all in line check valves at turbo replacement.

A. Replace inlet and drain check valves.

B. Check engine driven scavenge pump. (Disconnect oil return line from bottom of turbo. Place end of line in a quart of oil. Mixture idle cut off and motor engine. Oil level should drop down very quickly.

C. Replace oil return line between turbo and scavenge pump. Old hose may collapse from suction.

**MAIN TURBO SYSTEMS, INC.**
**234 Cotta Ct. • Visalia, CA 93292**
Phone (559) 635-3322 • Repair Station # MAMR190K • FAX (559) 627-1960

2-2

If a manual is not available, use the following torque settings.

*Back of pg*

| MODEL | | TORQUE |
|---|---|---|
| TA04 | Compressor housing bolts | 100-130 in-lbs |
| | Turbine housing bolts | 100-130 in-lbs |
| | Compressor V-band locknut | 40-60 in-lbs |
| TE06 | Turbine housing bolts | 180 in-lbs |
| | Compressor V-band locknut | 40-60 in-lbs |
| TH08 | Turbine housing bolts | 180 in-lbs |
| | Compressor housing bolts | 70-80 in-lbs |
| T11 | Turbine housing bolts | 100-110 in-lbs |
| | Compressor housing bolts | 100-130 in-lbs |
| T18 | Turbine housing bolts | 180 in-lbs |

III. BEND LOCKTABS

Bend locktabs tabs up against a flat on each bolt head (if not already bent) on bolted housing models. Bend in a direction which will tend to tighten not loosen, the bolt. V-band nuts are self-locking.

IV. INSTALLATION AND PRE-OILING OF TURBOCHARGERS

A. Remove old gasket from exhaust manifold mounting flange, inspect flange for erosion and flatness and install a new gasket, if used.

B. Inspect oil drain and supply lines for kinking, clogging, restrictions and other signs of deterioration. Inspect check valves (Disassemble).

C. Install turbocharger on engine using all new gaskets and "O" rings (when needed), but do not connect the compressor inlet and oil supply line. Tighten the nuts or bolts attaching the turbocharger to the exhaust manifold to the torque values given in the shop manual. Use of a high temperature lubricant on these thread is recommended.

D. Fill the oil inlet hole with clean engine oil and spin the compressor wheel several times to coat the bearings with oil. Refill the oil inlet hole and connect the oil supply line.

E. If the compressor wheel cannot be freely spun by hand or if there is any indication of rubbing or scraping, determine the reason before starting the engine. One cause of wheel rubbing is cooked compressor or turbine housing. TO4 and TO46 turbochargers may have a slight drag before running-in, which is a normal condition. Connect the pipe or hose from the outlet of the air filter to the compressor inlet.

F. Check lubricant level in engine crankcase.

G. Prime the oil filter if it was changed.

V. START ENGINE

A. Before attempting to start the engine, crank the engine with the fuel off for 10 to 15 seconds or until the instruments show an oil pressure buildup.

B. Start the engine and allow it to run at idle speed for 2 to 4 minutes before accelerating.

C. Check for oil leaks.

**TURBOCHARGER MODEL TA04**





NOTE:
ILLUSTRATION FOR REFERENCE
ONLY -- MAY NOT RESEMBLE
ACTUAL PART. USE INDEX AND
PART NUMBER TO SELECT PART
REQUIRED.

DIMPLE

SECTION A-A

For models section 2
with four clamps

SEE SECTION
A-A

Typical TA04/TA36 Turbocharger

2-4

# TURBOCHARGER MODEL. TA0413
466011

**Garrett** Turbochargers

| INDEX NUMBER | PART NUMBER 466011 | DESCRIPTION | TURBOCHARGER PART NUMBER 466011-2 |
|---|---|---|---|
| 1 | 400572-302 | BOLT | 6 |
| 2 | 712494-1 | LOCKPLATE | 2 |
| 3 | 443136-1 | CLAMP | 4 |
| 4 | 442203-23 | HOUSING, COMPRESSOR | 1 |
| 5 | 400573-8 | BOLT (.50 IN. LONG) | 6 |
| 6 | 406909 | PLATE, LOCK | 3 |
| 7 | 406908-2 | CLAMP | 3 |
| 8 | 441990-71 | HOUSING, TURBINE | 1 |
| 9 | 444205-1 | LOCKNUT | 1 |
| 10 | 446352-3 | WHEEL, COMPRESSOR | 1 |
| 11 | 408049-9 | RING, PISTON | 1 |
| 11 | 408049-2 | RING, PISTON (ALT. PART) | 1 |
| 12 | 446420-1 | WHEEL ASSY, TURBINE | 1 |
| 13 | 410952 | SHROUD, WHEEL | 1 |
| 14 | 400834-202 | BOLT | 4 |
| 15 | 444101-202 | BOLT | 4 |
| 16 | 408045-56 | BACKPLATE ASSY | 1 |
| 17 | 400424-0 | RING, SEAL | 1 |
| 18 | 407834-0 | BEARING, THRUST | 1 |
| 19 | 403818-9 | RING, PISTON | 1 |
| 20 | 444500-1 | COLLAR, THRUST | 1 |
| 21 | 400568-0 | RING, RETAINING | 4 |
| 22 | 408003-0 | BEARING, JOURNAL | 2 |
| 22 | 408003-2 | BEARING, JOURNAL (.870 O.D./.510 I.D.) | 2 |
| 23 | 400705 | PIN, ANTI-ROTATION | 2 |
| 24 | 441320-12 | CENTER HOUSING | 1 |
| 25 | 446442-1 | CHRA (INCLUDES ITEMS 9 THRU 24) | 1 |

PRINTED IN U.S.A

TP20-0128, REV. B
SEPTEMBER 2001

2-5



**TEXTRON** Lycoming

# TIO-540-AH1A PARTS CATALOG
### WIDE CYLINDER FLANGE CRANKCASE MODEL ENGINES

Figure 28. TURBO HOSES, DRAIN TANK AND RELATED PARTS

7-

2-6

**TEXTRON Lycoming**

# TIO-540-AH1A  PARTS CATALOG
### WIDE CYLINDER FLANGE CRANKCASE MODEL ENGINES

## TURBOCHARGER AND EXHAUST SYSTEMS
### TURBO HOSES, DRAIN TANK AND RELATED PARTS

| FIG REF. 28 | PART NUMBER | DESCRIPTION | QTY. PER ASSY. |
|---|---|---|---|
| 1 | 77813 | GASKET, Turbo oil inlet adapter | 1 |
| 2 | LW-12287 | ADAPTER, Turbo oil inlet | 1 |
| 3 | STD-35 | WASHER, 5/16 plain | 2 |
| 4 | STD-475 | WASHER, 5/16 lock, internal teeth | 2 |
| 5 | LW-31-0.94 | BOLT, 5/16-18 x 15/16 long, hex. hd. | 2 |
| 6 | 78212 | VALVE ASSY., Check | 1 |
| 7 | LW-12878-4S230 | HOSE ASSY. | 1 |
| 8 | LW-10633 | GASKET, Turbo oil drain | 1 |
| 9 | 58B21911 | TANK, Turbo oil drain | 1 |
| 10 | MS35333-43 | WASHER, 3/8 I.D. x 3/4 O.D. | 2 |
| 11 | STD-578 | WASHER, 3/8 lock, internal teeth | 2 |
| 12 | LW-30-0.75 | BOLT, 3/8-16 x 3/4 long, hex. hd. | 2 |
| 13 | MS20822-4 | ELBOW, 1/8 NPT to 1/4 tube, 90° | 2 |
| 14 | AN818-4 | NOZZLE, 1/4 plasti tube | 1 |
| 15 | LW-14891 | ELBOW, 1/8 tube x 3/8-16 | 1 |
| 16 | MS29512-08 | "O" RING, 41/64 I.D. x 5/64 section | 1 |
| 17 | LW-12878-4S231 | HOSE ASSY., 1/4 hose, straight | 1 |
| 18 | 02MA00-4S2R4 | HOSE ASSY., 1/2 hose, 45° elbow | 1 |
| 19 | LW-16525-88 | CLAMP, 7/8 I.D. x 1/4 dia. | 1 |
| 20 | STD-2 | WASHER, 1/4 plain | 1 |
| 21 | STD-474 | WASHER, 1/4 lock, internal teeth | 1 |
| 22 | STD-361 | NUT, 1/4-20 plain | 1 |
| 23 | 58A23431 | BRACKET, Oil drain tank | 1 |
| 24 | STD-697 | WASHER, 10-32 plain | 2 |
| 25 | AN3-4 | BOLT, No. 10-32 x 7/8 long, hex. hd. | 1 |
| 26 | MS20365-4 | NUT, Self-locking | 1 |
| 27 | AN960-416 | WASHER, 5/16 plain | 1 |
| 28 | STD-475 | WASHER, 5/16 lock, internal teeth | 1 |
| 29 | LW-30-0.75 | BOLT, 3/8-16 x 3/4 long, hex. hd. | 1 |
| 30 | MS20822 | NOZZLE, 1/8 NPT to 1/4 tube | 1 |
| 31 | MS20822-4 | ELBOW, 1/8 NPT to 1/4 tube | 1 |

7-5

2-7

MAIN TURBO SYSTEMS, INC.

DATE: 12-13-2003
SECTION: IX
PAGE: XI

FORMS
INSPECTION TURBOCHARGER CONTINUITY FORM

CUSTOMER: _A. John_                                          DATE: _6-9?-05_

PART NUMBER: _TBC198362_                    SERIAL: _BCN24647_

PART CLEAN, REPAIRABLE: YES _____    NO _____

SPECIAL INSTRUCTIONS PER STANDARD PURCHASE ORDER:  YES _____  NO _✓_
_Per MW Hall_

TEAR DOWN, RECORD AND MAKE PARTS CLEAN: _____

PRELIMINARY INSPECTION: _____

AS PROCESSED: _____                                  AS PER RUBBER STAMP.

COMPRESSOR WHEEL: _C.I.R_              RIGHT P/N: _44220373_

CENTER HOUSING: _Rebuildable_

BEARING HOUSE: _Rebuilt_              SEAL ID: _N/A_

THRUST BEARING: _C.I.R_              "A/R": _1.30_

V BAND COUPLING: _N/A_

BACK PLATE: _C.I.R_              BORE ID: _5001_

WHEEL SHROUD: _N/A_              WEIGHT: _N/A_

TURBINE WHEEL: _C.I.R_              THRUST SPACERS: _C.I.R._

COMPRESSOR WHEEL & TURBINE WHEEL CLEANED, INSPECTED, BALANCED AS PER BLUE CONTINUITY TAG

TURBINE BALANCING: _____                              _T. 3997 NEW_
                                                              _C. NEW_
FINAL WASH: _____

FINAL PARTS INSPECTION PRIOR ASSEMBLY: _Roy Ma_

ASSEMBLY: _____

SHAFT NUT TORQUE: _____              _B Ma._

BEARING HOUSING END PLAY: _N/A_              LOCKPLATES: _N/A_

SPIN CHECK, RECORD & CHECK "A/R": _Roy Ma_

FINAL INSPECTION: _Roy Ma_

_2-8_

Attn Tom
As per our conversation this morning please overhaul enclosed turbo
For David Pense PA-32r-301T and return as soon as possible UPS Red
Bill our company credit card # 4445-6101-3315-0083 exp.07-06
Mike Wells Ainolin INC. 4730 Airport RD. Cincinnati Ohio 45226

Turbo# 46C19838D BCN24617

Not 135

Fx 513-871-1943

556

6-1-05

Billing Address
6124 Corbly Rd
Cincinnati OH. 45230

2-9

Jun 30 05 09:44a    FVRLOJGB4    559-454-8801    p.2

**Repair Station #MAMR190K**

**MAIN TURBO SYSTEMS**
234 Cota Ct.
Visalia, CA 93292
1-800-847-8815
1-559-635-9322

**CUSTOMER** Aircolus Inc.
4310 Airport Rd.
Cincinnati, OH 45226
**PHONE** 513-871-8235
FX 513-871-1943

**WORK ORDER #** 32557
**DATE REQ.** 6-29-05

**TEAR DOWN REPORT**

PRELIM INSP.

HIDDEN DAMAGE INSP.

PARTS INSTALLED PER TP201012R & TP304002
TCSB3.M83.4R HEATSHIELD INSP.

PARTS INSTALLED PER MANUFACTURER
AND ALL SERVICE BULLETINS AND AD'S

FITTINGS
BRACKET
FINAL INSP.
PARTS

| | INIT. |
|---|---|

- TURBINE WHL.
- COMP WHL.
- NDT
- BEARING HSG.
- COMP HSG.
- TURBINE HSG.
- HEAT SHIELD
- SEAL PLATE

JOURNALS 8797
JOURNALS 6223
BAL NEW
BAL NEW
SEAL .010
BORE SIZE .5001

**CONTROLLER CAL.**

- AMB. TEMP.
- AMB. IN. HG. ABS.
- P1
- P2 LOW HIGH
- P3 LOW HIGH
- SEAT LEAKAGE
- FRICTION TEST
- ALPHA ANGLE

CLOSED
OPEN STOP

INSP. INIT.

2-10

**MAIN TURBO SYSTEMS, INC.**

234 COTTA COURT; VISALIA, CA. 93292
559-635-3322 / 800-847-8815
FAX: 559-627-1960
Repair Station# MAMR190K

| Date | Invoice # |
|------|-----------|
| 6/2/2005 | 24182 |

| Bill To | Ship To |
|---------|---------|
| AIRTOLIN INC.<br>4730 AIRPORT ROAD<br>CINCINNATI, OH. 45226<br>513-871-8235<br>ID# 4527 | AIRTOLIN INC.<br>4730 AIRPORT ROAD<br>CINCINNATI, OH. 45226<br>513-871-8235<br>ID# 4527 |

| Acct. Type | Terms | Ship Date | Ship Via | P.O.# | M.O.P. |
|------------|-------|-----------|----------|-------|--------|
| PREPAID | CREDIT CARD | 6/2/2005 | UPS RED | | VISA C/C |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | W/O# 32557 | | | |
| TAO413 [OVH... | [OVHL] TURBO P/N 46C19836D , S/N  BCN24617<br>PARTS $829.00 , LABOR $200.00 | 1 | 1,029.00 | 1,029.00 |
| FREIGHT | SENDING UPS RED OVERNIGHT SERVICE<br>TRACKING# 1Z93X9060140014491 | 1 | 83.32 | 83.32 |
| MEMO | MIKE WELLS,<br>THANK YOU FOR YOUR BUSINESS! | | | |

Visit our web site;  www.mainturbo.com
Email Address: maints@lightspeed.net

| | |
|--|--|
| Sales Tax  (0.0%) | $0.00 |
| **Total** | $1,112.32 |

2-11



# The State of Ohio

## Bob Taft

### Secretary of State

866979

## ❧ Certificate ❧

It is hereby certified that the Secretary of State of Ohio has custody of the Records of Incorporation and Miscellaneous

Filings; that said records show the filing and recording of:    ARF

of:

AIR TOLIN, INC.

Recorded on Roll 9472 at Frame 1018    of
the Records of Incorporation and Miscellaneous Filings.

Witness my hand and the seal of the Secretary of State at

Columbus, Ohio, this 11TH day of    MARCH

A.D. 19 94 .

United States of America
State of Ohio
Office of the Secretary of State



*Bob Taft*

**Bob Taft**
Secretary of State

10 - 1

# WESTERN AEROMEDICAL CONSORTIUM

### This is to CERTIFY that:

**Air Tolin, Inc.**
**6124 Corbly Road**
**Cincinnati, OH  45230**
Account Code: ATO
FAA Registration Number:  CONN200A

is an ACTIVE MEMBER of WESTERN AEROMEDICAL
CONSORTIUM'S Drug and Alcohol Program pursuant to Federal Aviation
Administration Regulation FAR 121, Appendix I & J, as Amended.

This certificate printed by Western Aeromedical Consortium is only
valid when the company listed above is active and in
compliance with the Federal Aviation Administration.

Printing of this certificate is proof of membership with
Western Aeromedical Consortium and is not to be construed as
a guarantee of an operator's compliance with all regulations.

This CERTIFICATE is renewable as specified by Consortium policy.
Member Since:  February 20, 2002
Expiration Date:   February 20, 2007

*Kimberly LeClaire*
_____
Executive Director:
**Western Aeromedical Consortium**                     Date Printed: 2/17/2006

This CERTIFICATE may be revoked upon evidence of non-compliance with Consortium policy
or by the Federal Aviation Administration

10-2