IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID H. PEASE, III and LISA PEASE ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:07-CV-340-ID |
| ) | |
| MAIN TURBO SYSTEMS, KELLY ) | |
| AEROSPACE, INC., d/b/a KELLY ) | |
| AEROSPACE POWER SYSTEMS, INC., ) | |
| LYCOMING ENGINES, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned, or another designated attorney will take the oral deposition of **Michael Childers** of Lycoming Engines at **Carnegie Hotel and Spa** located at **1216 W. State of Franklin Rd., Johnson City, Tennessee 37604 at 9:30 a.m.** on the 12th day of **August, 2008**. The deposition will continue from day to day, at the same place and between the same hours, until completed.

Respectfully submitted,

/s/ Jerome L. Skinner, Esq.
One of the Attorneys for Plaintiffs
NOLAN LAW GROUP
3074 Madison Rd.
Cincinnati, OH 45209
(513) 533-2026
F: (513) 721-2301
jls@nolan-law.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing *Notice of Deposition* was filed electronically on this 10th day of July 2008 via the CM/ECF system which will send electronic notification to the following attorneys of record:

Thomas R. Edwards, Esq.
Thomas Edwards, P.C.
8244 Old Federal Rd.
Montgomery, Alabama 36117
tedwards2@mindspring.com

Sanford G. Hooper, Esq.
Jackson R. Sharman, Esq.
Joel Chandler Bailey, II
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 North 20th St.
Birmingham, Alabama 35203
shooper@lfwlaw.com
jsharman@lfwlaw.com
cbailey@lfwlaw.com

Charles B. Paterson, Esq.
Kelly F. Pate, Esq.
Balch & Bingham LLP
PO Box 78
Montgomery, Alabama 36101
cpaterson@balch.com
kpate@balch.com

Christopher S. Rodgers, Esq.
J. Patrick Strubel
Huie Fernambucq Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
csr@hfsllp.com

/s/ Jerome L. Skinner, Esq.