IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID H. PEASE, III and LISA PEASE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KELLY AEROSPACE, INC., d/b/a KELLY ) <br> AEROSPACE POWER SYSTEMS, INC.; ) <br> LYCOMING ENGINES, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. <br> 2:07-cv-340-ID |

### REPORT OF PARTIES' PLANNING MEETING

Pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Order dated July 1, 2008, a meeting was held on July 9, 2008 and was attended by:

- **Charles B. Paterson** on behalf of **Kelly Aerospace, Inc.**;

- **Christopher Rodgers** on behalf of **Lycoming Engines**;

- **Jerome Skinner** on behalf of **David H. Pease, III and Lisa Pease.**

1. **Pre-Discovery Disclosures.** The parties have previously exchanged the information required by Federal Rule of Civil Procedure 26(a)(1).

2. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

The above captioned case is one of two cases filed in two different jurisdictions arising out of an aircraft accident which occurred on June 5, 2005 near Tazewell, Tennessee. The Plaintiff, David H. Pease III was severely injured but survived. The resulting litigation involves Defendants and other relevant non-parties from four states and involves allegations of negligence, failure to warn and defective design and defective manufacture of complex aviation

products. The parties anticipate motion practice as well as deposition discovery in at least the four states where Defendants and relevant non-parties are located.

    a.    All discovery commenced in time to be completed by **June 29, 2009**.

    b.    Maximum of 25 interrogatories by each party to each party. Responses due 30 days after service.

    c.    Maximum of 25 requests for admission by each party to each party. Responses due 30 days after service.

    d.    Maximum of 50 requests for production of document by each party to each party, in addition to those already requested and produced as of the date of this report. Responses due 30 days after service.

    e.    Maximum of 6 depositions by Plaintiffs to Defendant and 6 by Defendant to Plaintiffs. Depositions limited to eight hours.

    f.    Reports from retained experts under Rule 26(a)(2) due:

        from Plaintiffs by **March 27, 2009**; and
        from Defendant by **May 15, 2009**.

    g.    Supplementation under Rule 26(e) due reasonably upon knowledge of additional information.

3. **Other Items**.

    a.    The parties do not request a conference with the Court before entry of the scheduling order.

    b.    The parties request a pretrial conference on or around **June 29, 2009**.

    c.    Plaintiffs should be allowed until **April 1, 2009** to join additional parties and to amend the pleadings.

        Defendant should be allowed until **April 9, 2009** to join additional parties and to amend the pleadings.

    d.    All potentially dispositive motions should be filed on or before **May 30, 2009**.

    e.    Settlement cannot be realistically evaluated prior to the completion of preliminary discovery.

f.  Final lists of trial evidence under Federal Rule of Civil Procedure 26(a)(3), both witnesses and exhibits, should be due from the parties on or before **June 24, 2009**.

g.  Parties should have 14 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

h.  The case should be ready for trial by August 2009. At this time, the trial is expected to take approximately 7 days, excluding jury selection.

Respectfully submitted this 11th day of July, 2008.

<div style="margin-left:3em">

s/Kelly F. Pate
Charles B. Paterson (ASB-1542-R73C)
Kelly F. Pate (ASB-5289-L63F)
Attorneys for Defendants, Kelly Aerospace, Inc.
and Kelly Aerospace Power Systems, Inc.
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com
E-mail: kpate@balch.com

</div>

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on each of the following by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on this the 11th day of July, 2008.

Thomas R. Edwards
THOMAS EDWARDS, P.C.
8244 Old Federal Road
Montgomery, Alabama 36117

*Attorney for Plaintiffs*

Jerome L. Skinner
NOLAND LAW GROUP
3074 Madison Road
Cincinnati, Ohio 45209

*Attorney for Plaintiffs*

Christopher S. Rodgers
Patrick Strubel
HUIE FERNAMBUCQ STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484

*Attorney for Lycoming Engines*

s/Kelly F. Pate
OF COUNSEL