## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **DAVID H. PEASE III, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) **CIV. ACT. NO. 2:07cv340-ID** |
| **v.** | ) |
| | ) |
| **KELLY AEROSPACE, INC., d/b/a KELLY** | ) |
| **AEROSPACE POWER SYSTEMS, INC.,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

Upon CONSIDERATION of Plaintiffs' Motion to Reconsider the Order

Dismissing Main Turbo Systems as a Defendant (Doc. No. 36), it is ORDERED that

Main Turbo Systems show cause, if any there be, on or before July 21, 2008, why said

Motion should not be granted.

Done this 14th day of July, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE