IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID H. PEASE, III, et al.,          )
                                      )
    Plaintiffs,                       )
                                      )
v.                                    )   Case No. 2:07-CV-0340-ID
                                      )
KELLY AEROSPACE, INC., d/b/a          )
KELLY AEROSPACE POWER                 )
SYSTEMS, INC., et al.,                )
                                      )
    Defendants.                       )

## ORDER

Before the court is Plaintiffs' Motion to Reconsider the Order Dismissing Main Turbo as a Defendant. (Doc. No. 36.) The Motion includes a request for oral argument. (Id.) Defendant Main Turbo filed an Opposition to Plaintiffs' Motion to Reconsider (Doc. No. 42), to which Plaintiffs filed a Reply. (Doc. No. 43.) Plaintiffs filed their Motion to Reconsider, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, on the ground that the court's dismissal of Main Turbo for lack of personal jurisdiction creates an injustice because, in lieu of dismissal, the court should have transferred Plaintiffs' claims against Main Turbo to a United States District Court in California, the state in which Main Turbo is based. In support of their argument, Plaintiffs rely on 28 U.S.C. § 1631, arguing that a transfer is in the "interest of justice." 28 U.S.C. § 1631. Because Plaintiffs raise their transfer argument for the first time in their Motion to Reconsider, the court finds that the argument is untimely. Alternatively, under the facts of the case, the court finds that Plaintiffs have not

demonstrated that a transfer would serve the interest of justice. Moreover, the court finds that Plaintiffs have not shown the existence of an intervening change of law, produced any new evidence or demonstrated the need either to correct a clear error of law or to prevent manifest injustice. See Wendy's Int'l, Inc. v. Nu-Cape Constr., 169 F.R.D. 680, 684 (M.D. Fla. 1996) (discussing standard of review for motions filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure). Accordingly, it is CONSIDERED and ORDERED that Plaintiffs' Motion to Reconsider be and the same is hereby DENIED. It is further CONSIDERED and ORDERED that Plaintiffs' request for oral argument is hereby DENIED.

Done this 4th day of August, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE